UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Matthew Couch,**<br>4000 S. Dixieland Road<br>Apartment A-201<br>Rogers, Arkansas 72758<br><br>　　Plaintiff,<br><br>v.<br><br>**Verizon Communications, Inc.**<br>1095, Avenue of the Americas<br>New York, NY 10036<br><br>et al.,<br><br>　　Defendants. | Case No. 20-cv-2151 (RJL) |

## NOTICE OF ERRATA

　　Pursuant to D.C. Local Rule 5.1(c), Plaintiff hereby provides notice that the caption in this matter is hereby corrected to include the addresses of Joe Capone and Mark Mueller as set forth on the attachment hereto. Plaintiff will separately file a notice of his intent to seek permission to preserve the confidentiality of the address of Defendant Aaron Rich.

　　　　　　　　　　　　By:　　/s/ Eden P. Quainton　　　　　
　　　　　　　　　　　　　　　　EDEN P. QUAINTON DC Bar# NY0318
　　　　　　　　　　　　　　　　QUAINTON LAW PLLC
　　　　　　　　　　　　　　　　1001 Avenue of the Americas, 11th Fl.
　　　　　　　　　　　　　　　　New York, NY 10018
　　　　　　　　　　　　　　　　Tel: 212-813-8389
　　　　　　　　　　　　　　　　equainton@gmail.com

- 1 -