UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Matthew Couch,**<br>4000 S. Dixieland Road<br>Apartment A-201<br>Rogers, Arkansas 72758<br><br>   Plaintiff,<br><br>v.<br><br>**Verizon Communications, Inc.**<br>1095, Avenue of the Americas<br>New York, NY 10036<br><br>et al.,<br><br>   Defendants. | Case No. 20-cv-2151 (RJL) |

## MOTION FOR WAIVER FROM APPLICATION OF LOCAL RULE 5.1(C)

Pursuant to D.C. Local Rule 5.1(c), "the first filing by or on behalf of a party shall have in the caption the name and full residence address of the party." In filing the above captioned case, Plaintiff omitted the address of Defendant Aaron Rich because that address has been deemed confidential in the related case of *Rich v. Butowsky, et al.*, 18-cv-0681. Plaintiff submits that the Court's concerns relating to the confidentiality of the address of Mr. Rich would be vitiated if Plaintiff were required to provide this address in the above-captioned matter. Accordingly, to preserve the confidentiality of the address of Defendant Aaron Rich as already deemed desirable and necessary by this Court in the *Rich v. Butowsky* matter, Plaintiff respectfully requests that he be granted a waiver from

- 1 -

- 2 -

the requirements of Local Rule 5.1(c) with respect to Defendant Aaron Rich.

                              By:    /s/ Eden P. Quainton_____
                                     EDEN P. QUAINTON DC Bar# NY0318
                                     QUAINTON LAW PLLC
                                     1001 Avenue of the Americas, 11th Fl.
                                     New York, NY 10018
                                     Tel: 212-813-8389
                                     equainton@gmail.com