**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MATTHEW COUCH,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**VERIZON COMMUNICATIONS, INC.; MICHAEL ISIKOFF; NATIONAL PUBLIC RADIO, INC.; AARON RICH; DEBORAH SINES; JOE CAPONE; and MARK MUELLER,**<br><br>**Defendants.** | **Case No. 1:20-2151-RJL** |

**DECLARATION OF MICAH RATNER**

I, Micah Ratner, under penalty of perjury, hereby declare as follows:

1. I am Assistant General Counsel and Data Protection Officer for Defendant National Public Radio, Inc. ("NPR"). I make this declaration based on personal knowledge and in support of NPR's Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(5).

2. NPR's registered agent for service of process in the District of Columbia is the Corporation Service Company ("CSC"). The address for CSC's registered agent office in the District of Columbia is readily available to the public, for example, on CSC's website at: https://www.cscglobal.com/cscglobal/pdfs/CSC-registered-agent-addresses.pdf.

3. On November 9, 2020, NPR received notification from CSC that it had received service of the summons and complaint in this action on NPR's behalf on November 6, 2020. A true and correct copy of that notification is attached hereto as Exhibit A.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

DATED: November 23, 2020

Micah Ratner