IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MATTHEW COUCH, *et al.* ) | |
| ) | |
| Plaintiffs ) | Civil Action No: 1:20-cv-02151 |
| ) | |
| vs. ) | |
| ) | |
| VERIZON COMMUNICATIONS, INC, ) | |
| INC., *et al.* ) | |
| ) | |
| Defendants ) | |
| ) | |

**<u>JOINT STIPULATION REGARDING TIME TO RESPOND TO COMPLAINT</u>**

TO THE CLERK OF THE COURT:

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Plaintiff and Defendant Mark Mueller hereby stipulate that the Defendant shall have an extension of sixty (60) days from November 30, 2020 to respond to the Complaint, or until January 29, 2021.

Respectfully submitted,

McCARTHY WILSON LLP


By: *//s// Richard W. Evans, Esquire*
Richard W. Evans, Esquire
D.C. Bar No. 448436
2200 Research Boulevard
Suite 500
Rockville, Maryland  20850
(301) 762-7770
evansr@mcwilson.com
*Attorneys for Defendant Mueller*


DUNNINGTON BATHOLOW
 & MILLER LLP

By: *//s// Eden P. Quainton*
Eden Quainton, Esquire
230 Park Avenue
11th Floor
New York, New York 10169
(212) 682-8811
equainton@dunnington.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of November, 2020, a copy of the foregoing Joint Stipulation Regarding Time to Respond to Complaint was electronically filed with the Clerk of the Court of the United States District Court for the District of Columbia, which will automatically generate and serves notices of this filing to all counsel of record.

                                              *//s//  Richard W. Evans, Esquire*
                                              Richard W. Evans, Esquire
                                              D.C. Bar No. 448436

LAW OFFICES
McCARTHY WILSON LLP
A LIMITED LIABILITY PARTNERSHIP
WWW.MCWILSON.COM