UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Matthew Couch,**<br><br>    Plaintiff,<br><br>**v.**<br><br>**Verizon Communications, Inc.,**<br>**Michael Isikoff,**<br>**National Public Radio, Inc.,**<br>**Aaron Rich,**<br>**Deborah Sines,**<br>**Joe Capone,**<br>**and**<br>**Mark Mueller,**<br><br>    Defendants. | **Case No. 20-cv-02151-RJL** |

**[PROPOSED] JOINT STIPULATION BETWEEN PLAINTIFF AND DEFENDANT AARON RICH REGRDING SERVICE OF PROCESS AND RESPONSE DATE**

Counsel for Plaintiff Matthew Couch ("Couch") and Defendant Aaron Rich ("Rich") have met and conferred and have agreed as follows:

**WHEREAS,** on March 26, 2018, Rich filed a lawsuit against Couch and other defendants not named in this action, *Rich v. Butowsky et al*, 18-cv-00681 (D.D.C) ("Rich Litigation"),

**WHEREAS,** on August 6, 2020, Couch filed this above-captioned lawsuit against Rich and other defendants ("Couch Litigation");

**WHEREAS,** on November 4, 2020, counsel for Rich agreed to accept service of the Couch Litigation pursuant to Federal Rule of Civil Procedure 4 ("Rule 4");

**WHEREAS,** Rule 4 provides Rich 60 days to file a motion or answer to the Couch Litigation;

**WHEREAS,** counsel for Couch agreed to provide an additional 31 days in exchange for counsel for Rich accepting service of the Couch Litigation;

**WHEREAS,** Rich's deadline to file a motion or answer to the Couch Litigation would be February 3, 2021;

**WHEREAS,** on November 11, 2020, Rich, Couch, and the other parties to the Rich Litigation filed a Joint Motion requesting this Court stay the Rich Litigation and refer it to mediation for a period of 45 days;

**WHEREAS,** on November 17, 2020, the Court entered an order staying the Rich Litigation and referring it to the mediation program;

**WHEREAS,** any settlement in the Rich Litigation has the potential to resolve the Couch Litigation as between Couch and Rich;

**WHEREAS,** neither Rich nor Couch hereby waives any rights relating to the Couch Litigation;

2

**IT IS HEREBY STIPULATED AND AGREED**, subject to approval of the Court, that Rich's deadline to respond to the Couch Litigation shall be stayed for the same time period as the Rich Litigation.

The parties further stipulate that if the Couch Litigation is not resolved, Rich shall have 78 days from the date that stay lifts to file a response to the Couch Litigation.

| | |
|---|---|
| By: */s/ Eden P. Quainton*<br>EDEN P. QUAINTON, ESQ. (NY0318)<br>DUNNINGTON, BARTHOLOW &<br>MILLER LLP<br>230 Park Avenue, 21st Floor<br>New York, New York 10169<br>Tel: (212) 682-8811<br>Fax: (212) 661-7769<br>E-mail: equainton@dunnington.com<br>***Attorney for Plaintiff*** | By: */s/ Michael J. Gottlieb*<br>MICHAEL J. GOTTLIEB (974960)<br>MERYL C. GOVERNSKI (1023549)<br>WILLKIE FARR & GALLAGHER LLP<br>1875 K Street NW<br>Washington, DC 20006<br>Tel: (202) 303-1000<br>Fax: (202) 303-2000<br>mgottlieb@willkie.com<br>mgovernski@willkie.com<br>***Attorneys for Defendant Aaron Rich*** |

SO ORDERED.

_____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE
United States District Court for the District of Columbia

DATED:_____

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on December 2, 2020, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel of record.

Dated: December 2, 2020

By: */s/ Michael J. Gottlieb*
MICHAEL J. GOTTLIEB (974960)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com
mgovernski@willkie.com
***Attorneys for Defendant Aaron Rich***