IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MATTHEW COUCH, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:20-cv-02151-RJL |
| VERIZON COMMUNICATIONS, INC. | * | |
| and | * | |
| MICHAEL ISIKOFF | * | |
| and | * | |
| NATIONAL PUBLIC RADIO, INC. | * | |
| and | * | |
| AARON RICH | * | |
| and | * | |
| DEBORAH SINES | * | |
| and | * | |
| JOE CAPONE | * | |
| and | * | |
| MARK MUELLER | * | |
| Defendants. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**SECOND STIPULATION AND JOINT REQUEST TO EXTEND DEADLINE FOR
VERIZON DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Verizon Communications Inc. and Michael Isikoff (collectively, the "Verizon Defendants") together with Plaintiff Matthew Couch, submit the following Second Stipulation and Joint Request to extend the deadline for filing the Verizon Defendants' response to Plaintiff's Complaint.

On August 6, 2020, Plaintiff filed the Complaint in this case. (Docket Entry 1). The Verizon Defendants were served with the Complaint on November 6, 2020. Plaintiff and the Verizon Defendants previously stipulated to extend the Verizon Defendants' deadline to respond to the Complaint until December 23, 2020. (Docket Entry 10).

In the interest of all parties' schedules and in order to align with other defendants' extensions in this case, Plaintiff and the Verizon Defendants now jointly request that the Verizon Defendants' deadline to respond to Plaintiffs' Complaint be extended until January 29, 2021. This new deadline would promote judicial efficiency and permit consolidated consideration of the issues, as the Verizon Defendants' response would be due within the same timeframe as the responses of at least two other defendants in this case. (*See* Docket Entries 12, 32).

Plaintiff and the Verizon Defendants respectfully request that the Court issue an order approving this stipulation and joint request, and adopt the proposed deadline of January 29, 2021, for the Verizon Defendants to respond to Plaintiff's Complaint.

DATED:  December 4, 2020

                                         Respectfully submitted,

                                         /s/ Eden Quainton
                                         Eden P. Quainton
                                         **DUNNINGTON BARTHOLOW & MILLER LLP**
                                         230 Park Avenue, 21st Floor
                                         New York, NY 10169
                                         Telephone: (212) 682-8811
                                         equainton@dunnington.com

                                         *Attorneys for Plaintiff Matthew Couch*


                                         /s/ Laura C. Fraher
                                         Laura C. Fraher (DC Bar No. 979720)
                                         **SHAPIRO, LIFSCHITZ & SCHRAM P.C.**
                                         1742 N Street NW
                                         Washington, DC 20036
                                         Telephone: (202) 689-1900
                                         Facsimile: (202) 689-1901
                                         fraher@slslaw.com

                                         Jean-Paul Jassy (*Pro Hac Vice Pending*)
                                         William T. Um (*Pro Hac Vice Pending*)
                                         Elizabeth H. Baldridge (*Pro Hac Vice Pending*)
                                         **JASSY VICK CAROLAN LLP**
                                         800 Wilshire Boulevard, Suite 800
                                         Los Angeles, CA 90017
                                         Telephone: (310) 870-7048
                                         Facsimile: (310) 870-7010
                                         jpjassy@jassyvick.com
                                         wum@jassyvick.com
                                         ebaldridge@jassyvick.com

                                         *Attorneys for Defendants Verizon Communications Inc. and Michael Isikoff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2020, a copy of the foregoing Stipulation and Joint Request to Extend Deadlines for Filing Motion, Opposition, and Reply Briefs in Response to Anticipated Defense Motion was electronically filed through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Eden P. Quainton
DUNNINGTON BARTHOLOW & MILLER LLP
230 Park Avenue, 21st Floor
New York, NY 10169
Telephone: (212) 682-8811
equainton@dunnington.com

*Attorneys for Plaintiff Matthew Couch*

**SHAPIRO, LIFSCHITZ & SCHRAM, P.C.**

/s/ Laura C. Fraher
Laura C. Fraher
1742 N Street NW
Washington, DC 20036
Phone: (202) 689-1900
Fax: (202) 689-1901
fraher@slslaw.com

*Attorneys for Defendants Verizon Communications Inc. and Michael Isikoff*