# EXHIBIT A

**Eden P. Quainton**
**Quainton Law, PLLC**

1001 Avenue of the Americas, 11th Floor
New York, NY 10018

33 Tyson Lane
Princeton, NJ 08540

Telephone (212) 813-8389; (609) 921-0529
Fax (212) 813-8390
Cell: (202) 360-6296
Email equainton@gmail.com

September 24, 2020

**VIA ECF AND FAX**

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Patricia Scott Fleming, et al. v. The City of New York, et al.
             Index No. 18-CV-4866 (GBD)
            Request for Adjournment

Dear Judge Daniels,

      I represent the plaintiff, Patricia Scott Fleming ("Plaintiff"), in the above-captioned matter. A status conference is currently set for October 20, 2020 at 9:45 a.m. For the reasons set forth below, I am writing to request an adjournment of the conference to a date in the second week of December.

      The current conference date was set following the submission of a letter from Doreen Dufficy on behalf of the medical defendants, to which all parties agreed. ECF Dkt. 152. In her letter, Ms. Dufficy indicated that Plaintiff would provide a revised Second Amended Complaint (the "SAC") to counsel for defendants ("Defendants") on August 10, 2020, reflecting the Court's decision to permit the filing of the SAC in accordance with its order permitting certain proposed amendments and denying permission for others (the "Order"). ECF Dkt. 149. To avoid

unnecessary motion practice, the parties were to discuss objections thereafter, with Plaintiff to file the SAC by August 26, 2020 and defendants to file their answer by September 28, 2020. Plaintiff circulated a revised draft on August 10, 2020 and the parties met and conferred by email as contemplated. However, there was disagreement on the interpretation of the Court's Order that remains ongoing. The parties are continuing to discuss the disagreement and are endeavoring to avoid burdening the Court with a motion.

The parties' ability to reach agreement has been complicated on Plaintiff's side by a serious medical situation affecting Plaintiff's counsel's son, Benjamin, who was due to start college in Oregon on August 17, 2020. Benjamin postponed his move in and then returned to New Jersey for surgery, hoping to be able to continue classes remotely. The surgery was successfully completed on September 14, 2020 but the recovery was more difficult than contemplated, with Benjamin requiring treatment in the emergency room for post-operative pain. Benjamin just withdrew from college on Tuesday. In addition, Plaintiff's counsel has been juggling multiple deadlines in several other pending litigations and was unable to provide a revised complaint addressing Defendant's objections until September 21, 2020, a date which falls in the middle of the most important Jewish holidays of the year.

For the foregoing reasons, Plaintiff respectfully requests that the Court reset the schedule in this matter as follows:

- The parties will discuss their objections, if any, to the SAC circulated on September 21, 2020 by October 16, 2020;

- Plaintiff's counsel will file the SAC incorporating the prior decisions of this Court on October 22, 2020;

- Defendants will answer the SAC by November 16, 2020; and

- The parties will further confer and submit a proposed discovery schedule by November 23, 2020.

Because of the Thanksgiving holiday and other commitments of the parties, Plaintiff respectfully requests that a court conference be held during the week of December 7, 2020 to December 11, 2020.

Plaintiff has conferred with opposing counsel who consent to the proposed schedule above. Plaintiff respectfully submits that permitting the parties additional time to resolve any disagreements as to the scope of the Court's Order will further judicial economy and the interests of all concerned.

I thank your Honor for your courtesies in this matter.

Very truly yours,

*/s/ Eden P. Quainton* _____
EDEN P. QUAINTON

cc: All counsel of record – via ECF