# EXHIBIT B

| | |
|---|---|
| **From:** | Eden Quainton |
| **To:** | "Gottlieb, Michael" |
| **Cc:** | Governski, Meryl Conant |
| **Subject:** | RE: Service of process |
| **Date:** | Wednesday, November 4, 2020 3:38:48 PM |

Mike,

That is fine.

Eden


Eden P. Quainton
Partner
**DUNNINGTON BARTHOLOW & MILLER LLP**

230 Park Avenue, 21st Floor
New York, New York 10169
Telephone: +1.212.682.8811
Email: EQuainton@dunnington.com

**CONFIDENTIALITY NOTE**: The information contained in this e-mail message and any attachment is confidential information intended for the use of the individual or entity named in this message. This information may be protected by attorney/client privilege, work product privilege or other laws, rules, and regulations providing for the protection of confidential communications. If you are not the intended recipient, you are hereby notified that any retention, use, copying or forwarding of this message is prohibited. If you have received this e-mail message in error, please contact the sender of this message by return e-mail and delete this message and any attachments.

**From:** Gottlieb, Michael <MGottlieb@willkie.com>
**Sent:** Wednesday, November 4, 2020 3:37 PM
**To:** Eden Quainton <EQuainton@dunnington.com>
**Cc:** Governski, Meryl Conant <MGovernski@willkie.com>
**Subject:** RE: Service of process

Eden,

We are willing to waive and accept service if you (a) send us the waiver on Friday for us to execute and (b) agree not to oppose an additional 30 day extension for us to answer or move to dismiss should we decide to seek one.

Please let me know if that is agreeable.

Respectfully,

Mike

**Michael Gottlieb**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1442 | Fax: +1 202 303 2442
mgottlieb@willkie.com | vCard | www.willkie.com bio

---

**From:** Eden Quainton <EQuainton@dunnington.com>
**Sent:** Wednesday, November 4, 2020 11:54 AM
**To:** Gottlieb, Michael <MGottlieb@willkie.com>
**Subject:** Service of process

<div style="background:yellow">*** EXTERNAL EMAIL ***</div>

Mike,

Will you accept service of the Verizon complaint on behalf of your client? If we resolve matters it will be moot, but I don't want to take the risk of missing the service deadline. Please let me know as soon as possible so that I can make other arrangements if you are unwilling to accept service.

Thank you,

Eden


Eden P. Quainton
Partner
**DUNNINGTON BARTHOLOW & MILLER LLP**

230 Park Avenue, 21st Floor
New York, New York 10169
Telephone: +1.212.682.8811
Email: EQuainton@dunnington.com

---

**CONFIDENTIALITY NOTE**: The information contained in this e-mail message and any attachment is confidential information intended for the use of the individual or entity named in this message. This information may be protected by attorney/client privilege, work product privilege or other laws, rules, and regulations providing for the protection of confidential communications. If you are not the intended recipient, you are hereby notified that any retention, use, copying or forwarding of this message is prohibited. If you have received this e-mail message in error, please contact the sender of this message by return e-mail and delete this message and any attachments.

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.