## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Matthew Couch,** | |
| Plaintiff, | |
| **v.** | **Case No. 20-cv-02151-RJL** |
| **Verizon Communications, Inc.,**<br>**Michael Isikoff,**<br>**National Public Radio, Inc.,**<br>**Aaron Rich,**<br>**Deborah Sines,**<br>**Joe Capone,**<br>**and**<br>**Mark Mueller,** | **Rule 41 Notice of Dismissal** |
| Defendants. | |

To the Clerk of Court and all parties of record:

Plaintiff Matthew Couch ("Plaintiff"), by and through his undersigned counsel, hereby notifies the Court and all parties of record that Plaintiff voluntarily dismisses his action in the above-captioned matter with prejudice against Defendants Aaron Rich and Deborah Sines pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Plaintiff does not dismiss his claims against any other Defendants.

Dated: January 19, 2021                    Respectfully submitted,

*/s/ Eden P. Quainton*_____
EDEN P. QUAINTON DC Bar#NY0318
**DUNNINGTON, BARTHOLOW**
**& MILLER LLP**
230 Park Avenue

New York, New York 10169
(212) 682-8811
equainton@dunnington.com
*Attorneys for Plaintiff Matthew Couch*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on January 19, 2021, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for all parties of record.

**DUNNINGTON, BARTHOLOW & MILLER, LLP**

*/s/ Eden Quainton*_____
EDEN P. QUAINTON, ESQ.
230 Park Ave. 21st Floor
New York, New York 10169
Telephone: (212) 682-8811
E-mail: equainton@gmail.com
*Attorneys for Plaintiff Matthew Couch*