IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW COUCH, | * |
|     Plaintiff, | * |
| v. | *   Civil Action No. 1:20-cv-02151-RJL |
| VERIZON COMMUNICATIONS INC. | * |
| and | * |
| MICHAEL ISIKOFF | * |
| and | * |
| NATIONAL PUBLIC RADIO, INC. | * |
| and | * |
| AARON RICH | * |
| and | * |
| DEBORAH SINES | * |
| and | * |
| JOE CAPONE | * |
| and | * |
| MARK MUELLER | * |
|     Defendants. | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF FILING

To the Court, all parties and their counsel of record:

Please take notice that Defendants Verizon Communications Inc. and Michael Isikoff (together, "Defendants"), pursuant to Local Rule 5.4(e)(1), hereby manually submit to the Court a physical USB drive containing copies of the following Exhibits in support of the concurrently-

filed Request for Judicial Notice and Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and attached to the Declaration of Elizabeth Baldridge:

1. The file titled **Exhibit A** is a true and correct copy of Episode 6 of the podcast *Conspiracyland*, dated August 6, 2019.

2. The file titled **Exhibit B** is a true and correct copy of Bonus Episode 6 of the podcast *Conspiracyland*, dated August 6, 2019.

3. The file titled **Exhibit D** is a true and correct copy of the videotaped version of Plaintiff's public apology made to Aaron Rich and dated January 14, 2021.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Defendants also serve additional copies of the USB containing Exhibits A, B and D on all parties currently appearing in this action, as reflected in the attached proof of service.

DATED: January 29, 2021

Respectfully submitted,

/s/ Jean-Paul Jassy
Jean-Paul Jassy (*Pro Hac Vice* motion pending)
William T. Um (*Pro Hac Vice* motion pending)
Elizabeth H. Baldridge (*Pro Hac Vice* motion pending)
**JASSY VICK CAROLAN LLP**
800 Wilshire Boulevard, Suite 800
Los Angeles, CA 90017
Telephone: (310) 870-7048
Facsimile: (310) 870-7010
jpjassy@jassyvick.com
wum@jassyvick.com
ebaldridge@jassyvick.com

Laura C. Fraher (DC Bar No. 979720)
**SHAPIRO, LIFSCHITZ & SCHRAM P.C.**
1742 N Street NW
Washington, DC 20036
Telephone: (202) 689-1900
Facsimile: (202) 689-1901
fraher@slslaw.com

*Attorneys for Defendants Verizon Communications Inc. and Michael Isikoff*

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to this action. My business address is 800 Wilshire Blvd., Suite 800, Los Angeles, CA 90017. On January 29, 2021, I served true copies of the following item(s) described as:

**NOTICE OF FILING; USB CONTAINING EXHIBITS A, B, AND D IN SUPPORT OF DEFENDANTS VERIZON COMMUNICATIONS INC. AND MICHAEL ISIKOFF'S REQUEST FOR JUDICIAL NOTICE AND MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

on the interested party(ies) in this action as follows:

*See attached service list*

☒ **BY FEDERAL EXPRESS OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope(s) or package(s) provided by FedEx and addressed to the person(s) at the address(es) listed above. I placed the envelope(s) or package(s) for collection and overnight delivery at an office or a regularly utilized drop box of FedEx.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 29, 2021, at Los Angeles, California.

_____
Marlene Rios

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## SERVICE LIST

Eden P. Quainton  *Attorneys for Plaintiff*
DUNNINGTON BARTHOLOW & MILLER LLP  *Matthew Couch*
230 Park Avenue, 21st Floor
New York, NY 10169
Telephone: (212) 682-8811
Email: equainton@dunnington.com

David J. Bodney  *Attorneys for Defendant*
BALLARD SPAHR LLP  *National Public Radio, Inc.*
1 East Washington Street, Suite 2300
Phoenix, AZ 85004
Telephone: (602) 798-5454
Email: bodneyd@ballardspahr.com

Matthew E. Kelley
BALLARD SPAHR LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 508-1112
Email: kelleym@ballardspahr.com

Richard W. Evans  *Attorneys for Defendants*
James G. Fegan, III  *Mark Mueller and Joe Capone*
MCCARTHY WILSON LLP
2200 Research Boulevard, Suite 500
Rockville, MD 20850
Telephone: (301) 762-7770
Email: evansr@mcwilson.com
         feganj@mcwilson.com