UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Matthew Couch,**<br><br>       Plaintiff,<br><br>v.<br><br>**Verizon Communications Inc., et al.,**<br><br>       Defendants. | **Case No. 20-cv-02151-RJL** |

## STIPULATION AND JOINT REQUEST TO EXTEND DEADLINES FOR FILING OPPOSITION AND REPLY BRIEFS IN RESPONSE TO MOTIONS FILED BY DEFENDANTS VERIZON COMMUNICATIONS INC. AND MICHAEL ISIKOFF

Plaintiff Matthew Couch and Defendants Verizon Communications Inc. and Michael Isikoff (collectively, "Defendants"), submit the following stipulation and joint request to extend the deadlines for filing Plaintiff's brief(s) in opposition and Defendants' brief(s) in reply to Defendants' Motions to Dismiss pursuant to Rules 12(b)(5) and 12(b)(6) of the Federal Rules of Civil Procedure and Defendants' Request for Judicial Notice in Support of their 12(b)(6) Motion.

By way of background, on August 6, 2020, Plaintiff filed the Complaint in this case. Dkt. 1. Defendants were served with the Complaint on November 6, 2020. Under the Federal Rules of Civil Procedure, Defendants' response to the Complaint was due on November 27, 2020. By stipulation and order of the Court, Defendants' time to respond to the Complaint was extended to December 23, 2020, Plaintiff's time to file any opposing papers was extended to January 29, 2021, and Defendants' time to file any reply papers was extended to February 18, 2021. Dkt. 10 and Minute Order, dated November 11, 2020.

Subsequently, Defendant Mark Mueller ("Mueller") and Plaintiff filed a Joint Stipulation extending Mueller's time to answer or move to January 29, 2021. Plaintiff and Defendants then filed a second stipulation and request to extend Defendants' time to respond to the Complaint to January 29, 2021. Dkt. 36. The Court granted this request. Minute Order, dated December 9, 2020. However, in their second stipulation and request, the parties omitted to adjust the time for filing opposing and reply papers as provided in the first stipulation. Accordingly, Plaintiff and Defendants jointly respectfully request that Plaintiff's time to respond to Defendants' motions be extended to March 4, 2021, and Defendants' time file any papers in reply be extended to March 24, 2021, consistent with the time periods in the first stipulation and order.

Plaintiff intends to file a motion to dismiss the action as to Defendant Mark Mueller pursuant to Rule 41(a)(1)(A)(1). Accordingly, no modification of the schedule for the time to respond to the Motion to Dismiss filed by Defendant Mark Mueller will be sought.

The parties respectfully request that the Court issue an order approving this stipulation and joint request, and adopt the parties' proposed briefing schedule.

Dated: February 8, 2021

By: */s/ Eden Quainton*_____
EDEN P. QUAINTON, ESQ. (NY0318)
**DUNNINGTON, BARTHOLOW**
**& MILLER, LLP**
230 Park Ave. 21st Floor
New York, NY 10169
Telephone: (212) 682-8811
E-mail: equainton@dunnington.com
*Attorneys for Plaintiff Matthew Couch*

By: */s/ Jean-Paul Jassy*_____
Jean-Paul Jassy (*Pro Hac Vice* pending)
**JASSY VICK CAROLAN LLP**
800 Wilshire Boulevard, Suite 800
Los Angeles, CA 90017
Telephone: (310) 870-7048
Email: jpjassy@jassyvick.com
*Attorneys for Defendants Michael Isikoff*
*and Verizon Communications Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on February 8, 2021, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Defendants Michael Isikoff and Verizon Communications Inc.

**DUNNINGTON, BARTHOLOW & MILLER, LLP**

*/s/ Eden Quainton*_____
EDEN P. QUAINTON, ESQ.
230 Park Ave. 21st Floor
New York, New York 10169
Telephone: (212) 682-8811
E-mail: equainton@gmail.com
*Attorneys for Plaintiff Matthew Couch*