UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Matthew Couch,** <br><br> Plaintiff, <br><br> v. <br><br> **Verizon Communications, Inc.,** <br> **Michael Isikoff,** <br> **National Public Radio, Inc.,** <br> **Aaron Rich,** <br> **Deborah Sines,** <br> **Joe Capone,** <br> **and** <br> **Mark Mueller,** <br><br> Defendants. | Case No. 20-cv-02151-RJL <br><br> **Rule 41 Notice of Dismissal** |

To the Clerk of Court and all parties of record:

Plaintiff Matthew Couch ("Plaintiff"), by and through his undersigned counsel, hereby notifies the Court and all parties of record that Plaintiff voluntarily dismisses his action in the above-captioned matter against Defendant Mark Mueller pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: February 22, 2021            Respectfully submitted,

*/s/ Eden P. Quainton*_____
EDEN P. QUAINTON DC Bar#NY0318
**DUNNINGTON, BARTHOLOW**
**& MILLER LLP**
230 Park Avenue
New York, New York 10169
(212) 682-8811

equainton@dunnington.com
*Attorneys for Plaintiff Matthew Couch*

- 2 -

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on February 22, 2021, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for all parties of record.

**DUNNINGTON, BARTHOLOW & MILLER, LLP**

*/s/ Eden Quainton*_____
EDEN P. QUAINTON, ESQ.
230 Park Ave. 21st Floor
New York, New York 10169
Telephone: (212) 682-8811
E-mail: equainton@gmail.com
*Attorneys for Plaintiff Matthew Couch*