UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Matthew Couch,**<br><br>    Plaintiff,<br><br>v.<br><br>**Verizon Communications, Inc.,**<br>**Michael Isikoff,**<br>**National Public Radio, Inc.,**<br>**Aaron Rich,**<br>**Deborah Sines,**<br>**Joe Capone,**<br>**and**<br>**Mark Mueller,**<br><br>    Defendants. | **Case No. 20-cv-02151-RJL** |

## NOTICE OF DELAYED FILING

Plaintiff Matthew Couch hereby notifies the Court and opposing counsel in the above-captioned matter that for technological reasons beyond counsel's control described in the attached Declaration of Eden P. Quainton, the filing of Plaintiff's Opposition to the Motions to Dismiss under Rules 12(b)(5) and 12(b)(6) of Defendants Verizon Communications, Inc. and Matthew Isikoff was delayed by approximately 7 minutes.

**DUNNINGTON, BARTHOLOW & MILLER, LLP**

*/s/ Eden Quainton*_____
EDEN P. QUAINTON, ESQ.
230 Park Ave. 21st Floor
New York, New York 10169
Telephone: (212) 682-8811
E-mail: equainton@gmail.com
*Attorneys for Plaintiff Matthew Couch*

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on March 5, 2021, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Verizon Communications, Inc. and Michael Isikoff.

**DUNNINGTON, BARTHOLOW & MILLER, LLP**

*/s/ Eden Quainton*_____
EDEN P. QUAINTON, ESQ.
230 Park Ave. 21st Floor
New York, New York 10169
Telephone: (212) 682-8811
E-mail: equainton@gmail.com
*Attorneys for Plaintiff Matthew Couch*