# EXHIBIT A

From: Eden Quainton
Sent: Thursday, March 4, 2021 11:43 PM
To: Eden Quainton <equainton@gmail.com>
Subject: FW: Please email the final documents to equainton@gmail.com

Eden P. Quainton
Partner
**DUNNINGTON BARTHOLOW & MILLER LLP**

230 Park Avenue, 21st Floor
New York, New York 10169
Telephone: +1.212.682.8811
Email: EQuainton@dunnington.com

CONFIDENTIALITY NOTE: The information contained in this e-mail message and any attachment is confidential information intended for the use of the individual or entity named in this message. This informa
communications. If you are not the intended recipient, you are hereby notified that any retention, use, copying or forwarding of this message is prohibited. If you have received this e-mail message in error, please contact

From: Christine Lee <CLee@dunnington.com>
Sent: Thursday, March 4, 2021 11:41 PM
To: Eden Quainton <EQuainton@dunnington.com>; 'Eden Quainton' <equainton@gmail.com>
Subject: RE: Please email the final documents to equainton@gmail.com

From: Eden Quainton <EQuainton@dunnington.com>
Sent: Thursday, March 4, 2021 11:32 PM
To: Christine Lee <CLee@dunnington.com>
Subject: Please email the final documents to equainton@gmail.com

My Pacer password is not working in Oasis, so I have to file from my desktop (outside of Oasis). I'll need a little extra time.