# **EXHIBIT A**

- 4 -

**Christine Lee**

| | |
|---|---|
| From: | do_not_reply@thomsonreuters.com |
| Sent: | Wednesday, April 7, 2021 2:16 PM |
| To: | Christine Lee |
| Subject: | Your Live Help Session Transcript [#222688] |

# Live Chat TRANSCRIPT

CHAT STARTED AT 2:04 PM (7 Apr 2021)

**CHRISTINE LEE**

Can you please let me know when this case - Tah v. Global Witness Publ., Inc., 2021 WL 1045205, No. 19-7132 (D.C. Cir. Mar. 19, 2021) - was in the Westlaw database? 2:04 PM

*We will connect you with the next available support specialist.* 2:04 PM

*You are now chatting with timothy* 2:05 PM

**TIMOTHY**

Hi Christine 2:05 PM

**CHRISTINE LEE**

Hi Timothy 2:05 PM

**TIMOTHY**

Let me take a look 2:06 PM

1

**CHRISTINE LEE**

Thank you 2:06 PM

**TIMOTHY**

Ok - opinion looks to be dated 3/19... 2:09 PM

**TIMOTHY**

There's a little bit of trial and error involved in determining when it got posted. 2:09 PM

**TIMOTHY**

Let me try a few things 2:09 PM

**CHRISTINE LEE**

Sure, I appreciate your efforts, Timothy 2:09 PM

**TIMOTHY**

Looks like it was in fact added on 3/19 2:11 PM

**TIMOTHY**

That's not too out of the norm - federal appellate cases are often posted same day. 2:12 PM

**CHRISTINE LEE**

Got it. Is this posted date shown somewhere on the case? 2:13 PM

**CHRISTINE LEE**

Apologies, I'm not too familiar with Westlaw 2:13 PM

**TIMOTHY**

2

- 6 -

> It's not - we need ti do a date-aded search to try and pinpoint the day it was posted 2:13 PM

**CHRISTINE LEE**

Ah, I see. Okay, thank you for your help! 2:13 PM

**CHRISTINE LEE**

Is there a way to save this chat transcript by chance? 2:14 PM

**TIMOTHY**

> Did you put your email in at the start? 2:14 PM

**CHRISTINE LEE**

Yes 2:14 PM

**TIMOTHY**

> Perfect - a transcript will be emailed once the chat wraps 2:15 PM

**CHRISTINE LEE**

Great, thank you again! 2:15 PM

**TIMOTHY**

> You're very welcome! 2:15 PM

Christine Lee has left the chat 2:15 PM

**CHAT ENDED AT** 2:15 PM (7 Apr 2021)

**Live Chat** by eGain

3