UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MATTHEW COUCH, )
)
    **Plaintiff,** )
)
v. ) Civil Case No. 20-2151 (RJL)
)
VERIZON COMMUNICATIONS, )
INC. *et al.* )
)
    **Defendants.** )

**ORDER**

(September 30, 2021) [Dkts. ## 46, 47, 54]

For the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby

**ORDERED** that Defendants Verizon Communications, Inc.'s ("Verizon") and Michael Isikoff's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) [Dkt. # 46] is **GRANTED**; and it is further

**ORDERED** that Defendants Verizon and Isikoff's Motion to Take Judicial Notice in Support of 12(b)(6) Motion [Dkt. # 47] is **GRANTED**; and it is further

**ORDERED** that Defendants Verizon and Isikoff's Second Motion to Take Judicial Notice in Support of 12(b)(6) Motion [Dkt. # 54] is **DENIED** as **MOOT**.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge