UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Matthew Couch,**<br>4000 S. Dixieland Road<br>Apartment A-201<br>Rogers, Arkansas 72758<br><br>     Plaintiff,<br><br>**v.**<br><br>**Verizon Communications, Inc.**<br>1095, Avenue of the Americas<br>New York, NY 10036<br><br>et al.,<br><br>     Defendants. | **Case No. 20-cv-2151 (RJL)** |

## NOTICE OF CHANGE OF FIRM

To the Clerk of Court and all parties of record:

Plaintiff Matthew Couch, by and through his undersigned counsel, hereby notifies the Court and all parties of records, that Eden P. Quainton, who is admitted to practice law in this Court, is now a principal of the firm of Quainton Law, PLLC. Mr. Quainton will remain Plaintiff's' counsel in this litigation.

Mr. Quainton's updated contact information is as follows: Eden P. Quainton, Quainton Law, PLLC, 2 Park Avenue, 20th Fl., New York, NY 10016, Tel: 212-419-0575; Fax 212-376-5699. Email: equainton@gmail.com

- 2 -

Dated:  November 4, 2021                         Respectfully submitted,

                */s/ Eden P. Quainton*
                EDEN P. QUAINTON DC Bar#NY0318
                **QUAINTON LAW, PLLC**
                2 Park Avenue, 20th Floor
                New York, New York 10016
                (212) 682-8811
                equainton@gmail.com
                *Attorneys for Plaintiff Matthew Couch*

- 3 -

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on November 4, 2021, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for National Public Radio, Inc.

**QUAINTON LAW, PLLC**

*/s/ Eden Quainton*_____
EDEN P. QUAINTON, ESQ. 2 Park Ave., 20th Floor
New York, New York 10016
Telephone: (212) 419-0575
E-mail: equainton@gmail.com
*Attorneys for Plaintiff Matthew Couch*

- 3 -