UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Matthew Couch,**<br>4000 S. Dixieland Road<br>Apartment A-201<br>Rogers, Arkansas 72758<br><br>     Plaintiff,<br><br>v.<br><br>**Verizon Communications, Inc.**<br>1095, Avenue of the Americas<br>New York, NY 10036<br><br>et al.,<br><br>     Defendants. | **Case No. 20-cv-2151 (RJL)** |

### [PROPOSED] STIPULATION TO EXTEND DEADLINES FOR FILING OPPOSITION AND REPLY BRIEFS IN RESPONSE TO DEFENDANT NATIONAL PUBLIC RADIO'S MOTION FOR JUDGMENT ON THE PLEADINGS

Counsel for Plaintiff Matthew Couch ("Plaintiff") and counsel for Defendant National Public Radio, Inc. ("NPR") have met and conferred and respectfully request that the Court enter the agreement memorialized herein extending the deadlines for Plaintiff to file his brief in opposition to NPR's Motion for Judgment on the Pleadings, Dkt. 64 (the "Motion"), and for NPR to file its brief in reply.

**WHEREAS**, NPR filed the Motion on October 17, 2021; and

**WHEREAS**, the Local Rules of the United States District Court of The District of Columbia ("Local Rules") provide for fourteen days to file a memorandum of points and case authorities in opposition to a motion, LCvR7(b), and seven days to file a reply memorandum,

- 1 -

- 2 -

LCvR7(d); and

**WHEREAS**, Plaintiff's counsel has numerous scheduling conflicts in the coming days and weeks and requests additional time to prepare Plaintiff's response to the Motion, to which NPR does not object.

**IT IS HEREBY STIPULATED AND AGREED**, subject to approval of the Court, that the deadline for Plaintiff to file his memorandum of points and authorities in opposition to the Motion shall be set for November 30, 2021 and the deadline for NPR to file its reply memorandum shall be set for December 14, 2021.

**DATED**: July 9, 2021

By: /s/ *Eden Quainton*_____
EDEN P. QUAINTON, ESQ. (NY0318)
**QUAINTON LAW, PLLC**
2 Park Ave., 20th Fl.
New York, NY 10016
Telephone: (212) 419-0575
Fax: (212) 376-5699
E-mail: equainton@gmail.com
*Attorneys for Plaintiff Matthew Couch*

By: /s/ *David Bodney*_____
DAVID BODNEY, ESQ. (AZ6065)
**BALLARD SPAHR LLP**
1 East Washington Street, Suite 2300
Phoenix, AZ 85004
Telephone: (310) 556-9680
Fax: (602) 798-5595
Email: bodneyd@ballardspahr.com
*Attorneys for Defendant*
*National Public Radio, Inc.*

**SO ORDERED**.

_____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE
United States District Court for the District of Columbia

DATED: _____

- 3 -

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on November 4, 2021, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for National Public Radio, Inc.

**QUAINTON LAW, PLLC**

/s/ Eden Quainton_____
EDEN P. QUAINTON, ESQ. 2 Park Ave., 20th Floor
New York, New York 10016
Telephone: (212) 419-0575
E-mail: equainton@gmail.com
*Attorneys for Plaintiff Matthew Couch*