IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW COUCH,<br><br>       **Plaintiff,**<br><br>       v.<br><br>VERIZON COMMUNICATIONS, INC., MICHAEL ISIKOFF, NATIONAL PUBLIC RADIO, INC., AARON RICH, DEBORAH SINES, JOE CAPONE, and MARK MUELLER,<br><br>       **Defendants.** | Case No. 1:20-cv-2151 |

**DEFENDANT NATIONAL PUBLIC RADIO, INC.'S CONSENT MOTION TO STAY DISCOVERY PENDING RESOLUTION OF ITS DISPOSITIVE MOTION**

Defendant National Public Radio, Inc. ("NPR"), by its undersigned counsel, respectfully moves this Court for an order staying discovery and postponing the conference required pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3 and this Court's Case Management Order (Dkt. 63) until 21 days after the Court rules on NPR's Motion for Judgment on the Pleadings (Dkt. 64) and any cross-motion Plaintiff may file in response to that motion.

Courts may exercise their broad discretion over discovery to stay discovery, and a stay order is particularly appropriate while a dispositive motion is pending "to prevent wasting the time and effort of all concerned, and to make the most efficient use of judicial resources." *Chavous v. D.C. Fin. Responsibility & Mgmt. Assistance Auth.*, 201 F.R.D. 1, 2 (D.D.C. 2001). Here, such an order is warranted because NPR's pending Rule 12(c) motion, if granted, would completely dispose of all of the claims against it. *See id.* Moreover, counsel for NPR has met and conferred with counsel for Plaintiff, who states that Plaintiff consents to a stay of discovery. Therefore, no party would be prejudiced by a stay of discovery in this matter.

Accordingly, NPR respectfully requests that this Court exercise its discretion to issue an

order staying all discovery, including the conference required under Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3 and this Court's Case Management Order until 21 days after the Court rules on NPR's Motion for Judgment on the Pleadings (Dkt. 64) and any cross-motion Plaintiff may file in response to that motion.  A proposed order is attached.

Dated:  November 8, 2021

Respectfully submitted,

BALLARD SPAHR LLP

 */s/ Matthew E. Kelley*
Matthew E. Kelley (Bar No. 1018126)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 508-1112
Fax: (202) 661-2299
kelleym@ballardspahr.com

David J. Bodney (D.D.C. Bar No. AZ0022)
1 East Washington Street, Suite 2300
Phoenix, AZ 85004
Tel: (602) 798-5400
Fax: (602) 798-5595
bodneyd@ballardspahr.com

*Counsel for Defendant National Public Radio, Inc.*