UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Matthew Couch,**<br>4000 S. Dixieland Road<br>Apartment A-201<br>Rogers, Arkansas 72758<br><br>　　Plaintiff,<br><br>v.<br><br>**Verizon Communications, Inc.**<br>1095, Avenue of the Americas<br>New York, NY 10036<br><br>et al.,<br><br>　　Defendants. | Case No. 20-cv-2151 (RJL) |

**MOTION FOR APPROVAL OF [PROPOSED] STIPULATION FOR EXTENSION OF TIME AND TO SET BRIEFING SCHEDULE FOR FILING OPPOSITION AND REPLY BRIEFS TO DEFENDANT NATIONAL PUBLIC RADIO'S MOTION FOR JUDGMENT ON THE PLEADINGS AND PLAINTIFF'S CROSS-MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Counsel for Plaintiff Matthew Couch ("Plaintiff"), counsel for Defendant National Public Radio, Inc. ("NPR"), and counsel for Verizon Communications, Inc. ("Verizon") and Michael Isikoff ("Isikoff") have met and conferred and respectfully request that the Court enter the agreement memorialized herein extending the deadlines (1) for Plaintiff to file his Opposition to NPR's Motion for Judgment on the Pleadings, Dkt. 64 (the "Motion"), and his contemplated Cross-Motion for Leave to File an Amended Complaint (the "Cross-Motion"), (2) for Verizon, Isikoff and NPR to file their Opposition to the Cross-Motion, (3) for NPR to file its Reply to Plaintiff's Opposition to the Motion and (4) for Plaintiff to file his Reply to Defendants'

Oppositions to the Cross-Motion.

**WHEREAS**, Verizon and Isikoff filed a motion to dismiss pursuant to Federal Rule of CIvil Procedure 12(b)(6), which the Court granted, without expressly giving leave to amend, on September 30, 2021, as set forth in ECF Dkt. Nos. 60 and 61;

**WHEREAS**, NPR filed the Motion on October 17, 2021; and

**WHEREAS**, Plaintiff and NPR stipulated and the Court approved a briefing schedule on the Motion providing that Plaintiff would file opposing papers by November 30, 2021 and NPR would file its papers in reply by December 14, 2021, as set forth in ECF Dkt. 66 and Minute Order, dated November 12, 2021; and

**WHEREAS**, Plaintiff contemplates filing the Cross-Motion concurrently with his Opposition to the Motion; and

**WHEREAS**, counsel for Verizon and Isikoff have requested until January 18, 2022 to oppose the Cross-Motion because of the coming holidays and the press of business, reserving all objections, arguments and positions with respect to the Cross-Motion; and

**WHEREAS**, Plaintiff has also requested additional time to prepare his Cross-Motion because of the recent holidays and the press of business; and

**WHEREAS**, it would be in the interest of judicial economy for all opposing and reply papers to be submitted on a harmonized schedule; and

**WHEREAS**, Plaintiff and Defendants respectfully move the Court to approve the deadlines set forth below;

**IT IS HEREBY STIPULATED AND AGREED**, subject to approval of the Court, that the deadlines for the parties to file their respective motion papers are as set forth below:

- **December 9, 2021**: Deadline for filing of Plaintiff's Opposition to the Motion and Plaintiff's Cross-Motion.

- 3 -

- **January 18, 2022**: Deadline for all Defendants to oppose the Cross-Motion;

- **January 18, 2022**: Deadline for NPR to reply to Plaintiff's Opposition to the Motion; and

- **January 31, 2022**: Deadline for for Plaintiff to file his Reply to Defendants' Oppositions to the Cross Motion.

**DATED**: November 30, 2021

By: /s/ *Eden Quainton*_____
EDEN P. QUAINTON, ESQ. (NY0318)
**QUAINTON LAW, PLLC**
2 Park Ave., 20th Fl.
New York, NY 10016
Telephone: (212) 419-0575
Fax: (212) 376-5699
Email: equainton@gmail.com
*Attorneys for Plaintiff Matthew Couch*


By: /s/ *Jean-Paul Jassy*_____
**JASSY VICK CAROLAN LLP**
355 S. Grand Avenue
Suite 2450
Los Angeles, CA 90071
Telephone: (310) 870-7048
Fax: (310) 870-7010
Email: jpjassy@jassyvick.com
*Attorneys for Defendant
Verizon Communications, Inc.*

By: /s/ *Matthew Kelley*_____
MATTHEW KELLEY, ESQ.
**BALLARD SPAHR LLP**
1909 K Street, 12th Floor
Washington D.C. 20006
Telephone: (202) 508-1112
Fax: (202) 661-2299
Email: kelleym@ballardspahr.com
*Attorneys for Defendant
National Public Radio, Inc.*


By:/s/ *Laura Fraher*_____
**SCHAPIRO, LIFSCHITZ & SCHRAM**
1742 N St., NW
Washington, D.C. 20036-2912
Telephone (202) 689-1900
Fax: (202) 689-1901
Email: fraher@slslaw.com


**SO-ORDERED**.

_____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE
United States District Court for the District of Columbia

DATED: _____

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on November 30, 2021, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for Verizon Communications, Inc., Michael Isikoff and National Public Radio, Inc.

        **QUAINTON LAW, PLLC**

        /s/ *Eden Quainton*
        EDEN P. QUAINTON, ESQ.
        2 Park Ave., 20th Floor
        New York, New York 10016
        Telephone: (212) 419-0575
        E-mail: equainton@gmail.com
        *Attorneys for Plaintiff Matthew Couch*