# EXHIBIT A



**Eden Quainton <equainton@gmail.com>**

## FW: NPR/Couch (Case 1:20-cv-02151-RJL): FW: As Promised

3 messages

---

**Bodney, David J.** <BodneyD@ballardspahr.com>                                   Tue, Oct 5, 2021 at 1:02 PM
To: Eden Quainton <equainton@gmail.com>

---

**Eden:**

**Following up on my calls and email, I write to learn your client's current position with respect to the above litigation.**

**Specifically, I ask whether your client will stipulate to dismiss NPR in light of Judge Leon's dismissal of Verizon and Mr. Isikoff, or whether Plaintiff will leave NPR no choice but to move for dismissal on the same grounds as the Court has already granted the other Defendants.**

**As you know, NPR has a limited amount of time to answer or otherwise respond to your client's complaint (i.e., by Oct. 14), and therefore I have been trying to reach you to discuss a resolution of these issues as cost-efficiently for the parties and the Court as possible.**

**Please call me at 602.315.1547 by the close of business today.**

**Thanks – I look forward to hearing from you.**

**David**

**David J. Bodney**
**(Pronouns: he, him, his)**

**Ballard Spahr** LLP                 DIVERSITY
                                      EQUITY + INCLUSION

Case 1:20-cv-02151-RJL - Document 60-2 · Filed 12/10/21 · Page 3 of 7

1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555

602.798.5454 DIRECT
602.798.5595 FAX

602.315.1547 MOBILE | bodneyd@ballardspahr.com
VCARD

-------------------------------

www.ballardspahr.com

---

**From:** Bodney, David J. (PHX)
**Sent:** Monday, October 4, 2021 3:22 PM
**To:** 'Eden Quainton' <equainton@gmail.com>
**Subject:** RE: As Promised

**Eden,**

**Good afternoon – I hope all's well.**

**Do you have a few minutes to discuss the Couch case?**

**If not today still, tomorrow?**

**My mobile number (below) is best.**

**Thanks,**

**David**

**David J. Bodney**
**(Pronouns: he, him, his)**

**Ballard Spahr** LLP

DIVERSITY
EQUITY + INCLUSION

1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555

602.798.5454 DIRECT
602.798.5595 FAX

602.315.1547 MOBILE | bodneyd@ballardspahr.com
VCARD

------------------------------

www.ballardspahr.com

**From:** Rudyard Ceres <RCeres@dunnington.com>
**Sent:** Monday, October 4, 2021 2:15 PM
**To:** 'Eden Quainton' <equainton@gmail.com>; Bodney, David J. (PHX) <BodneyD@ballardspahr.com>
**Subject:** As Promised

⚠ **EXTERNAL**

Good afternoon Eden, I trust all is well with you and yours.

Please note that I have copied David Bodney (602 315-1547, Ballard Spahr), who I understand was reaching out to you in connection with one of your matters. I spoke with David, confirmed that you are back with your own firm and indicated that I would forward on his contact information and you could take things from there.

If you have any questions of any nature, please do not hesitate to contact me.

Good luck and all the best.

Cheers…Rudy.

Rudyard W. Ceres

Partner

**DUNNINGTON BARTHOLOW & MILLER LLP**

230 Park Avenue, 21st Floor
New York, New York 10169
Telephone: +1.212.682.8811
Direct: +1.646.865.7757
Email: RCeres@dunnington.com


Founded in 1921

Member – Cicero League of International Lawyers

---

**CONFIDENTIALITY NOTE**: The information contained in this e-mail message and any attachment is confidential information intended for the use of the individual or entity named in this message. This information may be protected by attorney/client privilege, work product privilege or other laws, rules, and regulations providing for the protection of confidential communications. If you are not the intended recipient, you are hereby notified that any retention, use, copying or forwarding of this message is prohibited. If you have received this e-mail message in error, please contact the sender of this message by return e-mail and delete this message and any attachments.

---

**Eden Quainton** <equainton@gmail.com>                                    Tue, Oct 5, 2021 at 1:21 PM
To: "Bodney, David J." <BodneyD@ballardspahr.com>

David,

I will call you later.

Regards,

Eden
[Quoted text hidden]
--
Eden P. Quainton
Quainton Law, PLLC
2 Park Avenue, 20th Floor
New York, NY 10016
Tel: 212.419.0575
Fax: 212.376.5699.
Cell: 202.360.6296

245 Nassau St.
Princeton, NJ 08540
Tel: 609-356-0526
Cell: 202-360-6296
www.quaintonlaw.net

---

**Bodney, David J.** <BodneyD@ballardspahr.com>                            Tue, Oct 5, 2021 at 4:42 PM
To: Eden Quainton <equainton@gmail.com>


**Eden,**

Thanks for your reply.

Just FYI, I'll be available until 5:45 Eastern today.

I look forward to hearing from you.

David

**David J. Bodney**
**(Pronouns: he, him, his)**

**Ballard Spahr**
LLP

DIVERSITY
EQUITY + INCLUSION

1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555

602.798.5454 DIRECT
602.798.5595 FAX

602.315.1547 MOBILE | bodneyd@ballardspahr.com
VCARD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

www.ballardspahr.com

**From:** Eden Quainton <equainton@gmail.com>
**Sent:** Tuesday, October 5, 2021 10:21 AM
**To:** Bodney, David J. (PHX) <BodneyD@ballardspahr.com>
**Subject:** Re: FW: NPR/Couch (Case 1:20-cv-02151-RJL): FW: As Promised

⚠ **EXTERNAL**

[Quoted text hidden]

Case 1:20-cv-02151-RJL Document 60-2 Filed 12/10/21 Page 7 of 7