# EXHIBIT B

 **Gmail**  Eden Quainton <equainton@gmail.com>

## NPR/Couch: Draft Consent Motion for Extension of Time
2 messages

**Bodney, David J.** <BodneyD@ballardspahr.com>  Wed, Oct 13, 2021 at 11:45 AM
To: Eden Quainton <equainton@gmail.com>

**Eden,**

**Following up on our recent conversations, I attach a proposed Consent Motion for Extension of Time and [Proposed] Order in the above matter.**

**Given the impending deadline for NPR to answer your client's original Complaint, I propose to file the Consent Motion and lodge the [Proposed] Order <u>today</u> with your consent.**

**Please let me know if I may do so, or if you have any suggested edits.**

**Thanks much – I look forward to hearing from you.**

**David**

**David J. Bodney**
**(Pronouns: he, him, his)**

**Ballard Spahr LLP**

**DIVERSITY EQUITY + INCLUSION**

1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555

602.798.5454 DIRECT
602.798.5595 FAX

602.315.1547 MOBILE | bodneyd@ballardspahr.com
VCARD

------------------------------

www.ballardspahr.com

---

**2 attachments**

📄 **Mot. for extension of time DMFIRM_400076515(3).DOCX**
32K

📄 **Proposed Order on motion to extend time DMFIRM_400076992(2).DOCX**
25K

---

**Eden Quainton** <equainton@gmail.com>  Wed, Oct 13, 2021 at 12:26 PM
To: "Bodney, David J." <BodneyD@ballardspahr.com>

David,

A couple of comments on the Motion and a typo on the order.

Please let me know if you want to discuss.

Regards,

Eden

[Quoted text hidden]

--
Eden P. Quainton
Quainton Law, PLLC
2 Park Avenue, 20th Floor
New York, NY 10016
Tel: 212.419.0575
Fax: 212.376.5699.
Cell: 202.360.6296

245 Nassau St.
Princeton, NJ 08540
Tel: 609-356-0526
Cell: 202-360-6296
www.quaintonlaw.net

---

**2 attachments**

📄 **Proposed Order on motion to extend time DMFIRM_400076992(2) (1) eq comments.docx**
28K

📄 **Mot. for extension of time DMFIRM_400076515(3) eq comments .docx**
38K