# EXHIBIT C



**Eden Quainton <equainton@gmail.com>**

# RE: [EXT] Re: Couch v. Verizon Communications, Inc. et al. 20-cv-2151
3 messages

---

**Laura C. Fraher** <fraher@slslaw.com>                                                            Mon, Nov 29, 2021 at 12:09 PM
To: Eden Quainton <equainton@gmail.com>, Jean-Paul Jassy <jpjassy@jassyvick.com>
Cc: William Um <wum@jassyvick.com>, Elizabeth Baldridge <ebaldridge@jassyvick.com>

I concur with Jean-Paul.

Thanks,

Laura

---

**From:** Eden Quainton <equainton@gmail.com>
**Sent:** Monday, November 29, 2021 12:08 PM
**To:** Jean-Paul Jassy <jpjassy@jassyvick.com>
**Cc:** Laura C. Fraher <fraher@slslaw.com>; William Um <wum@jassyvick.com>; Elizabeth Baldridge <ebaldridge@jassyvick.com>
**Subject:** [EXT] Re: Couch v. Verizon Communications, Inc. et al. 20-cv-2151

Jean-Paul,

Do I need Laura's separate position or is yours sufficient for both Verizon and Isikoff?

Please let me know.

Thank you,

Eden

On Mon, Nov 29, 2021 at 12:00 PM Eden Quainton <equainton@gmail.com> wrote:

> Jean-Paul,
>
> What would work for you? Anything reasonable is fine with me.
>
> Eden

On Mon, Nov 29, 2021 at 11:56 AM Jean-Paul Jassy <jpjassy@jassyvick.com> wrote:

> Eden,
>
> We will oppose, and we would like to work out a briefing schedule.
>
> Thanks,
>
> JP
>
> **Jean-Paul Jassy**
>
> Jassy Vick Carolan LLP | 310-870-7048 | jpjassy@jassyvick.com
>
> 355 S. Grand Ave., Suite 2450 | Los Angeles, CA 90071
>
> jassyvick.com
>
> This email may contain confidential and/or privileged material. Any review or distribution by anyone other than the intended recipient is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies of this email immediately. This email does not establish an attorney-client relationship.
>
> On Mon, Nov 29, 2021 at 8:31 AM Eden Quainton <equainton@gmail.com> wrote:
>
>> Jean-Paul and Linda,
>>
>> As you may have seen NPR has filed a motion for judgement on the pleadings as to them, which I intend to oppose together with a cross-motion for leave to file an amended complaint. I intend to file my opposition and cross-motion tomorrow. I assume you will oppose the motion. Can you please confirm as soon as possible? As to timing, I am happy to agree on a timetable for opposition to the motion.
>>
>> Please let me know whether you oppose or if you would like to discuss. The best number to reach me on is the Princeton number below or my cell.
>>
>> Respectfully,

Eden

--

Eden P. Quainton

Quainton Law, PLLC

2 Park Avenue, 20th Floor

New York, NY 10016

Tel: 212.419.0575

Fax: 212.376.5699.

Cell: 202.360.6296


245 Nassau St.

Princeton, NJ 08540

Tel: 609-356-0526

Cell: 202-360-6296

www.quaintonlaw.net


--

Eden P. Quainton

Quainton Law, PLLC

2 Park Avenue, 20th Floor

New York, NY 10016

Tel: 212.419.0575

Fax: 212.376.5699.

Cell: 202.360.6296


245 Nassau St.

Princeton, NJ 08540

Tel: 609-356-0526

Cell: 202-360-6296

www.quaintonlaw.net


--

Eden P. Quainton

11/29/21, 1:13 PM   Gmail - RE: [EXT] Re: Touch v. Verizon Communications, Inc. et al.

Case 1:20-cv-02151-RJL   Document 69-4   Filed 12/10/21   Page 5 of 9

Quainton Law, PLLC

2 Park Avenue, 20th Floor

New York, NY 10016

Tel: 212.419.0575

Fax: 212.376.5699.

Cell: 202.360.6296

245 Nassau St.

Princeton, NJ 08540

Tel: 609-356-0526

Cell: 202-360-6296

www.quaintonlaw.net

---

**Jean-Paul Jassy** <jpjassy@jassyvick.com>   Mon, Nov 29, 2021 at 12:21 PM
To: Eden Quainton <equainton@gmail.com>
Cc: "Laura C. Fraher" <fraher@slslaw.com>, William Um <wum@jassyvick.com>

Eden,

With the press of other work and the holidays, we would appreciate having until January 18 to file an opposition.

Thanks,
JP

**Jean-Paul Jassy**

Jassy Vick Carolan LLP | 310-870-7048 | jpjassy@jassyvick.com
355 S. Grand Ave., Suite 2450 | Los Angeles, CA 90071
jassyvick.com



This email may contain confidential and/or privileged material. Any review or distribution by anyone other than the intended recipient is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies of this email immediately. This email does not establish an attorney-client relationship.

> On Mon, Nov 29, 2021 at 9:00 AM Eden Quainton <equainton@gmail.com> wrote:
>> Jean-Paul,
>>
>> What would work for you? Anything reasonable is fine with me.
>>
>> Eden
>>
>> On Mon, Nov 29, 2021 at 11:56 AM Jean-Paul Jassy <jpjassy@jassyvick.com> wrote:
>>> Eden,
>>>
>>> We will oppose, and we would like to work out a briefing schedule.

Thanks,
JP

**Jean-Paul Jassy**

Jassy Vick Carolan LLP | 310-870-7048 | jpjassy@jassyvick.com
355 S. Grand Ave., Suite 2450 | Los Angeles, CA 90071
jassyvick.com



This email may contain confidential and/or privileged material.  Any review or distribution by anyone other than the intended recipient is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies of this email immediately.  This email does not establish an attorney-client relationship.

On Mon, Nov 29, 2021 at 8:31 AM Eden Quainton <equainton@gmail.com> wrote:

> Jean-Paul and Linda,
>
> As you may have seen NPR has filed a motion for judgement on the pleadings as to them, which I intend to oppose together with a cross-motion for leave to file an amended complaint.  I intend to file my opposition and cross-motion tomorrow.  I assume you will oppose the motion.  Can you please confirm as soon as possible? As to timing, I am happy to agree on a timetable for opposition to the motion.
>
> Please let me know whether you oppose or if you would like to discuss.  The best number to reach me on is the Princeton number below or my cell.
>
> Respectfully,
>
> Eden
> --
> Eden P. Quainton
> Quainton Law, PLLC
> 2 Park Avenue, 20th Floor
> New York, NY 10016
> Tel: 212.419.0575
> Fax: 212.376.5699.
> Cell: 202.360.6296
>
> 245 Nassau St.
> Princeton, NJ 08540
> Tel: 609-356-0526
> Cell: 202-360-6296
> www.quaintonlaw.net

--
Eden P. Quainton
Quainton Law, PLLC
2 Park Avenue, 20th Floor
New York, NY 10016
Tel: 212.419.0575
Fax: 212.376.5699.
Cell: 202.360.6296

245 Nassau St.
Princeton, NJ 08540
Tel: 609-356-0526
Cell: 202-360-6296
www.quaintonlaw.net

**Eden Quainton** <equainton@gmail.com>                                          Mon, Nov 29, 2021 at 1:01 PM
To: Jean-Paul Jassy <jpjassy@jassyvick.com>, "David J. Bodney (bodneyd@ballardspahr.com)"
<bodneyd@ballardspahr.com>
Cc: "Laura C. Fraher" <fraher@slslaw.com>, William Um <wum@jassyvick.com>

Jean-Paul and David,

January 18, 2022 for your opposition to the cross-motion is fine with me, but I stipulated with NPR that I would oppose
their motion for judgment on the pleadings by November 30 and NPR would reply by December 14. We did not agree on
a timetable for opposing the cross-motion to amend. My opposition to the motion for judgment on the pleadings will be
largely based on the proposed amended complaint. I wouldn't want NPR to feel prejudiced if you get much longer than
they do to oppose the cross motion. David, I'm including you here for your thoughts. If we are kicking the opposition that
far out, I wouldn't mind another 10 days to file the cross-motion. Perhaps a new stip would be appropriate? Please let me
know your reactions.

Eden

> On Mon, Nov 29, 2021 at 12:22 PM Jean-Paul Jassy <jpjassy@jassyvick.com> wrote:
>
> Eden,
>
> With the press of other work and the holidays, we would appreciate having until January 18 to file an opposition.
>
> Thanks,
> JP
>
> **Jean-Paul Jassy**
>
> Jassy Vick Carolan LLP | 310-870-7048 | jpjassy@jassyvick.com
> 355 S. Grand Ave., Suite 2450 | Los Angeles, CA 90071
> jassyvick.com
>
> 
>
> This email may contain confidential and/or privileged material. Any review or distribution by anyone other than the
> intended recipient is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all
> copies of this email immediately. This email does not establish an attorney-client relationship.
>
>
> > On Mon, Nov 29, 2021 at 9:00 AM Eden Quainton <equainton@gmail.com> wrote:
> >
> > Jean-Paul,
> >
> > What would work for you? Anything reasonable is fine with me.
> >
> > Eden
> >
> > > On Mon, Nov 29, 2021 at 11:56 AM Jean-Paul Jassy <jpjassy@jassyvick.com> wrote:
> > >
> > > Eden,
> > >
> > > We will oppose, and we would like to work out a briefing schedule.
> > >
> > > Thanks,
> > > JP
> > >
> > > **Jean-Paul Jassy**
> > >
> > > Jassy Vick Carolan LLP | 310-870-7048 | jpjassy@jassyvick.com
> > > 355 S. Grand Ave., Suite 2450 | Los Angeles, CA 90071
> > > jassyvick.com

# JASSY|VICK|CAROLAN
### LOS ANGELES  SAN FRANCISCO

This email may contain confidential and/or privileged material.  Any review or distribution by anyone other than the intended recipient is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies of this email immediately.  This email does not establish an attorney-client relationship.

On Mon, Nov 29, 2021 at 8:31 AM Eden Quainton <equainton@gmail.com> wrote:
> Jean-Paul and Linda,
>
> As you may have seen NPR has filed a motion for judgement on the pleadings as to them, which I intend to oppose together with a cross-motion for leave to file an amended complaint.  I intend to file my opposition and cross-motion tomorrow.  I assume you will oppose the motion.  Can you please confirm as soon as possible? As to timing, I am happy to agree on a timetable for opposition to the motion.
>
> Please let me know whether you oppose or if you would like to discuss.  The best number to reach me on is the Princeton number below or my cell.
>
> Respectfully,
>
> Eden
> --
> Eden P. Quainton
> Quainton Law, PLLC
> 2 Park Avenue, 20th Floor
> New York, NY 10016
> Tel: 212.419.0575
> Fax: 212.376.5699.
> Cell: 202.360.6296
>
> 245 Nassau St.
> Princeton, NJ 08540
> Tel: 609-356-0526
> Cell: 202-360-6296
> www.quaintonlaw.net

--
Eden P. Quainton
Quainton Law, PLLC
2 Park Avenue, 20th Floor
New York, NY 10016
Tel: 212.419.0575
Fax: 212.376.5699.
Cell: 202.360.6296

245 Nassau St.
Princeton, NJ 08540
Tel: 609-356-0526
Cell: 202-360-6296
www.quaintonlaw.net


--
Eden P. Quainton
Quainton Law, PLLC
2 Park Avenue, 20th Floor
New York, NY 10016
Tel: 212.419.0575

11/29/21, 1:13 PM
Gmail - RE: [EXTERNAL] Goldstein v. Verizon Communications, Inc. et al., 20-cv-2151
Case 1:20-cv-02151-RJL Document 69-4 Filed 12/10/21 Page 9 of 9

Fax: 212.376.5699.
Cell: 202.360.6296

245 Nassau St.
Princeton, NJ 08540
Tel: 609-356-0526
Cell: 202-360-6296
www.quaintonlaw.net