# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Matthew Couch,                                          :
4000 S. Dixieland Road
Apartment A-201                                         :          No. 20-2151 (RJL)
Rogers, Arkansas 72758
                                                        :          Civil Action
        Plaintiff,
                                                        :          FIRST AMENDED COMPLAINT
        v.                                                         AND JURY TRIAL DEMAND
                                                        :
Verizon Communications, Inc.
1095, Avenue of the Americas                            :
New York, NY 10036
                                                        :
Yahoo

Matthew Couch,
4000 S. Dixieland Road
Apartment A-201
Rogers, Arkansas 72758

        Plaintiff,

v.

Verizon Communications, Inc.
1095, Avenue of the Americas
New York, NY 10036

Michael Isikoff
6148 31st St. N.W.
Washington D.C. 20015

National Public Radio, Inc.,
1111 North Capitol St., NE
Washington D.C. 20002.

Aaron Rich

Deborah Sines
94 Cimmaron Drive

COMPLAINT

Jury Trial Demanded

Case No. _____

Palm Coast, Florida 32137-897

Joe Capone

and

Mark Mueller,

     Defendants.

_____

770 Broadway                                         :
New York City, New York, 10033
                                                     :
Apollo Global Management Inc.
9 West 57th Street, 43rd Floor                       :
New York, NY 10019
                                                     :
Michael Isikoff
6148 31st St. N.W.                                   :
Washington D.C. 20015
                                                     :
National Public Radio, Inc.,
1111 North Capitol St., NE                           :
Washington D.C. 20002.

John Doe, LLP                                        :
_____
 Defendants                                          :

<div align="center">COMPLAINT</div>

Matthew Couch ("Plaintiff" or "Couch"), by and through his attorneys, Quainton

Law PLLC, for his complaintFirst Amended Complaint against Verizon Communications,

Inc. ("Verizon"), Yahoo, Apollo Global Management, Inc., Michael Isikoff ("Isikoff"), and

National Public Radio, Inc. ("NPR"), Aaron Rich ("Aaron" or "Rich"), Deborah Sines

("Sines"), Joe Capone ("Capone") and Mark Mueller ("Mueller")(") collectively,

"Defendants"), alleges and states as follows:

<u>Introduction</u>

1.   On August 6, 2020, as part of a six-part podcast entitled "*Conspiracyland*," published by *Yahoo!News*, a subsidiary of Verizon, Isikoff engaged in ~~one of the most~~an irresponsible smear ~~campaigns in contemporary journalism, defaming~~campaign to defame and ~~disparaging~~disparage Plaintiff ~~Matthew Couch~~, the publisher of a widely read online ~~blog~~publication, the DC Patriot, and a conservative commentator with over 400,000 Twitter followers, ~~either through his own words or those he plainly endorsed,~~ as a "vicious," "alt-right" "Internet crankster," "Internet conspiracy entrepreneur," "Internet troll" and "Internet bully," who, from the "mountains of the Ozarks" was spreading "lies" about ~~Aaron, the brother of~~ Seth Rich, the DNC staffer killed in the early morning hours of July 10, 2016 ~~under circumstances that still, four years later, have not been explained.~~.

2.   Isikoff's core smear was that Plaintiff insinuated that Hilary Clinton conspired with third parties to assassinate Seth Rich, a conspiracy theory Isikoff claims originated with Russian foreign intelligence acting at the behest of the Kremlin and was then spread through actors such as Couch. Isikoff also claims that Couch engaged in reprehensible conduct such as doxing and harassing an innocent bystander and linking him with a mass murderer and claiming third parties were complicit in a cover-up. All these claims are totally false, some presented as fact with no evidence, others sourced to a single hearsay witness or fabricated out of whole cloth. These are all claims that no reasonable journalist would credit without some evidence, of which there is none.

3.   But Defendant Isikoff is no ordinary "journalist." Rather, he is a ~~shameless~~

- 3 -

partisan hack, and professional Trump-hater who was personally responsible for helping

spread the baseless conspiracy theory that Donald Trump conspired with Vladimir Putin

to steal the 2016 election. This utterly baseless theory has now resulted in the criminal

prosecution of one of its principal "sources," Igor Danchenko.

    4.   Isikoff played a prominent role in spreading Danchenko's lies, transparently

laundered as a "dossier" compiled by ex-MI6 agent, Christopher Steele. The dossier was

based on such a flight of fancy that no serious journalist should have touched the claims,

let alone promoted them as did Isikoff.

    2.5.  As thisthe Trump-Russia conspiracy theory has collapsed, Isikoff and others

in the media have sought to attack and discredit anyone, including Plaintiff, associated

with any investigations that would potentially undermineat odds with the official

narrative promoted by Washington D.C. insiders to destroy Donald Trump.

    3.6. Couch has been one of the foremost, and perhaps most widely well-known,

independent investigators seeking to uncover the truth of what happened to Seth Rich.

Couch has never postulated any particular answer to the Seth Rich murder mystery, but

he has, in parallel, sought to research the links between Seth Rich, his brother Aaron and

Wikileaks. Basedbased on his sources and research, Couch has asserted that Seth and

Aaron may have worked together to downloaddownloaded DNC emails and

transfertransferred the emails and other data to Wikileaks, and received payment in

exchange for such data from Wikileaks.

    7.   Because These claims were not original to Mr. Couch but were first disclosed

by one of the foregoing threatens the most reputable names in journalism, Pulitzer-prize

winning investigative reporter, Seymour Hersh. Incredibly, Isikoff ~~knew of Hersh's allegations but chose to downplay or ignore them.~~ knew of Hersh's allegations but chose to downplay or ignore them.

~~4.~~8. Isikof knew the claims he had promoted through the uncritical dissemination of Danchenko's lies might undermine his larger conspiracy theory that ~~Russian military intelligence attacked the DNC, stole compromising emails and provided them to Wikileaks as part of plot between Donald~~ the Kremlin colluded with Trump ~~and Vladimir Putin~~ to steal the 2016 election from Hilary Clinton. Isikoff also knows that a full investigation into the Seth Rich murder might produce evidence to support the view that a DNC insider, such as Seth Rich, was responsible for downloading and transmitting DNC emails to Wikileaks, which would prove a death blow to the theory on which Isikoff has staked his professional reputation and career. As a result, Isikoff has sought to ~~personally~~ destroy Couch with misrepresentations, ~~vile~~defamatory innuendo and outright lies~~, rather than exercising a minimum of journalistic professionalism to investigate and report honestly on the issues surrounding Seth and Aaron Rich~~.

~~5.~~9. As a result of Defendants' conduct, orchestrated by Isikoff and undertaken with the approval of Yahoo~~! News and Verizon through the~~, Verizon and NPR~~Yahoo/Verizon Internet platform~~, Plaintiff has faced death threats, experienced a nearly fatal heart condition, and suffered likely permanent damage to his career. Plaintiff's lawsuit seeks to hold Defendants accountable for their irresponsible and reprehensible behavior.

<u>PARTIES</u>

~~6.~~10.  Plaintiff Matthew Couch is a conservative commentator who operates the

- 5 -

website the D.C. Patriot and has a wide following on social media, including Twitter.

~~7.~~11.   Defendant Verizon Communications, Inc. ("Verizon") is a Delaware corporation headquartered in New York, New York, with operations around the country, including substantial operations in Arkansas and Washington D.C. ~~Yahoo!News is a business and brand within that corporation.~~ The address of Verizon's headquarters is 1095, Avenue of the Americas, New York, NY 10036.

12.  On May 2, 2021, Verizon entered into a definitive agreement with an affiliate of Apollo Global Management Inc. (the "Apollo Affiliate") pursuant to which Verizon agreed to sell Verizon Media, Inc. ("Verizon Media"), formerly known as Oath, Inc. ("Oath"), the company formed to hold Verizon's acquisitions of AOL and Yahoo, Inc., in return for consideration of $4.3 billion in cash, subject to customary adjustments, $750 million in non-convertible preferred limited partnership units of the Apollo Affiliate, and 10% of the fully-diluted common limited partnership units of the Apollo Affiliate.[1]  The Apollo Affiliate is operating Yahoo, Inc. as a standalone company known simply as "Yahoo."[2] As a holder of limited partnership units in the partnership that controls Yahoo, Verizon retains the power to influence the operations of Yahoo and, as such, retains liability for defamation in this action. Verizon Media and Oath are referred to hereafter as "Yahoo." Verizon is headed by Hans Vestberg, an outspoken leftist closely aligned with

---

[1] https://verizon.api.edgar-online.com/EFX_dll/EdgarPro.dll?FetchFilingConvPDF1?SessionID=QxywkIHs37lG_zQ&ID=15300858

[2] https://www.theverge.com/2021/9/2/22653652/yahoo-aol-acquired-apollo-global-management-private-equity

Bill and Hilary Clinton. Mr. Vestberg gave a commencement address jointly with Bill Clinton in 2020 and has twice been an invitee to the selective Clinton Global Initiative Annual Meeting.

13.  Yahoo is the successor to Verizon Media, Inc., itself the successor to Oath, Inc., the company created by Verizon to hold the AOL and Yahoo assets following their acquisition by Verizon, and the corporation that directly controlled the Yahoo! News division.  *Yahoo!News* is now a business and brand within Yahoo. On information and belief, Yahoo's corporate headquarters are now located at 770 Broadway New York City, New York, 10033.

14.  Apollo Global Management, Inc. ("Apollo") is a global alternative investment management firm. It invests in credit, private equity, and real assets.  As of December 31, 2020, the company had $455.5 billion of assets under management. Apollo owns 90% of the partnership that controls Yahoo, and thus has ultimate power over Yahoo! News.  Its corporate headquarters are located at 9 West 57th St., 43rd Floor, New York, NY, 10019.

8.15.  Defendant Michael Isikoff is a partisan journalist and the "Chief Investigative Correspondent" for *Yahoo!News*.  He works in Washington, D.C., and resides at 6148 31st St. N.W., Washington D.C. 20015.

9.16.  Defendant NPR is a District of Columbia non-stock corporation with headquarters and principal places of business in Washington, D.C., California and New York.  NPR receives federal grants from the Corporation for Public Broadcasting and other federal agencies. See https://www.npr.org/about/annualreports/2017_Annual_Report.pdf.  In 2017, NPR

received approximately $2,000,000 in federal funding. NPR accepts public funding on the condition that it will publish truthful, honest and unbiased articles and statements, and that the federal funds it receives will not be used for political purposes or to promote the private agendas of third parties. NPR's headquarters are located at 1111 North Capitol St., NE Washington D.C. 20002.

10.     Aaron Rich is the brother of Seth Rich, who was murdered in Washington D.C. on July 10, 2020. Aaron Rich is also the client of Meryl Governski, who is his agent and was acting at his direction and under his responsibility for all purposes herein. Rich resides in the State of Colorado. His address is confidential.

11.     Deborah Sines was the Assistant U.S. Attorney responsible for the Seth Rich murder investigation. Sines resides at 94 Cimmaron Drive, Palm Coast, Florida 32137-897.

12.     Joe Capone was the manager of Lou's City Bar in Washington D.C. where Seth Rich was last seen before the tragic shooting on July 10, 2020. On information and belief Capone lives in the Washington D.C. metropolitan area.

13.     Michael Mueller was a neighbor of Seth Rich and the person who identified Seth Rich for the police in the morning of July 10, 2020. On information and belief Capone lives in the Washington D.C. metropolitan area.

17.  John Doe, LLP is the affiliate of Apollo that directly holds Apollo's and Verizon's interest in Yahoo.

## JURISDICTION AND VENUE

14.18.  The This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1332 because there is diversity of citizenship among the parties, and the amount in controversy exceeds $75,000 exclusive of interest and costs.

15.19.  This Court has personal jurisdiction over Defendant Verizon because of its substantial activities in Washington D.C giving rise to Plaintiff's action, including providing a platform to its D.C.-based Chief Investigative Journalist to spread his lies about Plaintiff and publishing falsehoods relating to conduct or individuals located in Washington D.C. Verizon's headquarters are located at 1095 Avenue of the Americas, New York, NY 10036.

16.20.  This Court has personal jurisdiction over Defendant NPR because it is headquartered in Washington D.C.

17.21.  This Court has personal jurisdiction over Defendant Isikoff because he is a resident of Washington D.C. and a substantial number of his defamatory statements concern allegations related to or occurring in Washington D.C.

18.   This Court has personal jurisdiction over Aaron Rich because he has sued Plaintiff in this jurisdiction, has collaborated with Michael Isikoff in D.C., has frequently visited D.C. in connection with the conduct giving rise to Defendants' defamatory actions, and is responsible for the actions of his D.C. based counsel and agent.

19.   This Court has personal jurisdiction over Deborah Sines because her defamatory statements were provided to a D.C. based journalist who intended to

disseminate said statements throughout the country, including to Arkansas where Plaintiff resides. This Court also has personal jurisdiction over Deborah Sines under D.C. Code § 13-423(a)(1) because Plaintiff's claims arise out of business that Deborah Sines has transacted in the District of Columbia and her continuous business contacts with the District of Columbia.

20.    This Court has personal jurisdiction over Joe Capone because, on information and belief, he is a resident within the jurisdiction of this Court and his defamatory statements were provided to a D.C.-based journalist who intended to disseminate said statements throughout the country including to Arkansas, where Plaintiff resides. This Court also has personal jurisdiction over Joe Capone under  D.C. Code § 13-423(a)(1) because Plaintiff's claims arise out of business that Joe Capone has transacted in the District of Columbia and his continuous business contacts with the District of Columbia.

21.    This Court has personal jurisdiction over Mark Mueller because, on information and belief, he is a resident within the jurisdiction of this Court and because his defamatory statements were provided to a D.C. based journalist who intended to disseminate said statements throughout the country, including to Arkansas where Plaintiff resides. This Court also has personal jurisdiction over Mark Mueller under D.C. Code § 13-423(a)(1) because Plaintiff's claims arise out of business that Mark Mueller has transacted in the District of Columbia and his continuous business contacts with the District of Columbia.

22.  Venue is proper in this district under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to these claims occurred in this district.

<div align="center">BACKGROUND</div>

23.  Plaintiff's action has its origins in the lead-up to the 2016 election. On June 12, 2016, Julian Assange stated publicly that he was in possession of compromising materials relating to presidential candidate Hilary Clinton. The Clinton campaign panicked, knowing that it had engaged in underhanded tactics to defeat Bernie Sanders' insurgency campaign, and that it was plagued by internal racism, sexism and anti-semitismSemitism, qualities that could fatally compromise the campaign's appeal to "progressives" and the groups necessary for a Clinton victory.

24.  ToThe Clinton campaign also knew that Bill Clinton's closeness to Russian oligarchs and his receipt of a $500,000 speaking fee from a Russian bank, together with Hilary Clinton's own opposition to sanctions against Russia and her naïve attempt at a "reset" of relations with Russia, rendered Hilary Clinton vulnerable to charges of being "soft" on Russia at a time when she was eager to promote herself as the defender of the military establishment against the unreliable Trump.  As a result, the Clinton campaign embarked on a two-pronged strategy to discredit Donald Trump.

24.25. First, to combat the forthcoming release of damaging information, the Clinton campaign, working with allies in the media and the U.S. intelligence community, concocted a barely plausible story that two Russian military hacking groups, nicknamed "Cozy Bear" and "Fancy Bear," had penetrated the DNC servers and stolen compromising emails and other documents. This story was fed to compliant

establishment stenographers, first to Ellen Nakashima at the Washington Post, who

published her "scoop" promoting the Clinton conspiracy theory on June 14, 2016 in the

Washington Post, and then to others, including Isikoff.[3]

26.   Separately Second, through opposition research, the Clinton campaign

commissioned and paid for the salacious Steele "dossier," which Isikoff and other

journalists at Yahoo, the parent company of the Yahoo! News division that employed

Isikoff, laundered into the mainstream press, in a series of articles designed to sway the

election in Hilary Clinton's favor. *See* https://news.yahoo.com/u-s-intel-officials-probe-

ties-between-trump-adviser-and-kremlin-175046002.html?fr=sycsrp_catchall.

25.27. At the same time, the Clinton campaign coordinated with allies in the

Intelligence Community, whom who Hilary Clinton knew from her days as First Lady,

Senator and Secretary of State, to promote a more elaborate version of the Cozy

Bear/Fancy Bear hoax. The Clinton campaign hired a retired British spy, Christopher

Steele, to compile "opposition research" on candidate Donald Trump. Mr. set forth in the

"dossier," compiled by Christoper Steele, a virulent hater of former Mr. Trump, put

together a series of fictional tales about the future president, claiming Trump. Steele

claimed that he Trump had been engaged in a two-way conspiracy with Russian president

Vladimir Putin for over five years through a network of overseas emigres and DNC

moles to provide "dirt" on Putin's oligarch enemies (many of whom were prominent in

the real estate world where Donald Trump made his fortune, lending a patina of

---

[3] https://www.cbsnews.com/video/what-we-know-about-the-dnc-email-hack/

plausibility to the Steele fairy tale) in exchange for damaging information on Trump's political enemies, including Hilary Clinton. .

26.28.  The Steele memos, later known as the "Dossier," were provided to the U.S. intelligence community to help trigger a formal investigation into Donald Trump that, it was hoped, would uncover "dirt" that would destroy his chances of becoming president or, failing that, would serve as an "insurance policy" to be used to discredit him and remove him from office in the unlikely event he became President.  Ultimately, the core allegations of conspiracy with Russia contained in the "dossier" were included as a classified annex to the Intelligence Community Assessment on Russian election interference, dated January 6, 2017.[4]  A few days later, on January 10, 2017, the "dossier" was published in its entirety by Buzzfeed.[5]

27.29.  At the same timeEven before its full publication, the Steele "Dossierdossier" was seeded to select friendly outlets in the liberal establishment press to provide the background "noise" necessary to sustain the narrative that Donald Trump was a Russian "asset."  Isikoff acted as one of the most important media conduits for the Steele fictions, receiving a copy of the "Dossierdossier" in its early stages and using it as background for stories painting candidate Trump as a Russian asset.  See https://justthenews.com/accountability/media/making-myth-timeline-media-role-selling-

---

[4] See, e.g., https://www.wispolitics.com/2020/u-s-sens-johnson-grassley-release-declassified-annex-to-intelligence-community-assessment-that-was-based-on-the-debunked-steele-dossier/

[5] https://www.cnn.com/2018/10/01/politics/russia-trump-dossier-buzzfeed-court-lawsuit/index.html.

trump-russia-collusion-narrative; https://thehill.com/opinion/white-house/405242-the-mueller-probes-troubling-reliance-on-journalists-as-sources;

https://www.realclearpolitics.com/articles/2019/07/12/isikoff_spins_his_own_russian_co nspiracy_theories_--_again_140764.html.

30. ~~Many of these stories were later gathered together in a thinly disguised work of establishment~~The dossier stories were opposition "research" of a hyper-partisan nature and, by publishing the dossier extracts, Isikof acted not as "journalist" but as a partisan political operative.  Isikoff had long viewed himself not as a traditional "journalist" but as a political actor embedded in the events he was covering, with the power to affect, and not simply reflect, the political world around him.  In one of his earlier books, Uncovering Clinton, Isikoff described his approach as follows, which he claimed not to like:

> A much more difficult concept for me-and one of more immediate concern that morning-was the idea that I was part of the story. I didn't like it. There is a principle in quantum physics-Heisenberg's Uncertainty Principle: The act of measuring the object changes the direction of the object being measured. My reporting had been the journalistic equivalent. The players in this saga-the accusers, the conspirators, even the president-had all at times calculated their actions in response to what they thought I might do.

Uncovering Clinton, A Reporter's Story, M. Isikoff, Three Rivers Press (1999) at 4.

~~28.~~31. Isikoff later gathered together his "reporting" on the dossier in a thinly disguised work of propaganda, Russian Roulette, The Inside Story of Putin's War on America and the Election of Donald Trump, ~~published by Isikoff jointly~~co-written with

- 14 -

another ~~Russia conspiracy fabulist~~anti-Trump journalist-activist, David Corn. [6]

32.  Whole sections of Isikoff's ~~fairly tale~~story are lifted straight out of ~~establishment propaganda or~~ the fanciful ~~Dossier.~~dossier. Indeed, Russian Roulette reads in spots like a hagiography of the now discredited former British spy, Christopher Steele. See Russian Roulette, ~~pp~~at 74-76, 139-152, 157-166.

~~29.~~33. Steele, as we now know, relied solely on lies invented by anti-Clinton operative Igor Danchenko, who is currently under indictment for lying to the FBI. Isikoff's reliance on a suspected criminal for his anti-Trump attacks speaks volumes about the journalistic standards he would bring to his takedown of Plaintiff.  See United States v. Danchenko, CR No. 1:21-CR-245 (AJT).  Although the identity of the liar behind the "dossier" may not have been known until recently, any reasonable person reading the "dossier" would immediately have seen it was a piece of fiction untethered from reality.

~~30.~~34. It is no exaggeration to state that Iskoff has staked his professional reputation on the most extreme partisan narrative of a Trump-Russia plot and therefore has personal reasons to ~~join with Democratic party hacks in seeking~~attempt to discredit or destroy ~~anyone who casts doubt on what was once the official narrative regarding Trump and Russia~~conservatives such as Plaintiff.

~~31.~~35. Meanwhile, senior figures within the U.S. intelligence community had their own, independent, reasons to both despise and fear Donald Trump.  James Comey,

---

[6] M. Isikoff, D. Corn, Russian Roulette, The Inside Story of Putin's War on America and the Election of Donald Trump, Twelve (2018) ("Russian Roulette").

Director of the FBI, was in the middle of a 10-year term and had reason to believe that a President Trump would no longer want his services. Mr. Comey's opportunities to garner a lucrative board position after retirement from the FBI would also be put in question by a Trump victory. Mr. Comey may also have convinced himself that ~~Donald~~ Trump posed a "unique" threat to U.S. democracy and that using the tools of the FBI against candidate and then President Trump was called for by his belief in a "higher loyalty."

~~32.~~36.  CIA director John Brennan, for his part, looked with horror on the Trump foreign policy vision that was based on ending U.S. "forever wars" the CIA and the military industrial complex had a vested interest in promoting; demanding greater financial contributions from NATO allies; and, most alarming of all, the possibility of normalized, even cooperative relations with Russia, which threatened establishment interests in Ukraine and Syria, and undermined one of the central justifications for endless military spending.

~~33.~~37.  Rather than leave the issue of foreign policy priorities to voters – who had grown weary of never ending wars and the constant stream of maimed soldiers and funeral caskets returning from pointless foreign engagements and had no particular animus towards Russia independently of media-induced phobia – Mr. Brennan took matters into his own hands and, working with Mr. Comey and James Clapper, sought to "entrap" various members of the Trump campaign (and then administration) in compromising situations with Russian individuals to further the narrative that Trump was colluding with the omnipotent Putin in whose hands he was a mere puppet.

~~34.~~38.  As discussed, Brennan and his team of hand-picked collaborators ~~went so~~

far as to incorporate~~even~~ incorporated the ~~fanciful~~ main allegations of the Steele ~~Dossier~~dossier into a classified Intelligence Community Assessment (the "ICA") provided to senior members of the Washington political establishment. ~~The ICA served as the official establishment narrative that members of Russian military intelligence hacked the DNC, stole emails and other documents, funnelled them to an obscure figure named Guccifer 2.0 (who of course left fingerprints enabling the Brennan team and their acolytes to conclude he or it was a "Russian" creation), who in turn transmitted the emails and other data to Wikileaks. This official fiction is referred to hereafter as the "Brennan Conspiracy Theory". The Dossier does not appear as such in the ICA or the Brennan Conspiracy Theory, but its principal claims were recycled in a classified annex to the ICA, which lent a certain mystique and aura of high drama to the Steele elucubrations, with no warning to the reader as to the unreliability of the claims or their origins as opposition research designed to help Hilary Clinton and smear Donald Trump.~~ on January 6, 2017.

### ISIKOFF'S INTEREST IN SPREADING LIES ABOUT COUCH

~~35.~~39. Isikoff depends for his livelihood on access to sources such as Brennan, Comey and those around them and has every incentive to lie and misrepresent facts and destroy perceived enemies of the liberal establishment. ~~Should Trump survive the onslaught of attacks against him, Isikoff could face a changed landscape in which intelligence and political sources no longer view him as a useful conduit for propaganda.~~

### MATT COUCH'S INVESTIGATION INTO~~,~~ THE SETH RICH MURDER

~~36.~~40. Plaintiff Matthew Couch is a former account executive who resides in

Rogers, Arkansas. A gifted speaker, Couch was for many years a mainstream sports commentator with conservative political views.

37.41.  Couch also early on noticed the many anomalies in the reporting on the murder of Seth Rich—the fact that Couch's Rich's robbers did not appear to have taken anything of value, leaving his watch, wallet and cell phone; the failure of the police to make available the responding officers officers' body cameras or to release the Seth Rich autopsy; the strange reassignment resignation of the former D.C. police chief, Cathy Lanier, shortly after Ms. Lanier expressed doubt publicly as to the "botched robbery" murder theory; the political connections of Seth's roommates; the extraordinary extraordinarily high level focus on Seth Rich, a relatively low level DNC staffer, from Hilary Clinton, Deborah Wasserman Shultz and the likes of Donna Brazile, who dedicated her book on alleged Russian hacking to Seth Rich; the contradictions in stories told by those who had last seen Seth alive; forensic analysis performed by luminaries such as William Binney and Adam Carter proving that the DNC emails could not have been remotely hacked by Cozy Bear and Fancy Bear (as the establishment fiction pretended), but must have been locally downloaded by someone with physical access to the DNC network; and then, as the investigation progressed, disturbing reports that Aaron. This theory was blocking the investigation into his brother's murder, instructing witnesses not corroborated by, among others, Kim Dotcom, who claimed to discuss anything relating have corresponded with Seth Rich about transferring emails to Wikileaks with a private investigator hired by the family, failing to release Seth's cell phone and laptop for examination by the private investigator, and possibly coordinating

with figures such as Donna Brazile, the former DNC chairwoman, and Brad Bauman, a well-connected Washington public relations specialist with deep ties to the democratic party, to promote a narrative—which Aaron knew to be false—that any suggestion Seth Rich had been in contact with Wikileaks and had transmitted DNC documents to Assange was a vile "conspiracy theory." and, also, by renowned journalist Seymour Hersh, one of the foremost investigative journalists of the 20th century.[7]

38.    Meanwhile, third parties, including journalist Cassandra Fairbanks and Internet impresario Kim Dotcom, made statements that Seth would have needed to work with someone "close" to him and that Julian Assange himself, after initially setting the Internet world on fire with suggestions that Seth Rich was a Wikileaks source, had indicated that payment for the DNC emails and documents had been made to Aaron.

39.    Couch became so well-known on social media as an investigator into the Seth Rich murder that Aaron, who was pretending to collaborate with law enforcement to conceal his involvement in the leak of information to Wikileaks, sought, on information and belief, to turn the power of the state against Matt Couch and initiate an FBI investigation into Couch for supposedly "harassing" him.

### SEYMOUR HERSH'S SETH RICH ALLEGATIONS

42.  In July, 2017, an audio recording surfaced of Hersh alleging that an "unbelievably accurate" high-ranking source had stated he had access to an FBI report

---

[7] Hersh has won the Pulitzer Prize for International Reporting, two National Magazine Awards and five Polk Prizes.  https://en.wikipedia.org/wiki/Seymour_Hersh

documenting communications between Seth Rich and Wikileaks. Rich v. Butowsky, et al., 18-cv-0681, Dkt. 95-9; https://www.hagmannreport.com/if-sy-hersh-is-telling-the-truth-about-seth-rich-then-rod-wheeler-is/.  These statements served as compelling evidence that Seth Rich had, in fact, been involved in transmitting DNC emails to Wikileaks.

THE PLAN TO DESTROY ~~MATT~~ COUCH AND OTHER INDEPENDENT VOICES ~~CHALLENGING THE BRENNAN CONSPIRACY THEORY~~

~~40.~~43.  ~~By July 2019, the D.C. establishment believed that it had sufficient material to definitively destroy Donald Trump. The~~In March, 2019, the long-awaited report by Special Counsel Robert Mueller was published and provided what was intended to be a road map for the impeachment of the President on obstruction of justice charges.[8] Without any evidence and without interviewing or investigating any of the relevant individuals – Julian Assange, Seymour Hersh, Craig Murray, Ellen Ratner, Kim Dotcom, Cassandra Fairbanks, William Binney, or Adam Carter ~~or Aaron~~ – Mr. Mueller ~~simply~~ regurgitated the ~~Brennan Conspiracy Theory~~theory that Russian military intelligence had hacked the DNC and used Guccifer 2.0 as a decoy to send compromising documents to Wikileaks, ~~and stated~~stating in conclusory fashion that it was "false" to suggest Seth Rich had been involved in leaking emails to Wikileaks ~~— a preposterous conclusion from someone who had not sought any answers from Julian Assange or anyone who might~~

---

[8] https://www.theatlantic.com/ideas/archive/2019/04/mueller-report-impeachment-referral/587509/

actually have relevant information.

41.   At this point, it appeared clear to Isikoff that the terrain had been prepared for the final assault on those who questioned the official narrative, and no one more prominently than Matthew Couch.

44.  However, the Mueller Report hedged its bets.  Although it dismissed, without evidence, the claim that Seth Rich had transmitted DNC emails to Wikileaks, it nonetheless undercut the Russian hacking narrative by stating, on page 46 of the Report, that it "cannot rule out that stolen documents were transferred to WikiLeaks through intermediaries who visited during the summer of 2016." See Couch v. Verizon et al., 20-cv-2151, Dkt. 47-1, Mueller Report, Volume I, at 47.

45.  Despite the fanfare with which the Mueller Report was greeted, by the summer of 2019, it became apparent that efforts to impeach Trump on the basis of the report were stalling and that many political leaders and large segments of the population were questioning the official narrative that Trump had "colluded" with Russia.

46.  A new angle was necessary to silence critics of the establishment. An assault on "fake news" and "conspiracy theories" became a powerful tool for branding those who no longer trusted mainstream reporting, by this time an overwhelming majority of the population, as dangerous, subversive threats to democracy.  Ever the political activist, Isikoff embraced this new angle of attack on opponents of the liberal establishment and developed the six-part podcast *Conspiracyland* under the auspices of Yahoo! News, with the avowed goal of providing: "an illuminating window into how these crazy theories are spawned and manipulated in the swirl of social media, sometimes for cash, sometimes for

publicity."[9]  Plaintiff Matt Couch would be a perfect foil for Isikof because he had

already written to the judge in the Rich v. Butowsky case, raising the white flag in the

litigation brought against him and Ed Butowsky, see Rich v. Butowsky, 18-cv-0681, and

appeared to have no ability to fight back.[10]

<div align="center">

ISIKOFF USES HIS CONSPIRACY LAND PODCAST
TO ~~DEVELOP~~ PROMOTE A ~~HUB AND SPOKE~~ DEBUNKED CONSPIRACY ~~TO DESTROY~~ THEORY
THAT HE FALSELY ASSOCIATED WITH PLAINTIFF

</div>

47.  The first episode of *Conspiracyland* aired on July 8, 2019.[11]  Entitled, "The

Last Days of Seth Rich," the episode introduces the central theme of the *Conspiracyland*

podcast: that the death of Seth Rich has spawned "bizarre and outlandish" conspiracy

theories linking the murder of Seth Rich to a nefarious plot by Hilary Clinton:

> And yet the death of Seth Rich has taken on a life of its own. It's spawned bizarre and outlandish conspiracy theories.
>
> MALE VOICE: So what really happened to Seth Rich? Well, we know Hillary likes to kill people.  You know, she's got a long history of having her henchmen do it.
>
> MALE VOICE:  Ladies and gentlemen, Seth Rich was assassinated for political reasons.
>
> FEMALE VOICE:  This is probably the biggest assassination story since JFK.[12]

---

[9] See Couch v. Verizon Communications, et al., 20-cv-2151, Dkt 47-1, Episode 6 of *Conspiracyland* (hereafter "Episode 6") at 6:7-10.

[10] Episode 6, 23:10-15.

[11] Couch v. Verizon, Dkt. 51-2, Episode 1 of *Conspiracyland* (hereafter, "Episode 1).
[12] Episode 1, 3:13-21.

<div align="center">- 22 -</div>

48.  Isikoff then confesses his deep personal interest in promoting this particular

conspiracy theory, with no sense of irony:

> I've always been drawn to conspiracy theories like this, not because
> I believe in them, in fact, almost all of the big ones I've studied fall
> apart under close scrutiny, but because they're a window into the
> dark corners of our political soul.
>
> The belief in malevolent powers pulling the strings, the conviction
> that your political rivals will go to any lengths to achieve their aims
> and cover up their crimes, and the idea that the mainstream media
> will deliberately hide the truth from the American people, all of
> these are reflected in which conspiracy theories we choose to
> believe in and which ones get traction.
>
> So it has been with the case of Seth Rich.[13]

49.  In a way meant to foreshadow the later explicit attacks on Matt Couch, Isikoff

singles out "conspiracy entrepreneurs," Episode 1, 5:17, the "internet cranksters," *id.*, 6:4

and "trolls," *id.*, as the immediate forces behind Isikof's political assassination theory.

50.  Showing his conspiratorial bent, Isikoff next proceeds to introduce the core

conspiracy theory he will promote throughout the six-part series despite incontrovertible

evidence to the contrary established by the Washington Post.  Isikoff's theory is that the

Kremlin and its foreign intelligence bureau working through a bizarre Q-Anon-style

website disseminated the idea that Hilary Clinton ordered the assassination of Seth Rich

to prevent him from testifying against her to the FBI:

> Most startling of all, we discovered, was a hidden hand, thousands
> of miles away, fanning the flames.[14]

---

[13] Episode 1, 4-5:20-25, 1-8.

[14] Episode 1, 6:7-8.

Isikoff

51.  elaborates on this theme with a "tease" for the next episode, unambiguously entitled, "The Russian Connection":

> Three days after Seth's murder, an article appeared on an obscure website called whatdoesitmean.com.
>
> ANNA MERLAN:  So whatdoesitmean.com is a conspiracy site that claims to be run by ancient order of nuns called the Sisters of Sorcha Faal.
>
> MICHAEL ISIKOFF:  Journalist Anna Merlan dissected the Seth Rich case in a new book called, "Republic of Lies: American Conspiracy Theorists and Their Surprising Rise to Power."  She was one of the first to pick up on this strange item.
>
> ANNA MERLAN:  So on July 13th, whatdoesitmean.com reported Seth Rich was on his way to the FBI to testify against Hillary Clinton.
>
> MICHAEL ISIKOFF:  Even though it was 4:00 in the morning?
>
> ANNA MERLAN:  Even though it was 4:00 in the morning.  The site also went on to claim that actually the people who he thought were FBI agents were really hired killers hired by the Clintons.[15]

52.  With this "tease" in place, Isikoff then launches into his core conspiracy theory: that the shadowy foreign hand behind the Hilary Clinton conspiracy theory put out on whatdoesitmean.com was that of the arch-demon, Russia. As Isikoff breathlessly puts it: "A Kremlin disinformation campaign swings into high gear."[16]

53.  To set the stage for his tale of the villainous Russian exploitation of

---

[15] Episode 1, 25:6-25.

[16] Episode 1, 28:2-3.

whatdoesitmean.com, one of the most absurd sites anywhere on the Internet, with recent

headlines such as "Biden and Leftist Media Demonically Incite Waukesha Parade

Massacre of White Children," and "Level of Concern that Biden is Plotting False Flag

Smallpox Attack Rises to Level of Fear,"[17] Isikoff begins with what he believes is his

strong suit, the alleged Russian hack of DNC emails, which he frames as follows:

> MICHAEL ISIKOFF:  The Clinton campaign contended and most
> law enforcement officials concluded from the start that Wikileaks
> had gotten the emails either directly or through cutouts from
> hackers working for Russian intelligence, as Clinton campaign
> manager Robbie Mook alleged on CNN.
>
> ROBBIE MOOK:  Experts are telling us that Russian state actors
> broke into the DNC, stole these emails, and other experts are now
> saying that they are -- the  Russians are releasing these emails for
> the purpose of actually helping Donald Trump.[18]

54.  With not the slightest trace of skepticism towards a Clinton campaign

spokesman pushing an obviously self-interested narrative that hoped to take the "sting"

out of the damaging Wikileaks emails, Isikoff segues into a recitation of what he presents

as the definitive conclusion of the Mueller Report on the subject: Seth Rich could not

possibly have been involved in leaking emails to Wikileaks because the Russians were

solely responsible for hacking and sending the emails through Guccifer 2.0.

> According to a July 2018 indictment brought by Justice Department
> Special Counsel Robert Mueller, Wikileaks had gotten its giant
> archive of Democrat emails via an encrypted file from an online
> persona calling itself Guccifer 2.0, a creation of the Russian GRU,

---

[17] See https://www.whatdoesitmean.com/

[18] Couch v. Verizon, et al., 20-2151, Dkt.51-3. Episode 2, The Russian Connection (hereafter,
"Episode 2"), at 3-4: 23-25, 1-8.

the country's military intelligence arm. And here's the kicker.  That
transfer of DNC emails from the GRU to Wikileaks, it took place
four days after Seth Rich's death.  The date of when he gets the
emails is July 14th.

EELCO BOSCH VAN ROSENTHAL[19]:  Yeah.

MICHAEL ISIKOFF:  Seth Rich was killed on July 10th.

EELCO BOSCH VAN ROSENTHAL:  Yeah, yeah.  Assange knew
that he was bullshitting, and you have to ask him why he decided to
make this claim.

MICHAEL ISIKOFF:  Let's give Mueller the last word on this.  As
the special counsel wrote his report on Russian interference,
Assange and Wikileaks made a number of statements about Seth
Rich that, "Implied falsely that he was the source of the stolen DNC
emails."[20]

55.  Of course, Isikoff does not inform his listeners that Mueller has, in fact,

hedged his bet about the Russian military intelligence use of Guccifer 2.0 to hack and

leak the DNC emails. A telling sentence in the Mueller report qualifies the entire

Guccifer 2.0 narrative as follows:

The Office cannot rule out that stolen documents were transferred
to WikiLeaks through intermediaries who visited during the
summer of 2016.[21]

56.  Isikoff then starts to give his Russiaphobia freer rein, turning to an "expert" to

make the link between Russia and social media disinformation generally, and Seth Rich,

in particular.

JOHN SIPHER:  A large percentage of the anti-vaccine pushing on

---

[19] Dutch reporter who interviewed Julian Assange in the late summer of 2016. Episode 2, 5-8.

[20] Episode 1, 8:20-25, 9: 1-7.
[21] Couch v. Verizon et al., Dkt 47-1, Mueller Report, at 47.

social media is pushed by the Russians.  You know, a large portion of the take a knee against the NFL thing was being pushed by the Russians.  They're looking for ways that we're attacking each other inside the country and again.  So the Seth Rich conspiracy is a perfect thing for the Russians to attack.

MICHAEL ISIKOFF: So do you see the Seth Rich conspiracy story as sort of a continuation of this Russian tradition of active measures?

JOHN SIPHER:  It's 100 percent a continuation of the Russian use of active measures.

Episode 2, 14:1-11, 15:1-5.

57.  Having thus introduced the Russians as the actors who "hacked our democracy" and are responsible for spreading disinformation, Isikoff lets his fervid imagination get the better of him and goes "all in" in a wild conspiracy rivalling anything the "far corners of the Internet," to use his phrase, had put into circulation: it was Russian intelligence, operating through a an insane web site with no traffic and run by nuns of the order of Sorchal who planted Isikoff's pet theory that Hillary Clinton ordered the murder of Seth Rich by FBI agents or individuals masquerading as FBI agents.

ISIKOFF: Remember that bizarre story on the whatdoesitmean.com website we told you about in Episode 1, just three days after Seth's death that alleged he was gunned down by a Hillary Clinton hit squad?  It was the very first time a conspiracy theory about his murder had popped up, and it turned out it didn't come out of nowhere. [It came] from a fake bulletin circulated by the Russian SVR, the Kremlin's version of the CIA, that was intercepted by U.S. intelligence agencies. Written to read like a real intelligence report, it made the exact same allegations about Seth Rich on the exact same day as the whatdoesitmean.com.[22]

---

[22] Episode 2, 16;11-24.

58.  Isikoff breathlessly takes another look at the whatdoesitmean.com website and discovers, in a crescendo to his conspiracy theorizing, that it is a "mouthpiece for Kremlin propaganda."

> MICHAEL ISIKOFF:  We went back and looked at that whatdoesitmean.com website.  What Sines discovered was a window into how the Russians operate.  The site that claims to be run by a secret order of nun is, in fact, filled with all sorts of wild stories attributed to Russian intelligence agencies, Russian foreign ministry officials, and Russian press reports.
>
> In a nutshell, it's a vehicle for Kremlin propaganda, the perfect place for the SVR [the Russian Foreign Intelligence Service, essentially the Russian CIA] to plant a bogus intelligence report.

Episode 2, 18:3-12.

59.  Thus, the central conspiracy theory Isikoff wants his listeners to believe is that one of the United States' most sophisticated foes, a nuclear armed adversary with a well-trained, widely feared foreign intelligence service, chose to promote a theory preposterous on its face through an obscure website with no readership run by nuns and full of hysterical "scoops" that would make Alex Jones seem like Walter Cronkite.

60.  The mainstream press immediately debunked Isikoff's ravings. The day after Conspiracy Land Episodes 1 and 2 aired, the Washington Post published a story eviscerating Isikoff's conspiracy theory.[23]  In the article, the Post demolishes the Isikoff conspiracy theory, saying simply "it's not true."  It turns out the premise of

---

[23] https://www.washingtonpost.com/politics/2019/07/09/dont-blame-seth-rich-conspiracy-russians-blame-americans/ (the "Post Article").

*Conspiracyland* – that Russians operating through whatdoesitmean.com had promoted the theory that Hilary Clinton ordered the murder of Seth Rich – was divorced from reality.  The Hilary Clinton assassin theory had been promoted before Isikoff's fake Russian intelligence bulletin and the Kremlin's use of whatdoesitmean.com.[24] Moreover, the Washington Post concluded that there were only a few Russian tweets relating to Seth Rich from *any* source and the majority of those occurred after the election.[25] Id. at 2. For the Washington Post, Isikoff succumbed to something "eternally tempting"—promoting "out-there ideas like the Rich conspiracies [being] a function of nefarious external actors like Russian intelligence officials." Id.

61.   Isikoff lives in Washington D.C. and is presumably an avid reader of the Washington Post. As a result, after July 9, he knows his Russian conspiracy theory is baseless. Nonetheless, when it comes time to smear Couch, Isikoff proves unrepentant. Even though his theory has been decisively debunked, Isikoff insists that "there is strong evidence that the initial version of the conspiracy theory [that Hilary Clinton ordered the assassination of Seth Rich] was spawned by Russia's intelligence service." Episode 6, 33-34:23-5, 1. In fact, there is no evidence for this theory.  Isikoff's insistence on pursuing a debunked narrative in the face of facts to the contrary reveals his willingness to operate in reckless disregard of the truth.

---

[24] Id.

[25] Id.

62.   Isikoff simply does not care about facts. He is a political operative and uses people as fodder for his theories, however baseless or unsupported, as becomes evident in his attack on Couch.

42.63.  Isikoff begins his attack on Plaintiff by introducing him, at approximately the 11:50 mark of Episode 6, as part of a "conspiracy "horde." The use of the word "horde" is designed to conjure up frightening images of," whose evocation immediately precedes the first presentation of Matt Couch to the audience.  Episode 6, 11:7.  The implication is that Matt Couch is part of a large, unruly, poorly educated and even violent mobs, as in the locutions, "hordes of peasants" or "hordes of rioters."mob. There is no evidence for this smear. It is entirely fabricated.

43.   Having thus set the stage, Isikoff then immediately introduces Matt Couch's voice, making clear that Plaintiff is meant to be a member of the menacing conspiracy "horde." After playing a short clip of Plaintiff's voice stating: "we do believe it's possible that Aaron and Seth worked together and did the leaks together, folks" IsikoffIsikoff then dismissively describes Plaintiff as a "one-time sales manager" living in the "Arkansas Ozarks" who has become "a conspiracy entrepreneur."

44.64.  Episode 6, at 11: 14-15.  By falsely stating that Couch livesfabricating a residence in the Ozarks, when heCouch in fact lives in the modern city of Rogers, part of one of the fastest growing regions in the United States, and home of Walmart, one of the world's largest corporations, and then adding the phrase "conspiracy entrepreneur," Defendant attempts to conjure up the image ofimplies that Couch is a backwoods hillbilly snake-oil salesman—a false and defamatory description of an educated Southern urbanite

with an established business and a serious investigative and journalistic  practice. Isikoff

also took care to stress Plaintiff's fabricated residence in Arkansasthe Ozarks to inflict

the maximum damage on Couch where he lives.  ,

45.    Isikoff then segues into another audio clip of Plaintiff asking, "Why are they covering everything up? Why did Aaron try to stop this investigation? And that is what my team is trying to figure out. Why is no one talking about this? Why will no one in the mainstream media touch this?"

46.    There are three separate points being made by Plaintiff in this clip. First, he is questioning why the DC police appears to be engaged in a cover-up. This is an observation corroborated by the Rich family private investigator, Rod Wheeler ("Wheeler") who would later be quoted as saying "I do believe the answer to who murdered Seth sits on his computer on a shelf at DC police headquarters."

47.    Second, Plaintiff is stating that Aaron attempted to stop Plaintiff's investigation, a demonstrably true statement, as Plaintiff not only blocked Wheeler's investigation, but also Couch's. Indeed, on information and belief, Aaron conspired with law enforcement officials to cause those officials to surveil Couch for allegedly harassing Aaron through his investigation into the Seth Rich murder and possible links with Seth and Aaron's Wikileaks communications.

48.    Finally, it is also true that the mainstream press has failed to conduct any serious inquiry into the Seth Rich murder and has shown even less interest in the wealth of evidence indicating that Seth Rich, alone or with his brother, leaked DNC emails and documents to Wikileaks. Instead of true investigation, mainstream journalists are content

to report on the "harm" to the Rich family from investigation into the Seth Rich murder and links to Wikileaks and, with no sense of irony given Defendants own conduct detailed below, the lack of "accountability" for independent investigators.

49.    Isikoff, for his part, is uninterested in the truth of what happened to Seth Rich or whether and, if so, how Seth and/or Aaron downloaded and transmitted data to Wikileaks. He is interested in slandering Plaintiff and anyone who threatens the narrative Isikoff is desperate to protect.

50.    After setting the stage with his initial smears of Plaintiff, Isikoff plays a clip of Plaintiff introducing Mr. Butowsky on Plaintiff's "Periscope," a platform for video live-streaming. Isikoff immediately defames Butowsky with the utterly false statements (a) that Mr. Butowsky was "the man behind the Fox News debacle" (referring to a story by reporter Malia Zimmerman that was subsequently retracted by Fox News—but not in any way for anything attributed to Butowsky, as Isikoff falsely asserts) and (b) that Couch was an "ally" "found" by Butowsky "to keep his claims of a vast conspiracy alive" (a manufactured theory simply invented by Isikoff to besmirch those he perceives as "opponents").

51.    Couch is then quoted as saying "Aaron accepted money. Aaron had money from Wikileaks go into his personal account." This statement is backed by, among other things, the following pieces of evidence:

a.    Pulitzer prize winning journalist Sy Hersh has stated that what he "knows" about Seth Rich "comes off an FBI report" and that the FBI report states that Seth Rich transferred emails to Wikileaks and requested payment for such emails;

b.    The statement of Kim Dotcom, who alleges he had direct communications

~~with Seth Rich about the transfer of emails and documents to Wikileaks, that Seth would most likely have worked with someone trusted "close" to him;~~

~~c.   Wheeler's repeated statements that Aaron sought to prevent any witnesses from discussing Seth's emails, computer or work situation, suggesting the presence of compromising information in the emails and/or computer, and Aaron's complicity in the handling of this compromising information; and~~

~~d.   Statements of Cassandra Fairbanks that Julian Assange had indicated, in response to questions about the Wikileaks source, that Aaron's accounts should be checked and further statements that Julian Assange had indicated that Aaron would have used a mechanism such as eBay to obtain payment.~~

~~52.   Naturally, Isikoff does not address any of this evidence as he intentionally or recklessly disregards anything that does not fit his preconceived narrative. Instead, Isikoff feigns surprise at Plaintiff's statement and says, "it was never clear" why Plaintiff discussed Aaron, a statement that could only have been made if Issikoff recklessly disregarded information in the public domain at that point, including the numerous statements of Wheeler that Aaron had blocked his investigation.[26] Statements such as these of course make it "very clear" why an investigator would and should take an~~

---

~~[26] Among other things, long before the *Conspiracyland* podcast, Wheeler had appeared on another Internet podcast, Crowdsourcethetruth, and had publicly stated that Aaron was preventing investigation of what Wheeler termed "door number 3"—anything to do with Seth Rich's work at the DNC, where of course, it is alleged emails were downloaded by Seth. See https://video.search.yahoo.com/search/video?fr=mcafee&p=Crowdsource+the+Truth+Rod+wheeler#id=1&vid=026be6d2f1434e4733f0d4d1fc9344be&action=view.~~

interest in Aaron.

53.     Isikoff notes simply that Aaron has custody of his brother's computer and that his computer was submitted to the police for analysis, but does not address in any way the timeline of Aaron's surrender of the computer to the police or the issue of Aaron's control over his brother's email accounts.

54.     Isikoff continues that the "cops found nothing on that computer or anything else tying Seth's murder to his job at the DNC." Isikoff here willfully omits any mention of the claims reported by Sy Hersh that, precisely, the DC police had not been able to access Seth's computer and had instead requested assistance from the cyber unit at the FBI.

55.     "As for the money flow in to Aaron's account," the basis for that was "completely mysterious," claims Isikoff, ignoring the evidence described above, which make it anything but mysterious that a serious investigation would explore every aspect of Aaron's finances, including any use of cryptocurrency, another point that, naturally, Isikoff fails to address. Isikoff's goal is clear and basic—to convey to his reader the false and defamatory impression that Couch is simply lying.

**ISIKOFF USES AND COLLABORATES WITH AARON'S ATTORNEY AND AGENT TO SMEAR AND DEFAME PLAINTIFF**

56.     To drive home this point, Isikoff immediately introduces, at approximately the 13:56 mark of Episode 6, Aaron's lawyer, Meryl Governski, to address what Isikoff labels the "bomb" that Aaron was getting money from Wikileaks.  Naturally, Defendant does not offer any caveats about the reliability of an interested party—counsel for plaintiff in a pending lawsuit—pontificating about "truth" but instead presents Governski's comments "straight," adopting her voice as his own, and cutting

immediately to Governski stating, falsely, that "there is no factual place" the claims concerning Aaron's receipt of funds are coming from, and that it is a "contrived story."

57.    Without any qualifications other than introducing Governski as Aaron's lawyer who has just filed a defamation lawsuit, Isikoff elicits a series of categorical statements from Governski *presented not as allegations in a complaint, but as the Truth*.  These statements, which Isikoff never questions or challenges in any way and presents as "factual," are what Ms. Governksi labels the key "lies" made by Plaintiff:

    e.    that Aaron worked with Seth to download materials from the DNC;

    f.    that Aaron personally received money from Wikileaks in exchange for this data;

    g.    that Aaron is covering up his role in downloading DNC data; and, most explosively,

    h.    that Aaron is covering up his role in the murder of his brother.

58.    At no point does Isikoff alert his listeners that the claims being made by Governski are merely allegations in a complaint that, by definition, have not been proven to be true and cannot be "lies." Rather, *Isikoff presents Governski's allegations as being themselves factual, already established as true, which is false*.

59.    It is false to state as a fact that Couch is *lying* that Aaron worked with Seth to download materials.  Plaintiff had suggested a "possibility" (which he had and has a good faith basis to *believe* to be true) that Aaron had worked with his brother, Seth, in downloading emails, *but he had never asserted as true that which he knew to be false, which is the definition of a lie*.  To assert that Couch "lied" about whether Aaron worked

with Seth in downloading emails is, thus, itself a defamatory lie, since it is a knowingly false statement about what Couch had actually asserted (there is a possibility).

60.    The same is true for Governski's assertion that Couch is "lying" that Aaron received money or covered up his role in downloading DNC data. With respect to receiving money, Couch was simply repeating what he believed and believes to be a true statement, that Aaron received money in his account.

61.    Stating that he is "lying" implies that Isikoff *knew*, at the time he made his statements, that *Couch knew* his statements were false, a claim for which there is zero evidence and which is, therefore, itself a defamatory lie.

62.    Similarly, with respect to the assertion that Aaron was involved in a cover-up of his role in downloading DNC information, Couch actually stated, based on Aaron's stated refused to cooperate with him in his investigation, that Aaron was "blocking his investigation."

63.    Governski may believe that Aaron has every right to "block Couch's investigation" but it is a flat lie to claim that *Couch* is lying when he simply reports factually his own experience.

64.    Again, Isikoff is endorsing and adopting lies about Couch that are evidence-free assertions Couch is lying, consciously stating what he knows to be false. Isikoff's lies are all the more egregious in that he never interviewed Plaintiff and has no reasonable basis to make any claims about Plaintiff's subjective mental state.

65.    Finally, Isikoff adopts and endorses one of the most vicious and vile lies spouted by Governski: that Couch has "lied" that Aaron is covering up his role in his

brother's murder.

66.    ~~***But Couch has never stated that Aaron was covering up his role in his brother's murder***. This is a complete fabrication, and obviously highly damaging to Couch's reputation, painting him as monster who is falsely implying that Aaron participated in killing his own brother and then covered up this involvement. Isikoff knew or was reckless in not doing minimal due diligence to know that Couch never made any such statement and was being grossly, unfairly and viciously slandered with such an accusation.~~

67.    ~~To make it crystal clear that Isikoff is endorsing and adopting Governski's statements, Isikoff immediately states that "the lies" — not the claims, the assertions, the allegations, but what he is presenting factually to his audience as knowing falsehoods — were amplified by Periscope, which Governski, to the approval of Isikoff states was "spreading lies."~~

68.    ~~Isikoff then states that Matt Couch "twisted" the "special occasion" of Aaron's wedding by posting a public photo of Aaron and Seth standing together at Aaron's wedding.  Governski adds that by stating in connection with the photo of Aaron and Seth together that "the apple doesn't fall far from the tree" Couch was "spreading lies" about Aaron and "perverting" the photograph with "lies.  This is itself an obvious lie.  The statement "the apple doesn't fall far from the tree" is perfectly true and apt as a description of the relationship between Seth and Aaron.~~

69.    ~~To the extent Couch is suggesting that Aaron worked with Seth in downloading DNC emails, this cannot be a lie—which Isikoff knows or should know.~~

First a ~~*suggestion*, by definition, cannot be a lie and it is a lie to state the contrary.~~
~~Second, as discussed above, Couch had and has a reasonable belief that Aaron did in fact~~
~~work with his brother in downloading Wikileaks data.~~

~~70.    It is impossible for Couch to "lie" given his beliefs. Isikoff had absolutely~~
~~no basis for accepting and endorsing—which he did by adopting the "lie" smear as his~~
~~own.~~

~~71.    Isikoff by his own admission failed to interview Couch and thus cannot~~
~~have any basis for accepting, endorsing or making any statements that Couch was "lying"~~
~~about Aaron's role in downloading DNC data.~~

~~72.    Instead of acting as a journalist, Isikoff continues to behave as an apologist~~
~~for Aaron, falsely telling his viewers that, faced with Couch's statements, Aaron~~
~~attempted to "reason" with Couch in sending him a "cease and desist" letter. Isikoff has~~
~~read this letter and knows it cannot, under any view, be construed as an attempt to~~
~~"reason" or "plead" with Couch, as Isikoff falsely states.~~

~~73.    In fact, Isikoff knows perfectly well that the purpose of the letter was not to~~
~~"reason" with Couch, but to establish the predicate for a lawsuit by Aaron and/or bully~~
~~and browbeat Couch into silence.~~

~~74.    Then, rather than factually presenting Plaintiff's response to Aaron's~~
~~attempt at intimidation, Issikoff characterizes Couch as "contemptuous," which itself a~~
~~knowing slur as there was nothing remotely "contemptuous" in Couch's public comments~~
~~on Aaron's letter.  Of course, Isikoff knows this, but he is not interested in accuracy, he is~~
~~interested in advocacy and his goal is to engage in character assassination of Couch that~~

~~will make the listener less likely to recognize the obvious smears orchestrated together with Governski, attributing malicious intent to "lie" to Couch without any evidence or basis.~~

75.65.  To further damage Couch's image, ~~at approximately the 16:24 mark,~~ Isikoff uses the loaded term "confederate" to describe one of Couch's colleagues. _Episode 6, 14:24._ This is a blatant attempt to ~~link Couch~~imply, without any basis, that Couch has ties to the white nationalist or racist tendencies perceived in the Southern nostalgia for the "confederacy"—a particularly loaded term in post-Charlottesville America.

~~76.    Listeners of the podcast are expected to understand that Couch is an evil, racist, white nationalist because he does not accept Aaron's "reasoning"—which simply consists in the endless repetition of the same falsehood, that Couch is "spreading lies" and "false conspiracy theories about Seth Rich" when in fact, on information and belief, Aaron is in possession of material evidence supporting the view that Seth was in communication with Wikileaks.~~

~~77.    This makes Aaron's own letter false and defamatory, if not when it was first communicated by Aaron, certainly when it is republished and rebroadcast by Isikoff.~~

~~78.    Aaron's "reasoning"—which Isikofff knows to be nothing of the sort—consists primarily of attacks on Couch as "ridiculous and offensive" (statements rebroadcast by Isikoff at approximately the 17-minute mark of the podcast). Then to minimize the seriousness of the lie Issikoff has just spread about Couch, namely that Couch claimed Aaron was covering up his role in the killing of his own brother, Isikoff dismisses as "sidekick banter" Couch's clear rejection of any implication that he or~~

~~anyone associated with him had ever suggested that Aaron participated in killing his brother.~~

~~79.    Isikoff knew, when he approvingly adopted as his own Governski's slander of Couch, that Couch had not claimed and would deny ever having claimed that Aaron killed, participated in killing his brother or covered up his role in killing Seth.~~

66.  ~~Isikoff makes clear that it is he who~~Isikoff has utter contempt for Couch and disparages him as an "Internet troll," a knowingly slanderous falsehood.  Episode 6, 16:7; 23:7; 33-7.

~~80.~~67.  According to a widely cited source, "An Internet troll is a member of an online social community who deliberately tries to disrupt, attack, offend or generally cause trouble within the community."  See https://www.lifewire.com/types-of-internet-trolls-3485894#:~:text=An%20Internet%20troll%20is%20a%20member%20of%20an,all%20over%20the%20Internet%20%E2%80%94%20on%20message%20boards%2C.  Robert Mueller defines "trolls" as Internet users who post inflammatory or otherwise disruptive content on social media or other websites. Mueller Report, Volume I, 18 and Note 28.

~~81.~~68. Isikoff knows~~, to quote Governski,~~ that "there is no factual ~~place" where~~basis for this slur ~~is coming from.~~. Couch is an independent investigator and journalist and publisher of a ~~serious~~conservative blog, the DC Patriot.  Even if Isikoff disagrees with the content of the DC Patriot, it is defamatory to label this content the work of a "troll." Isikoff is simply fabricating smears about Couch because he thinks he can get away with it.

82.    Isikoff is simply besmirching Couch because he thinks he can get away with it and because it furthers his narrative as to the nature of those who would question the establishment narrative he is so invested in preserving and protecting.

83.    As would be "support" for his smear job, Isikoff then gives the floor back to Governski who again baselessly claims that Couch has "invented" a story and "concocted" a narrative when she, as the lawyer for Aaron, knows perfectly well that it is utterly false to assert that Couch has "invented" or "concocted" anything.

84.69. In one of the more bizarre moments of Episode 6, Isikoff then, with an evident tone of disgust, asserts that Couch is seeking "money" and "fundraising off Aaron's letter"," as though there were something wrong with this, when Couch has transparently stated that his investigation is 100% Crowdfunded.crowdfunded.[27] Isikoff's smear is intended to harm and has the direct effect of harming and limiting Couch's ability to use crowdfunding – a perfectly legitimate mode of fundraising—for any further investigation.

85.70. By interfering with Couch's business and source of funding, Isikoff betrays his real purpose—to silence Couch and anyone like him dissatisfied with the "botched robbery theory" of Seth Rich's murder and the Brennan Conspiracy Theory promoted by Isikofftheories promoted by Isikoff, including different Russian conspiracy theories: from the Russian hacking theory, to the Trump-Russia collusion theory, to the Hilary Clinton assassin theory.

---

[27] Episode 6, 16:20-21, 24-25.

86.71.  Isikoff and Governski expressly seeksseeks to interfere with Couch's business, disparaging his sale of "America First Media" t-shirts, which of course Couch has every right to sell, as though it were somehow illicit to use legitimate fundraising and business techniques to finance an investigation in the public interest.

87.    Isikoff makes clear his horror at and intent to interfere with Couch's sale of t-shirts, by asking Governski with a tone of shocked incredulity, "Let me get this straight, they are fundraising off the letter?" Governski responds in the affirmative and then states that Couch has raised "tens of thousands" of dollars to fund "so-called" investigations, a disparaging and defamatory characterizing of Couch's professional work against which Isikoff does not push back in the slightest, but instead adopts as entirely his own, blessing one final smear from Governski who again, without any evidence, falsely states that Couch is using the funds raised to further a "fake contrived narrative" he and his team have "created."

88.    To make clear where his sympathies lie and to leave no doubt that Governski was speaking as Aaron's agent in publicly defaming and smearing Couch, immediately after Governski concludes her final false peroration, Defendant Isikof introduced Aaron, who states, at the 19:11 mark of the Episode, "it's been infurating, it's been devastating . . . why do you feel the need to do this." Although the "it" and the "this' in Aaron's language is not explicitly stated, in context it is clear that he is referring to what Governski has just referred to Couch's as "spreading" of "lies" and furthering a "fake contrived narrative" that Couch has allegedly "created," which everyone involved here—Governski, Aaron and Isikoff—knew to be false.

89.    Rich's  statement is all the more shocking in that, Isikoff and Governski know perfectly well that the links between his brother and Wikileaks have not been "created" or "contrived" or "concocted" and certainly not *__by Couch__* but are based in part on evidence of which Aaron has long been aware, among other things that a Pulitzer Prize winning journalist stated that he "knew" information about Seth Rich that "came off" an "FBI report" and stated that Seth Rich had transmitted emails to Wikileaks and requested payment in exchange.

90.    While giving Aaron a public platform to present his case to a jury pool he hopes to precondition to view his perspective favorably, Isikoff carries water for Aaron's case by saying, falsely, that "Aaron is a private person," a statement the purpose of which is to provide greater protection for Aaron in his lawsuit against Couch. Isikoff goes further and both lies about Couch and attempts to damage his business by asking Aaron rhetorically what it is like to have Couch "raising money off his brother's murder."

91.    Isikoff's questions contains an utterly false premise. Isikoff knows that Aaron himself has set up a GoFundMe account to raise funds to investigate his brother's murder, but he does not accuse Mr. Rich of "raising money off his brother's murder" because such a charge would be ridiculous.  Isikoff hopes the listener will not grasp the absurdity of his attack on Couch because of the  relentless barrage of slurs and lies to which the listener has been subjected by the 19'30 mark in the episode.

92.    Isikoff allows Aaron to slander Couch by saying that he is "profiting" off lies about him and his family.  Even taking Governski's claim that Couch had raised tens of thousands of dollars for a multi-year investigation at face value, this generates no more

"profit" than Rich's own GoFundMe campaign, which, on information and belief, has raised a similar amount, including from those like Couch, who believe that Seth Rich was a patriot seeking to call out racism, anti-semitism, sexism, bigotry and anti-Bernie Sanders bias—all of which were on display in the leaked DNC data published by Wikileaks. Isikoff knows or should know, moreover, that raising $30,000 for full-time investigatory work is insufficient to even cover basic expenses and cannot possibly generate a "profit."

ISIKOFF USES AND COLLABORATES WITH DEBORAH SINESCONTINUES
TO SMEAR AND DEFAME PLAINTIFF

93.     Isikoff continues his relentless hatchet job by introducing Deborah Sines, the Assistant U.S. Attorney responsible for the Seth Rich murder investigation, to lend support to the lies that were spread by Governski and adopted by Isikoff, that Couch is responsible for stating that Aaron killed his brother or participated in the killing.

94.     Sines knew or should have known that Couch never made any such statements, but she nonetheless states, to the audibly beaming Isikoff, "You try asking a decedent's brother, did you kill your brother" and "did you have anything to do with his murder" "are you the one that set this up" "it's horrible, it's awful." In context, the only person who is alleged to have made comments that would lead Sines to feel the need to make the foregoing statements is Couch.

95.     Sines not only freely made these statements, but Isikoff gave her every opportunity to review and confirm her statements and their placement in his hatchet job on Couch and she knew and intended that she was supporting and furthering the baseless

- 44 -

lie that Couch has supposedly accused Aaron of killing his brother and/or participating in the murder—an utterly shameful attack designed to permanently discredit Couch and prevent him from ever reaching a broad audience regardless of what his investigation would find.

96.     That Sines, who knew perfectly well what Couch had actually said, would voluntarily appear on Defendants' podcast to smear Couch and reveal grand jury questions is shocking. But Isikoff's hatred for Couch is so extreme that he even encourages Aaron, who has less reason than Sines to understand the rules and potential penalties for violating grand jury secrecy rules, to violate these rules and disclose that he had been asked during the grand jury proceedings about his alleged role in killing Seth. Isikoff, Governski, Sines and Aaron all lay the most extreme allegations about Aaron's conduct at the door of Plaintiff Couch, whom they believe they can demean, degrade, disgrace, humiliate, smear, and defame with impunity.

97.     To make unmistakable that the allegations and the smears—including that Aaron had been publicly attacked as having murdered his own brother—concerned Couch and no one else, Isikoff pointedly asks Aaron, at approximately the 20'50 mark, "you have to go in there [to the grand jury] and she has to ask you question by question about what Matt Couch had been saying?"

98.     Sines publicly stated that the question she asked Aaron—which came from a lie about Couch she spread jointly with Aaron, Governski and Isikoff—"did you murder your brother?" was "horrible" and "awful."

99.     But at this point, giving the intensity of Isikoff's slanderous attacks, the

~~Conspiracyland listener has no doubt that the Internet troll from the Ozark mountains in Arkansas, the ex-sales manager turned conspiracy entrepreneur, is himself a thoroughly "horrible" and "awful" person who has been peddling the despicable claim, which all the participants in the podcast know to be false and lacking any factual basis, that Aaron murdered his own brother.~~

~~100.   Incredibly, Aaron admits that the hell he is putting Couch through with his lies stems from the fact that Aaron perceives any inquiry into his brother's and his own connections to Wikileaks to be worse than his brother's death itself, a horrible admission Aaron publicly makes in Episode 6: "you would think the day your brother is killed is the worst day of your life but it can actually go downhill from there." According to Aaron, facing inquiry into his role in leaking emails to Wikileaks is worse than the death of his own brother—a truly shocking statement.~~

~~101.~~72.   After setting forth all the lies about Couch that he~~, Governski, Aaron and Sines,~~ can conjure forth, ~~Defendant Isikof~~Isikoff frames Couch's conduct as a "vicious new turn" resulting from social media "attacks" on family members—the implication being that Couch has ~~"viciously attacked" Aaron, an absurd theory that would prevent any reporter from pursuing any story that reflected negatively on anyone, regardless of truth.~~been responsible for "viciously attacking" family members.[28]

~~102.~~73.   Isikoff then gives the floor to Anna Merlan, an academic conspiracy theorist, who states, to the approbation of Isikoff, that there is a conspiracy "cottage

---

[28] Episode 6, 19:13-14.

industry" "devoted to hounding people" who have lost loved ones in violent ways. ~~Aaron, according to Ms. Merlan, was a "very unique" example of this trend.~~ [29]

~~103.~~74.        By juxtaposing Ms. Merlan's statement that members of the conspiracy cottage industry are "hounding" people with the previous attacks on Couch, Isikoff is ~~asserting~~implying, without any evidence, that Couch is guilty of "hounding" ~~Aaron~~people with his "conspiracy" theories.

<u>ISIKOFF USES AND COLLABORATES WITH</u>
<u>JOE CAPONE TO SMEAR AND DEFAME PLAINTIFF</u>

~~104.   After collaborating with Governski, Sines and Aaron to slander Plaintiff,~~ Isikoff then departs completely from reality and credits the wildest claims about Couch ~~without any independent verification,~~ presenting absurd and vicious ~~claims about Plaintiff as though they were facts.~~

~~105.~~75.        ~~Of course, Defendant is uninterested in Couch's reputation~~stories, based on single, unreliable sources or ~~the harm to his emotional well-being or professional future from being subjected to outrageous lies because his goal is to thoroughly destroy Plaintiff~~pure fabrication, so inherently implausible that ~~he is never taken seriously by anyone, regardless of the evidence he uncovers debunking the Brennan Conspiracy Theory or the "botched robbery" theory of Seth's killing~~no reasonable person would believe them to be true, and which Isikoff had every reason to doubt.

76.  Isikoff begins with Joe Capone, the manager of Lou's Bar and Grill, the last

---

[29] Episode 6, 6:17-18.

location where witnesses saw Seth alive before the shooting.  Joe Capone is not presented as having any background in law enforcement, cybersecurity, relations with Russia, or domestic politics.  He is simply a restaurant manager.[30]

~~106.~~77.       Capone takes a real and true ~~claim~~observation made by Plaintiff – that Capone had visited the White House in the days before Seth Rich's murder – and proceeds to make an outrageous slur against Couch by claiming falsely that Couch had stated that the purpose of Mr. Capone's visit was to meet with ~~Hilary Clinton and her team to plan the murder of Seth Rich.~~Hillary Clinton.[31]

~~107.    The following exchange illustrates Isikoff's defamation technique, through which he guides his willing inerlocutors to make false, ridiculous and slanderous claims that he then adopts and presents as factual to unsuspecting listeners.~~

78.  Given Isikoff's obsessive focus on Hillary Clinton, his relentless promotion of the conspiracy theory that Russian agents planted the story that Hillary Clinton ordered the killing of Seth Rich, the only possible relevance of Hillary Clinton in this context and the unmistakable implication is that Matt Couch was responsible for claiming that Hillary Clinton had murdered Seth Rich.

79.  There is nothing in Joe Capone's background or experience that makes this accusation credible. In fact, Isikoff *knows* the accusation is false because all the intense work he has put into "providing [an] illuminating window into how these crazy theories

---

[30] Episode 6, 19:20-22.
[31] Episode 6, 21:9.

are spawned and manipulated in the swirl of social media"[32] has not uncovered a single piece of evidence to support Capone's allegation.  In the discussion of what Isikoff presents as the craziest theory of all – that Hilary Clinton ordered the assassination of Seth Rich – Isikoff has not presented a single tweet, a single post, a single quotation that corroborates the accusation that Matt Couch connected Hillary Clinton and Seth Rich.  Given his obsessive focus on Hlilary Clinton, if Isikoff had such a quotation, he would have certainly have provided it.  Likewise, if Capone had a source for his claim, he would have provided it to Isikoff.  But there is no such source, because the allegation is concocted to serve Isikoff's ends by an obscure restaurant manager who provides no evidence and is not asked for any.  An inference of actual malice can easily be made.

80.  But it gets worse. Isikoff *himself* actually fabricates the accusation that Matt Couch was claiming that Hillary Clinton was "conspiring" with Joe Capone—again, in the context of the Conspiracyland podcast, with the only possible aim of seeking to murder Seth Rich.[33]  The full exchange between Isikoff and Capone shows exactly how Isikoff, not Capone, fabricates the essential Couch quotation:

Isikoff (speaking about a visit to the White House several days before the Seth Rich murder Capone does not deny making): So your name shows up on the [White House] visitors logs and someone saw it. Who saw it and what did they do with it?:

Capone: There's one guy, I'm totally blanking on his name . . . . Matt Couch.

Isikoff: Yup, we know him.

_____

[32] Episode 6, at 6:8-9.
[33] Episode 6, 21:10-11.

- 49 -

Capone: He assumes a bunch of things . . .

Isikoff: *What was Matt Couch saying was the significance of the fact that you had been to the White House on July 6*?

Capone: *That there were secret meetings going on.*

Isikoff: *Secret meetings with who*?

Capone: ~~Hilary~~*Hillary, . . You know* . . .

Isikoff: *That you were conspiring with* ~~Hilary~~*Hillary, Clinton* or?

Capone: Must have been right?

Isikoff*: Or aides to Hilary Clinton*?

Capone: Yeah~~. . . . . .~~ I've never met Hilary. *,* . I've never seen any of these people.

~~108.~~81.         This entire exchange is based on a total fabrication. Both Isikoff and Capone know that Couch *never* stated or even suggested that ~~Capone was conspiring with Hilary Clinton or aides to Hilary Clinton. Isikoff uses leading questions to elicit the answer he wants, **_knowing these answers to be false, knowing they will harm Couch, and knowing they are defamatory_**~~Joe Capone was having "secret meetings."  And Isikoff knows that Matt Couch never stated that Joe Capone was conspiring with Hillary Clinton or aides to Hillary Clinton.  Isikoff has simply invented Couch's alleged statement.  Isikoff even goes so far as to claim that Couch had said Capone was conspiring with Hillary Clinton, "or aides to Hillary Clinton"—likewise pure fiction.  If Isikoff had the slightest evidence to back up these words, he would have provided it.  Instead, he satisfies himself with making up out of whole cloth a statement Couch never made, that Joe Capone was *conspiring* with Hillary Clinton or aides to Hillary Clinton, the only

possible implication of which in the context of *Conspiracyland* and Isikoff's obsessive focus on the Hillary Clinton assassination theory is that Couch was accusing Capone and Clinton of conspiring to murder Seth Rich.

109.   In fact, Isikoff is deliberately injecting one of the wildest conspiracy theories on the Internet—never promoted by Couch, who has been interested in solving Seth Rich's murder, not inventing crazy theories with no facts—that Hilary Clinton personally ordered the assassination of Seth Rich.

110.   According to Isikoff, in an interview with NPR's Steve Inskeep:

But what we found was that, within three days of that murder, a conspiracy theory pops up on an obscure website called whatdoesitmean.com alleging that Rich was on his way to talk to the FBI about corruption by the Clintons when he was gunned down by a squad of assassins working for Hillary Clinton.

It turns out that that very same day that that report popped up on this obscure website, the Russian SVR—that's its version of the CIA—circulated an intelligence bulletin making those exact same claims about Seth Rich. So in short, it was the SVR, the Russian intelligence agency, that planted the conspiracy theory about Seth Rich from the get-go.

111. Isikoff promotes this bizarre conspiracy theory even though he knows it has no connection to Plaintiff and even though it based on reporting so shoddy that it was debunked by the Washington Post, normally friendly to conspiracy theories that paint their preferred targets as dangerous and crazy Russian agents.

112. By getting Capone to agree with him that Couch had claimed Capone met with Hilary and/or adies to Hilary to plot the assassination of Seth Rich, Isikoff is attempting to connect Couch with the wildest theories on the Internet, conveniently, according to Defendant, promoted by Russia, so that Defendant can insinuate Couch is a

~~Russian sympathizer in addition to being a Southern "confederate" and Internet "troll."~~

~~113.  Of course,~~ ***~~Defendant Issikof's attack on Matt Couch is based on lies made up out of whole cloth, as Couch has never suggested Hilary Clinton killed Seth Rich or that Capone met with Hilary Clinton or her aides, whether to plan Seth Rich's murder or otherwise~~***.

82.  Isikoff knows the statements he himself is fabricating, as well as the words he is putting in Capone's mouth, are false, harmful and defamatory. He knows that they are false and makes them anyway, in reckless disregard of their falsity. An inference of actual malice necessarily follows.

### ISIKOFF USES ~~AND COLLABORATES WITH~~ MARK MUELLER TO FURTHER SMEAR AND DEFAME PLAINTIFF

~~114.~~83.       The final person Isikoff enlists to smear Couch is Mark Mueller ("Mueller"), the person who came to the scene of Seth's shooting and identified Seth for the police.[34] Mueller makes a series of wild, outrageous claims and, under the guidance of Defendant, connects these claims to Math Couch, falsely asserting that Plaintiff has slandered or attacked him, which both he and Isikoff know to be false.

~~115.~~84.       Mueller claims his ex-girlfriend told him to "watch out" because "people" were putting "stuff" about him on the Internet, in Mueller's words, "fake stuff." Isikoff corroborates Mueller's claims by ~~saying~~presenting as true the allegation that "sure

---

[34] Episode 6, 21:20-25.

enough, Mr. Mueller was soon being linked to "Jeffrey Dahmer, the notorious Milwaukee serial killer."[35] According to Mueller, "they" would take pictures of Jeffrey Dahmer and Dexter and superimpose his face on theirs, in an appalling effort to tarnish Mueller's image. Mueller goes on to state that "they" published all the phone numbers and addresses of his brothers and sisters and him and his neighbors, which he terms "vicious." According to Mr. Mueller, "they" were coming at [me] in various ways, over and over," contacting him through every one of his email accounts and calling him at work and calling him at home on his cell phone.  ~~Here the listener has in the back of his or her mind Defendant's previous evocation of Internet "hordes" led or inspired by, or acting with, the omnipresent Couch.~~ Mueller claims that he was so "freaked out" that he stayed away from his apartment on weekends and did not feel comfortable renting his basement apartment for fear that people who "might be alt-right" would seek access to his house to search his belongings. [36] Isikoff dramatically sets up Matt Couch as the villain behind all these hitherto nameless antagonists:

> ~~And as if on cue, Isikoff asks Mueller if he~~ MARK MUELLER:· Then suddenly I had to ~~take all~~ start turning people away that might be, you know, outright trying to get into my home.
>
> MICHAEL ISIKOFF:· Because of --
>
> MARK MUELLER:· Because --
>
> MICHAEL ISIKOFF:· Because of these ~~precautions "because of . . . Internet~~ trolls~~. . ." to which Mr. Mueller immediately responds, "people like~~?

---

[35] Episode 6, 22:7-9.

[36] Episode 6, 22:12-15.

~~116.      MARK MUELLER:· Like~~ Matt Couch.~~"~~ [37]

85.  Thus, after a serious of anonymous references to "Internet trolls" who have doctored pictures linking him to a serial killer, doxed him, his family and neighbors, and jeopardized his business, Mueller connects all the horrible acts of which he complains to "alt-right" "people like Matt Couch."

86.  Indeed, Couch is the *only* person mentioned and is made to stand in for all the people who do the horrible, outrageous things Mr. Mueller ~~complains~~alleges.

~~117.~~87.      Isikoff dramatically slows down his narrative and proceeds to spend the next several minutes of the podcast focusing on Couch, to sear into the listener's memory the name Matt Couch.[38] Isikoff highlights Matt Couch's willingness to apologize in an unrelated context, as though this provides support for the evidence-free attacks that are made on him by, with and through Capone and Mueller.[39] The obvious and ineluctable implication is that Matt Couch is responsible for the horrible words and conduct directed at Mr. Mueller. Isikoff even insinuates that Couch's failure to apologize for statements he never made about Mueller and Capone is somehow evidence of his guilt.[40] This is not journalism.  It is character assassination.

~~118.~~88.      The only problem, *which both Defendant and Mueller know*, is that,

---

[37] Episode 6, 23:1-9.

[38] Episode 6, 23:10-25, 24:1-12.

[39] Episode 6, 23: 9-15.

[40] Episode 6, 16-18.

*as applied to Matt Couch, all these statements are complete and total lies*. Couch never superimposed Mr. Mueller's photo on Jeffrey Dahmer's or Dexter's picture; Couch never doxed Mr. Mueller's family and neighbors; Couch never sought to rent out a room in Mr. Mueller's basement in an attempt to steal documents; Couch is not an "Internet troll" and is not "alt-right." ~~Each and everyone of these statements applied to Couch, the only person named in connection with them, is a lie, which both Isikoff or Mueller know or should know.~~ Each and every one of these statements applied to Matt Couch, the only person named in connection with them, is a lie. No actual source for the statements is given. The publication, blog post, web site, social media forum on which the statements allegedly appeared or that permit the linking of Matt Couch to the statements and conduct alleged are not provided, *are not even asked for*. Mark Mueller is not asked to provide any evidence, to submit a single post, to substantiate any allegations, although it would be easy to do so. In other parts of Conspiracyland, Roger Stone, Alex Jones, Jerome Corsi are incriminated with their own words. The only words of Matt Couch that Isikoff ever quotes directly have *nothing to do* with Capone or Mueller. Isikoff wants to make a political point about the "collateral damage" "conspiracy theories" can make on third parties and uses Couch as a cut-out, concocting phrases he never used, fabricating statements he never made, inventing conduct he never engaged in. Isikoff even invents a fabrication of his own; i.e., that Couch claimed Mueller and Capone "were part of a supposed Seth Rich cover-up."[41] As to Capone, Isikoff's concoction is absurd on its face,

_____

[41] Episode 6, 23:16-18.

since the previous fabrication has Couch claiming Capone conspired with Hillary Clinton before Seth Rich's death.

89.  Isikoff does not offer any evidence to support any of the charges against Couch, even though, if he had knowledge of any supporting post, tweet or image, he would obviously offer the evidence. Isikoff claims to have reviewed thousands of Seth Rich related posts, boasting "we've counted more than 2,000 Seth Rich-related tweets sent out by it and other fake accounts tied to that troll operation in St. Petersburg,"[42] but he has *not* found *a single one* supporting the claims that Couch:

- Stated Joe Capone met with Hillary Clinton at the White House

- Conspired with Hillary Clinton or aides to Hillary Clinton, implicitly to plot the murder of Seth Rich

- Doxed Mark Mueller and his family

- Harassed Mueller relentlessly with emails and phone calls

- Superimposed Jeffrey Dahmer's head on that of Mark Mueller

- Sought to burglarize Mark Mueller's house

- Accused Mark Mueller and Joe Capone of engaging in a Seth Rich cover-up.

90.  These are not anodyne accusations. No reasonable person would believe that someone had engaged in such a pattern of behavior and committed the acts complained of without the accuser presenting some physical evidence, particularly when the accuser holds himself out as a "journalist" and particularly when the "journalist" himself is guilty

---

[42] Episode 2, 12:17-19.

of fabricating quotations, and has persisted in promoting a broad conspiracy theory even when it has been debunked by incontrovertible facts by a reputable national newspaper. Isikoff had every reason to doubt the veracity of wild and outrageous claims for which he has absolutely no evidence, despite his intensive research into all things Seth Rich.

91.  An inference of actual malice clearly arises from the evidence-free manner in which Isikoff has mounted and orchestrated the shameless character assassination of Matt Couch.

119. 92.      These baseless accusations have caused Couch to receive death threats, destroyed his marriage, compromised his health, ruined his ability to fundraise, damaged his business and deprived him of any opportunity of returning to the corporate world, where his reputation has been tarnished beyond expression by the knowing lies promulgated by Isikoff and Mueller.

120. At the end of his brutal series of unrelenting attacking on Couch, Isikoff tips his hand.  The reason he has been so extreme, so reckless in his attacks on Couch is because he believes he can get away with it.

121. Not long before the publication of the Conspiracyland podcast, an exhausted Couch, lacking resources to continue defending himself against the attacks of two of the largest, most profitable, most aggressive law firms in the country, had asked the judge in Aaron's case against him to enter summary judgment so that he could be free of the pressure of big firm litigation, for which he did not have the resources to defend himself, and offered to "apologize to Aaron."

122. Isikoff clearly smelled blood and believed he could definitively terminate the

~~prospects of an independent investigator who had just raised the white flag and, Isikoff wrongly believed, would never find counsel to defend him against Isikoff's smears. Couch's proposed "apology" was not intended as an admission of wrongdoing or that any of the lies that had been spread about Couch were true. Rather it was an attempt to acknowledge that Aaron had suffered following Seth's murder and that Couch was sorry for anyone's suffering, an admirable sentiment.~~

~~123. More importantly, Couch's letter to the judge was an attempt to put an end to draining litigation that was placing an unsustainable burden on him and would permit him at least to focus on the Seth Rich murder investigation.~~

~~124. Crucially, *__at no time__* did Couch give Isikoff, Governski, Sines, Capone or Mueller license to fabricate stories about him and spread lies that he claimed Aaron killed his brother, or asserted Capone had plotted Seth's death with Hilary Clinton, or sought to link Mueller with Jeffrey Dahmer, to take only the most extreme and outrageous lies that were made up about Couch.~~

## ISIKOFF WRAPS UP ~~CONSPIRACY LAND~~ CONSPIRACYLAND WITH FINAL SMEARS OF COUCH

93. As a coda to his *Conspiracyland* hatchet job, Isikoff joined with the editor in chief of *Yahoo! News* for one last look at the "dark netherworld of American political conspiracies" in which Isikoff had ~~left no doubt~~ claimed Couch was ~~claimed to be, falsely,~~ a central figure. As Isikoff puts it ~~towards the 6 minute mark of the~~ in this bonus episode to Episode 6, Matt Couch ~~whom he again defames as an "Internet.~~ "plays a prominent role in this episode, internet conspiracy entrepreneur in the Ozark ~~mountains~~

~~of Arkansas,"~~Mountains . . . you know, an internet crankster."

~~125.~~ Here Isikoff again falsely ~~painting~~paints a picture of ~~the urban~~ Couch as a deplorable hillbilly mountain hick, something like a less intelligent version of the Unabomber ~~plays a "prominent role" in the "conspiracy theories" Isikoff's podcast is devoted to attacking.~~

~~126.~~94.      . Isikoff is particularly keen to stress his fabrication of Couch's ~~Arkansas~~"Ozark" roots, when he knows Couch lives in Rogers, Arkansas (since he admits to trying to contact Couch), a rapidly growing urban and center and home to Walmart's corporate headquarters. Isikoff's aim in fabricating falsehoods about Couch is both to cause ~~Couch~~him the maximum damage ~~in his home state~~ and to play on liberal elite prejudices against what he had previously described as Southern "confederates."

~~127. Defendant again smears Plaintiff as an Internet~~Isikoff's use of the word "crankster" ~~in Arkansas~~is also defamatory. A "crankster" is commonly understood to be someone who is deranged, who rants and raves in a state of complete delusion. ~~Obviously, for a serious investigator like Couch, who~~This is not intended as hyperbole. Isikoff ~~knows or should know publishes his own independent content and runs a blog that aggregates stories of general interest not covered by the mainstream media, the "crankster" slur is designed to convey that Couch is crazy, not to be trusted, not serious, a portrait that has harmed and will continue to harm Couch in his business affairs.~~

~~128.~~95.      ~~Isikoff takes one last opportunity to repeat the most brazen lie about Couch, that he had stated Aaron was "complicit" in his brother's murder, a lie made at approximately the 6'40 mark of the bonus episode. According to Isikoff,~~intends it ~~is~~

"sickening" to see the way "people like Matt Couch" operate, hoping to have so thoroughly destroyed Couch that the listener will feel only disgust for  him and reflexively disbelieve anything he discovers—using vile language that is not only defamatory but also intentionally destructive of Couch's business in the process. as a true comment on all Couch's work, including his investigation into the murder of Seth Rich. Indeed, that is the point of the slur: Couch is one of the few remaining investigators still pursuing the Seth Rich story and the goal is to silence him completely, to make the listener believe he is literally "crazy," delusional, so unreliable that nothing he says can be taken seriously.  More, to Isikoff, Couch is "sickening"—the listener is intended to feel a moral revulsion that will trump any rational response to actual evidence, such as the Sy Hersh audio recording alleging that Seth Rich did, in fact, transmit emails to Wikileaks,

> ISIKOFF: And it's really sickening when you -- when you listen to the way these people like Matt Couch –
>
> DAN KLAIDMAN: Yeah, I was going to say, I mean
>
> ISIKOFF: Operate.[43]

96.  With no sense of irony or self-awareness, Isikoff concludes his podcast with an unintended commentary on his own brand of yellow journalism, "where all sorts of wild, crazy and defamatory things get said about people all the time with no

---

[43] Episode 6, Bonus Episode, 8:5-10.

accountability."[44] What a fitting summary of Isikoff's lies.

### NPR REPUBLISHES AND REBROADCASTS ISIKOFF'S LIES

129. Plaintiff repeats and realleges each and every foregoing allegation.

130.97.      On August 8, 2020, Isikoff appeared on the program Fresh Air to be interviewed by Terry Gross and Dave Davies about the defamatory *Conspiracyland* podcast.

98.   He begins by rehashing his misleading assertion that Seth Rich could not have been the leaker because Guccifer 2.0 allegedly transmitted the DNC emails to Wikileaks after Seth Rich's death, ignoring (1) the obvious possibility that the emails were provided to Guccifer before his death but only transmitted later and (2) Mueller's own assertion that it was not proven the emails were sent through Guccifer but could have been delivered through a personal source in Washington D.C.  Isikoff's "journalism" is again on full display.

99.   Isikoff continued his smear campaign against Couchthen rehashes his debunked conspiracy theory that the Russian foreign intelligence service planted the Hilary Clinton murder theory on an unknown website called whatdoesitmean.com:

> [I]ntelligence bulletins . . . were circulated by the Russian SVR – that's Russia's version of the CIA - just three days after Seth Rich's death, July 13, 2016. In the intel – that first intelligence bulletin, the SVR suggests - it doesn't suggest - asserts that Seth Rich was on his way to talk to the FBI that early Sunday morning when he was gunned down by a squad of assassins working for Hillary Clinton. And this was, as far as we can tell, the first time that a conspiracy theory about Seth Rich's death was put out there. That very same day, July 13, it pops up on an obscure website,

---

[44] Episode 6, Bonus Episode, 14:22-24.

called whatdoesitmean.com, which, when you look at it and examine it, it's filled with all sorts of stories attributed to Russian intelligence officials, Russian foreign ministry officials, Russian press reports. It's effectively a vehicle for Kremlin propaganda. And they apparently took this SVR bulletin that had been intercepted by U.S. intelligence officials and used it to put out this wild conspiracy theory that played right into that far-right conspiratorial meme I mentioned before about the Clintons' – a Clinton body count and assassins working for the Clintons who go around rubbing out inconvenient people in their political path.[45]

100. Isikoff's reiteration of his debunked conspiracy theory is crucial for the inference of actual malice in Isikoff's *modus operandi*, since it demonstrates that he operates with a reckless disregard for the truth, repeating ~~the lie that Matt Couch had stated~~lies in the face of incontrovertible evidence to the contrary, in this case, the evidence adduced by the Washington Post that there were Hillary Clinton murder theories circulating on the Internet before the alleged (and nonsensical) Russian use of perhaps the least well-known and least serious outlet on the entire Internet, whatdoesitmean.com.

101. Having established that he feels free to operate with reckless disregard for the truth, he repeats that he reviewed thousands of Seth-Rich related tweets – not a single one of which contains the slightest corroboration of any of the alleged statements of Matt Couch – thinking to burnish his investigative credentials, but instead highlighting his cavalier relationship with facts.[46]

102. Isikoff's self-congratulation for the thoroughness of his research is important

---

[45] Couch v. Verizon et al., Dkt. 64-2, "*Conspiracyland*" Debunks Theories About Murder of DNC Staffer Seth Rich (the "NPR Interview") at 7-8.

[46] NPR Interview at 9.

in the final section of the interview, which repeats his baseless smears of Matt Couch, that NPR adopts as its own. As Dave Davies, the NPR interviewer filling in for Terry Gross, states:

> One of the things that the podcast focuses on, apart from the way theories like this pollute the political discourse, is the number of innocent people who get dragged into this stuff, obviously Seth Rich's family primary among them. But the bartender at the bar where Seth Rich had had drinks and was well-known gets tagged. A neighbor who heard the shots and came out that night, *both of them end up getting slimed on the Internet, right?*

103. Obviously, Mr. Davies has listened to Episode 6 of the Conspiracyland podcast and knows that Mr. Couch is the villain of this segment of Isikoff's story.

> Isikoff: Right. I mean, this is a classic case of how Internet bullies work and also gives you real insight into the sort of conspiratorial mindset.[47]

104. The listener knows that the "bully" is Couch and the "conspiratorial mindset" is Couch's. Isikoff continues:

> That bartender – he actually was the manager of Lou's City bar, which was Seth Rich's favorite hangout and where he was the night of his death, a guy by the name of Joe Capone ~~met with aides to Hilary Clinton at~~. He was a friend of Seth, viewed him as, you know, one of his favorite customers.

> ~~131.~~ A few days before Seth Rich's death, Joe Capone takes his daughter and a visiting friend from Canada on a tour of the White House ~~in the days before Seth Rich's murder.~~. It's a public tour of the White House.[48]

_____

[47] NPR Interview, at 14.

[48] Id.

105. Then, right on cue, Couch is ~~referred to~~introduced as ~~a representative~~the real villain of the "~~interview:~~

> *Matt Couch and the Internet horde" discover this apparently from White House visitor logs. And they say, a-ha, you see, why is Joe Capone going to the White House just a few days before Seth Rich's death? He must have been consulting with somebody, aides to Hillary Clinton, and this somehow had something to do with Seth Rich's death.*[49]

Id.

106. The claim that ~~is "hounding" Aaron.  The alleged~~Matt Couch said "a-ha, you see, why is Joe Capone going to the White House just a few days before Seth Rich's death? *He must have been consulting with someone, aides to Hillary Clinton*" is pure fiction.  In fact, Isikoff is quoting *his own fabrication*. The statement that Joe Capone was meeting with aides to Hillary Clinton does not originate with Capone, nor, obviously with Matt Couch.  It is a pure fabrication by ~~Couch is intended to link Couch to the most extreme and vicious theories circulating in the backwater~~Isikoff.[50]

~~132.~~107.      The purpose of the ~~Internet — that Hilary Clinton had assassinated or ordered the assassination of~~fabrication is to give an insight into the "conspiratorial mindset" and show how a "bully" pushes baseless claims about Hillary Clinton and her aides, and, by implication, the Seth Rich~~.~~ murder, since this is the only reason the connection with Hillary Clinton is of any interest.  The only problem is that the "conspiratorial mindset" is Isikoff's and *he* is the bully, inventing statements by Couch and dragging him into his conspiratorial elucubrations in order to keep alive the "wild,"

---

[49] Id.

[50] Episode 6, 21:13.

"crazy" theory that Hillary Clinton murdered Seth Rich.

~~133.~~108.     Isikoff knew that Couch had never claimed Joe Capone met with ~~Hilary~~Hillary Clinton or her aides at the White House but irresponsibly repeated this ~~lie~~fabrication to NPR anyway.

109. Not to let an occasion to smear Couch go to waste, Isikoff repeats the lie that Matt Couch was responsible for the horrible claim Mark Mueller was like a mass murderer.  As Isikoff states:

> He [Mueller] becomes a target, and *they* start going after him. He's compared to Jeffrey Dahmer at one point because - apparently because he's from Milwaukee.[51]

110. The antecedent to "they" is "Matt Couch and the Internet horde."  The implication is unmistakable. Isikoff is repeating the baseless claim that Matt Couch had asserted a connection between the mass murderer, Jeffrey Dahmer, and Mark Mueller, a wild and outlandish claim no reasonable person would believe without some evidence, of which there is none.  Isikoff has had additional time to consider and synthesize the *Conspiracyland* podcast and he chooses to repeat an entirely fabricated claim.  If Isikoff had uncovered any evidence, there is no doubt he would have used it.

111. Given Isikoff's penchant for repeating claims in reckless disregard of their truth or falsity, as with the debunked Kremlin/Hillary Clinton conspiracy theory that he continues to peddle on NPR, Isikoff's willingness to smear Couch by fabricating quotes, by continuing to link Couch to an insane conspiracy theory Couch has never promoted,

---

[51] NPR Interview, at 14.

endorsed or even mentioned, by making wild, implausible claims with no evidence--all these facts clearly support an inference of actual malice.

~~134.~~ NPR is liable for publishing, republishing and broadcasting Isikoff's lies, ~~at the very least because they displayed a~~ with reckless disregard for ~~the~~their truth ~~in not subjecting Isikoff's statements to any scrutiny, but blindly repeating his claims without any fact-checking.~~

~~135.~~112.   Particularly in a story about "fake news," ~~harmful,~~ placing into circulation outrageous lies, ~~and the impact of spreading falsehoods on innocent victims, NPR had a duty to check the veracity of Isikoff's claims before spreading defamatory statements about third parties.~~ smears and innuendo that only a reckless person would disseminate without some investigation, having taken no steps to examine readily available evidence and taking at face value the slurs of a "reporter" whose central thesis had already been debunked by a reputable media outlet.

FIRST CAUSE OF ACTION
DEFAMATION
(against all Defendants)

~~136.~~113.   Plaintiff restates each and every foregoing allegation.

~~137.~~114.   Defendants made, published or republished multiple defamatory statements of fact, or statements that implied knowledge of verifiable defamatory facts about Plaintiff.~~ Those false statements included, but are not limited to, statements that the Plaintiff:~~, with actual malice.

        a.  ~~Lied about Aaron being involved in downloading DNC data;~~

b.   Lied about Aaron receiving payment in exchange for said data;

c.   Lied about Aaron covering up his role in downloading DNC data;

d.   Lied about Aaron failing to cooperate with private investigators;

e.   Lied about Aaron obstructing the official investigation;

f.   Asserted that Aaron murdered his brother or participated in the murder
of his brother or covered up his involvement in the murder of his
brother.

115. Defendants also made, published or republished statements with actual
malice that were defamatory by implication; i.e., implied defamatory statements about
Couch.

116. These false statements and implications included, but are not limited to,
statements that Plaintiff:

g.a.   Asserted that Joe Capone met with ~~Hilary~~Hillary Clinton
or aides to ~~Hilary~~Hillary Clinton in the days before Seth Rich's
murder;

h.b.   Asserted that Joe Capone ~~plotted Seth Rich's
murder/assassination~~"conspired" with ~~Hilary~~Hillary Clinton or
aides to ~~Hilary~~Hillary Clinton;

c.   ~~"Doxxed~~Implied that Couch advanced the conspiracy theory
that Hillary Clinton murdered Seth Rich;

i.d. "~~Doxed~~" Mark Mueller by publishing the addresses and phone
numbers of his siblings and neighbors;

- 67 -

j.e. Superimposed Mr. Mueller's head on pictures of serial killer

 Jeffrey Dahmer and Dexter;

k.f. Sought to rent out Mr. Mueller's basement room to gain access

 to documents relating to Seth Rich;

g.  Harassed Mueller by relentless phone calls and emails;

h.  Asserted that Mueller and Capone were complicit in a "cover-

 up";

l.i.  Was an Internet "conspiracy entrepreneur;"

m.j.    Was an "Internet troll;"

n.k.    Was an "Internet crankster;"

o.l. Was an "Internet bully;"

p.m.    Was a member of the "alt-right;" and

q.n.    Was an associate of a Southern "confederate."

117. In making, publishing or republishing the statements, Defendants acted with

knowledge of the falsity of their statements, or with reckless disregard for the truth of

their statements.

138.118.    An inference of actual malice is supported by Isikoff's pattern of

fabricating  and concocting statements never made, relying on single, unreliable sources

with no evidence to back up their claims, repeating conspiracy theories with reckless

disregard for their truth even after the theories have been debunked, and crediting wildly

implausible fact-free statements no reasonable person would believe without any

evidence.

119. Defendants' statements have had, and continue to have, an injurious and defamatory effect on Plaintiff's mental, physical and emotional health, professional reputation and activities, business opportunities, and finances.

120. Defendants' statements are particularly harmful because Plaintiff is a journalist and an independent investigator and the smears, slurs and lies to which he has been subject have had and will continue to have a deleterious effect on his ability to develop his journalism and investigatory business.

139.1. Defendants' statements are particularly harmful because Plaintiff is a journalist and an independent investigator and the smears, slurs and lies to which he has been subject have had and will continue to have a deleterious effect on his ability to develop his journalism and investigatory business.

140.121.   Defendants cooperated among themselves to publish the false and defamatory statements by, among other acts, republishing and adopting the defamations of their codefendants.  Each Defendant is jointly and severally liable for the torts of the other Defendants.

141. Aaron is liable for the defamatory statements made by his counsel and agent, Meryl Governski, for and on his behalf.

122. Defendant Verizon Communications is liable for the defamatory statements made on the Yahoo News *Conspiracyland* podcast because it controlled Verizon Media, the predecessor to Yahoo, directed Isikoff to make the Conspiracyland podcast Verizon Media to increase itsdevelop salacious content that would boost Verizon Media's profits, approved, endorsed and financed the podcast, and is the publisher of the content in the

~~podcast and that appears through Yahoo! News and its "Skulduggery" division, and~~ knew

of and endorsed the false statements about Couch made on the podcast~~.~~, and continues to

own 10% of the limited partnership interests in the partnership that controls Yahoo.

123. Yahoo is liable for the defamatory statements made on the Yahoo! News

*Conspiracyland* podcast because Yahoo! News was a division of Verizon Media that has

now been rebranded as Yahoo.   In the alternative, if Yahoo is no longer a corporate

entity but a division of a partnership, Apollo Global Management, Inc. is liable for

defamation because it controls the partnership in which the Yahoo business has become

located.

~~142.~~124.       Iskioff is liable for the defamatory statements because he fabricated

quotes, repeated and attributed by implication wildly implausible conspiracy theories no

reasonable person would believe to Couch in reckless disregard of the truth of the

theories or Couch's involvement with them, and published "wild and crazy" statements

based on a single source with no evidence.

~~143.~~125.       As a direct and proximate cause of Defendants' defamatory

statements, Plaintiff has suffered and continues to suffer compensable and pecuniary

damages.

SECOND CAUSE OF ACTION
DEFAMATION PER SE
(Against all Defendants)

~~144.~~126.       Plaintiff repeats and realleges each and every foregoing statement.

- 70 -

145.127.　　　Defendants' statements about Plaintiff constitute defamation per se because they falsely asserted, or implied, that Plaintiff has committed crimes for which he can be criminally indicted and convicted, including ~~falsely accusing a person of murder,~~ ;~~illegally stealing and publishing personal information, and~~ ~~attempted burglary.~~

- falsely accusing Hillary Clinton of murder,:
- falsely accusing others of complicity in a cover-up;
- illegally stealing and publishing personal information,
- cyberstalking, under D.C. Code § 22-3133(a)(1)-(3) and18 U.S.C. § 2261A(2).
- criminal harassment, and
- attempted burglary.

146.128.　　　Defendants made ~~and,~~ published or republished statements of fact, or statements that implied knowledge of verifiable defamatory facts about Plaintiff.

147.129.　　　Defendants knew at the time the defamatory statements were published that the statements were false, or at minimum ,recklessly ignored evidence establishing the falsity of the statements.

130. An inference of actual malice can be made because Isikoff fabricated statements attributed them to Couch, repeated a wildly implausible conspiracy and attributed it to Couch with no evidence, and published inherently implausible statements no reasonable person would believe without evidence based on a single source with no supporting evidence.

131. Defendants' statements have had, and continue to have, an injurious and defamatory effect on Plaintiff's emotional, mental and physical health, professional reputation and activities, finances, and business opportunities.

132. Defendants' statements are particularly harmful because Plaintiff is a journalist and an independent investigator and the smears, slurs and lies to which he has been subject have had and will continue to have a deleterious effect on his ability to develop his journalism and investigatory business.

148.1. Defendants' statements are particularly harmful because Plaintiff is a journalist and an independent investigator and the smears, slurs and lies to which he has been subject have had and will continue to have a deleterious effect on his ability to develop his journalism and investigatory business.

149.133.    Defendants cooperated among themselves to publish the false and defamatory statements by, among other acts, republishing and adopting the defamations of their codefendants. Each Defendant is jointly and severally liable for the torts of the other Defendants.

150.134.    As a direct and proximate cause of Defendants' defamatory statements, Plaintiff has suffered and continues to suffer compensable and pecuniary damages.

THIRD CAUSE OF ACTION
INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
(Against all Defendants)

151.135.    Plaintiff repeats and realleges each and every foregoing allegation

136. DefendantsDefendants' conduct was extreme and outrageous and goes beyond all possible bounds of decency and are utterly intolerable in a civilized community. They knowingly,Defendants falsely stated or atimplied that Couch was promoting a minimum recklessly, spread falsecrazy conspiracy theory that Hillary Clinton murdered Seth Rich; doxed an innocent bystander and accused him of being a mass murderer, attempting burglary and committing criminal harassment.

152.137. Defendants' statements about Plaintiff as detailed above,were made intentionally and/or with actual malice and knowledge of the falsity of the statements and the emotional harm such statements were causing Plaintiff.

153.138. The Defendants were on notice that Plaintiff was in an extraordinarily vulnerable condition given the relentless litigation to which he had been subjected and his willingness to issue an apology when they knew he had done nothing wrong. Yet notwithstanding this knowledge, Defendants continued their campaign to attack, besmirch, degrade and humiliate Plaintiff with the most outlandish and false claims, including that he had accused Aaron of murder, had published photographs of Mark Mueller as Jeffrey Dahmer and Dexter and has claimed that the manager of a local D.C. bar had met with Hilary Clinton and her aides to plot the assassination of Seth Rich, wild claims that were associated with Russian agents and "alt-right trolls" insinuating that Plaintiff was a white supremacist and a traitor to the United States..

154.139. Defendants acted intentionally to cause, or at the very least acted with reckless disregard of the probability that their behavior would cause, Plaintiff to suffer severe emotional distress.

Formatted: ... Roman)
Formatted: ... Roman)
Formatted: ... Roman)
Formatted: ...
Formatted: ... Roman)
Formatted: ... Roman)
Formatted: ... Roman)
Formatted: ... Roman)
Formatted: ... Roman)

140.  ~~As a direct and proximate result of the Defendants' statements, Plaintiff has suffered severe emotional distress, heart disease, continuous mental anguish, anxiety, and fear for his professional, personal, and physical security and severe emotional anguish for from the vicious claims that, among other things, he had accused Aaron of murder, claimed that Capone was conspiring with Hilary Clinton, attempted burglary, doxed Mueller's family members and superimposed Mueller's face on the body of a serial killer.~~Because listeners have believed Defendants' lies, Plaintiff has been subject to vicious death threats, his children have been attacked and frightened, he has experienced extreme pain and suffering following the aggravation of his heart condition, and all of the foregoing have caused him severe and continuous emotional and mental anguish.

~~155.~~141.    , Defendants outrageous conduct would cause severe emotional harm to an ordinary person and even more so to a person in Plaintiff's unique circumstance.

~~156.~~142.    Defendants cooperated among themselves to intentionally inflict emotional distress by, among other acts, publishing false and defamatory statements and republishing and adopting the defamations of their codefendants.  Each Defendant is jointly and severally liable for the torts of the other Defendants.

~~157.~~143.    As a direct and proximate cause of Defendants' defamatory statements, Plaintiff has suffered and continues to suffer compensable and pecuniary damages.

<h2 style="text-align:center">FOURTH CAUSE OF ACTION</h2>

## FALSE LIGHT
### (Against all Defendants)

158.144.    Plaintiff repeats and realleges each and every foregoing statement.

159.145.    Defendants publicized false statements of and concerning Plaintiff that placed him in a false light by falsely attributing to him all of the conduct recited above. Defendants knew that the facts, representations, or imputations publicized about Plaintiff, were false, or at a minimum, Defendant's published them with reckless disregard for the truth of those facts., under circumstances that permit an inference of actual malice, The repeated and continuous publication of false facts, imputations,derogatory, and representationsdemeaning innuendo, and misrepresentations about Plaintiff placed him in a false light that would be highly offensive to a reasonable person.

160.146.    As a direct and proximate cause of Defendants' defamatory statements, Plaintiff has suffered reputational and emotional harm.

## FIFTH CAUSE OF ACTION
### INTENTIONAL INTERFERENCE WITH BUSINESS RELATIONS
### (Against all Defendants)

147.  Plaintiff repeats and realleges each and every foregoing allegation.

148.  Defendants knew that Plaintiff is a journalist and an independent investigator and that spreading smears, slurs, and lies about Plaintiff would damage his business relations with sources of funding, investigative colleagues, and journalistic contributors, among others.

149.  Defendants intentionally and improperly interfered with Plaintiff's relationship with his sources of funding and contributors, by accusing Plaintiff of fundraising off of murder, and spreading lies about Plaintiff that would cause reasonable people to fear association with Plaintiff.

150.  Defendants intentionally and improperly interfered with Plaintiff's business by implying that the sale of America First T-shirts and clothing, and the raising of funds for an independent investigation into the Seth Rich murder, was improper and should not be condoned.

151.  Plaintiff suffered significant damage as a result of Defendants' interference with his business relations.

152.  Defendants engaged in conduct that was wanton and in reckless and knowing disregard of Plaintiff's rights.

### SIXTH CAUSE OF ACTION
### CIVIL CONSPIRACY FOR ALL ALLEGED TORTS
### (Against all DefendantsIsikoff, Verizon, Yahoo and NPR)

161.153.   Plaintiff repeats and realleges each and every foregoing allegation.

154.  All DefendantsIsikoff, Verizon Media and NPR agreed to intentionally and maliciously participate in a civil conspiracy amongst themselves, and with other individuals, by their participation in a common conspiracy to defame Plaintiff through Episode 6 of *Conspiracyland*, and the republication of the core allegations thereof in the NPR Interview.

155.  NPR and Isikoff closely coordinated on the question and answer format and the content of the NPR Interview. NPR's Dave Davies asked leading questions of Isikoff

to which Davies already knew the answer and that served as a cue for Isikoff to repeat his

*Conspiracyland* allegations.

156.   Davies spoon-feeds Isikoff questions that allow him to repeat the

*Conspiracyland* themes, even on points that had already been discredited by other news

outlets, as the following extracts from the NPR Interview make clear:

> DAVIES: First, I mean, you know, one of the things that inspired conjecture initially was the fact that the police thought it was a botched robbery, and yet his wallet, cellphone, other valuables were not taken. What did detectives make of that?

*NPR Interview at 3.*

> DAVIES: If this were a contract killing, do detectives think that's what we would have seen?

*Id.*

> DAVIES: Remind us what was going on in the country at that time that would give some an interest, a motive to push conspiratorial theories about this.

*NPR Interview at 4.*

> DAVIES:        You spoke with Deborah Sines, who was the federal prosecutor in charge of the investigation. And these conspiracy theories kind of created an issue for her, and she made some efforts to find out where they may have come from. What did she discover?

*NPR Interview at 7.*

> DAVIES: And . . . were Russian internet activists busy on this story?

*NPR Interview at 8.*

> DAVIES: Right. So, yeah, how did this happen? I mean, how did they [Fox News] claim to have information, real information, that there was a connection between Seth Rich and WikiLeaks?

*NPR Interview at 8.*

> DAVIES: Yeah. Well, that raises another question, which is to what extent did the president or his allies stoke these conspiracy theories? Because, you know, he obviously didn't like the idea that his election's legitimacy could be challenged because it would be associated with Russian hackers. Seth Rich was a better story for him.

*NPR Interview at 11.*

> DAVIES: So there was never anything that - any confirmation that there was ever a FBI report that anyone can verify.

*NPR Interview at 12.*

> DAVIES: One of the things that the podcast focuses on, apart from the way theories like this pollute the political discourse, is the number of innocent people who get dragged into this stuff, obviously Seth Rich's family primary among them. But the bartender at the bar where Seth Rich had had drinks and was well-known gets tagged. A neighbor who heard the shots and came out that night, both of them end up getting slimed on the Internet, right?

*NPR Interview at 13.*

> DAVIES: You know, it struck me as I listened to this that there are a lot of cases, as this particular conspiracy theory was stoked, where people are saying things that are just clearly factually inaccurate.

*NPR Interview at 15.*

157.      On information and belief, in order to ensure that Isikoff would be able to repeat his main themes and central smears, Isikoff and Davies conferred in advance of the NPR Interview, discussed the Conspiracyland podcast, agreed on the questions that would enable Isikoff to repeat his Conspiracyland talking points and effectively smear Matt Couch and the Internet horde.  Davies and NPR agreed to permit Isikoff to make unsupported claims about Couch and to tarnish his reputation without evidence.

~~162.~~158.    The purpose of ~~which~~the conspiracy, was to commit the torts of: Defamation; Defamation Per Se; Intentional Infliction of Emotional Distress; and False Light against Plaintiff.

~~163.  Defendants~~Verizon and Verizon Media participated in ~~a hub and spoke~~the conspiracy ~~in which Defendants~~by approving and supporting Isikoff's agreement with NPR to smear Plaintiff. Without Verizon and Verizon Media's approval, Isikoff ~~and~~

Verizon were the hub and each of the other Defendant was a spoke,would have been unable to appear on NPR, and all Defendants sought the common goal of slandering and besmirching Couch and others who threatened a political narrative in which Defendants were all, to differing degrees, invested.

164.159.     Isikoff and Verizon conspiredcoordinate, with GovernskiDave Davies, to repeat, endorse, adopt and republish the lies affirmed by Governski as the agent for Defendant Aaron. Isikoff and Verizon conspired with Sines to repeat, endorse, adopt and republish the lies affirmed by Sines.  Issikof and Verizon conspired with Capone to repeat, endorse, adopt and publish the lies affirmed by Capone. Isikoff and Verizon conspired with Mueller to repeat, endorse, adopt and publish the lies affirmed by Mueller. the defamatory statements made in the Conspiracyland podcast,

165.160.     Throughout the course of the conspiracy, the DefendantsIsikoff, Verizon, Verizon Media and NPR, acting in concert, coordinated in furtherance of a common scheme to smear, disparage and defame Plaintiff.

166.161.     Each Defendant is jointly and severally liable for the torts of the other members of the conspiracy which were committed in furtherance of the common scheme.

167.  As a result of Defendants' conspiracy, AaronPlaintiff suffered professional, 162.  reputational, and emotional harm, as outlined in the previous causes of action.

SEVENTH CAUSE OF ACTION

~~SIXTH CAUSE OF ACTION~~
### AIDING AND ABETTING FOR ALL ALLEGED TORTS
(~~Against all Defendants~~Verizon, Yahoo, NPR)

~~168.~~163.    Plaintiff repeats and realleges each and every foregoing allegation.

164. ~~Defendants Rich, Sines, Capone and Mueller aided and abetted Defendants Isikoff and Verizon~~Verizon acquired Yahoo! Inc., within which Yahoo! News was a division, for a hefty price of $4.8 billion in June 2017. Verizon concurrently combined Yahoo! Inc. with another media acquisition, that of AOL, to form Oath, Inc. In 2018, Oath was rebranded as Verizon Media, Inc.

165. Verizon aided and abetted Yahoo by placing financial pressure on Verizon Media, the predecessor to Yahoo, to produce salacious on-line content that would boost its revenues and justify the hefty initial price paid for Yahoo.

166. Verizon Media struggled to justify the hefty price tag paid for Yahoo, and its operational results were disappointing. At the beginning of 2019, Verizon Media laid off 7% of its workforce as it struggled to gain traction.[52] As CNN reported at the beginning of 2019, "[in 2018, Verizon] said it would be leaning heavily on 5G and Oath as a way to differentiate in the crowded telecommunications market, but the media-focused business unit never got off the ground.[53]

167. Indeed, on information and belief, at the beginning of 2019, Verizon Media's revenues were in decline by all measures, year-over-year, quarter-over-quarter, and

---

[52] https://www.crn.com/news/networking/verizon-media-to-lay-off-7-of-workforce-as-unit-struggles-to-gain-traction
[53] *Id.*

- 80 -

quarter-to-quarter.[54]  The Conspiracyland podcast was launched in the summer of 2019 as a means of "spicing up" Verizon Media's flagging revenues. On information and belief, Verizon and its senior management, including CEO Hans Vestberg, were particularly interested in the success of the new podcast series and provided the resources and support for the show to be a success.

168. On information and belief, Verizon management knew that a successful podcast would have a sensationalist flavor and encouraged the production of a highly partisan initial series on Seth Rich that could serve as a popular attack on the beleaguered President and his allies and supporters.

169. With Verizon's and Verizon Media's support and encouragement of its lurid and sensationalizing approach, with Matt Couch cast against his will as a made-for-the-Internet villain and leader of a menacing horde of on-line trolls wreaking havoc and "polluting discourse," Conspiracyland launched as the number seven podcast in the nation.[55]

170. With its jazzy new show unhampered by the constraints of traditional news, namely the requirement to vet sources and information and avoid evidence-free smears of individual targets, Verizon Media managed to turn around its business. By the fourth quarter of 2019, Verizon Media reported revenues of $2.1 billion, which it characterized as a "meaningful improvement from the decline reported at the beginning of the year."

---

[54]*See* https://www.verizon.com/about/news/verizon-ends-2019-highest-4q-wireless-adds-six-years-increased-cash-flow-and-revenue-growth.
[55] http://www.itunescharts.net/us/artists/podcast/yahoo-news/podcasts/conspiracyland/

171.  Verizon and Verizon Media aided and abetted Isikoff by placing resources at his disposal to produce the *Conspiracyland* podcast, encouraging his provocative, evidence-free style of "attack" journalism, and providing him with the network and platform to broadcast.

169.  Defendant NPR aided and abetted Defendants Isikoff, Verizon and Verizon Media by giving Isikoff a further platform to broadcast his smears and wild Russian conspiracy theories, using the interview format as a vehicle for uncritically publishing and broadcasting Isikoff's narrative, giving it the imprimatur of a nationally recognized, established media, without the slightest investigation into his wildest claims or the faintest hint of an inquisitive or even mildly curious examination of his claims, thus aiding and abetting Isikoff, Verizon and Verizon Media in committing tortious acts, including Defamation, Defamation Per Se, Intentional Infliction of Emotional Distress, and False Light, and Invasion of Privacy, by, among other things, providing himthem with the means, platform, and network.

170.172.    Defendants Isikoff and Verizon aided and abetted Defendants Rich, Sines, Capone and Mueller in committing tortious acts, including Defamation, Defamation Per Se, Intentional Infliction of Emotional Distress and False Light by providing Rich, Sines, Capone and Mueller a platform with afurther national broadcast with an even greater reach on whichthan *Conspiracyland* itself to disseminatepromote their attacks onfar-fetched claims about Russian manipulation of the Internet through the absurd "whatdoesitmean.com" website, fake (and discredited) allegations about Russian intelligence, and lies about Plaintiff.  Defendants Isikoff and Verizon knowingly and with

full awareness substantially aided Defendants' Rich, Sines, Mueller and Capone's wrongful conduct. Couch.

~~171.~~173.     As a result of the Defendants' aiding and abetting the commission of the above-mentioned torts, Plaintiff suffered professional, reputational, and emotional harm, as outlined in the previous causes of action.

<div align="center">

SEVENTH CAUSE OF ACTION
INTENTIONAL INTERFERENCE WITH BUSINESS RELATIONS
(Against all Defendants)

</div>

172.1. Plaintiff repeats and realleges each and every foregoing allegation.

173. Defendants all knew that Plaintiff is a journalist and an independent investigator and that spreading smears, slurs, and lies about Plaintiff would damage his business relations with sources of funding, investigative colleagues, and journalistic contributors, among others.

174. Defendants intentionally and improperly interfered with Plaintiff's relationship with his sources of funding and contributors, among others, knowingly spreading lies about Plaintiff that would cause reasonable people to fear association with a "sickening" individual such as Plaintiff.

175.1. Plaintiff suffered significant damage as a result of Defendants' interference with his business relations.

176.1. Defendants engaged in conduct that was wanton and in reckless and knowing disregard of Plaintiff's rights.

<div align="center">

EIGHTH ~~CAUES~~CAUSE OF ACTION
NEGLIGENT SUPERVISION AND RETENTION
(Against ~~Verizon~~Yahoo and NPR)

</div>

~~177.~~174.    Plaintiff repeats and realleges each and every foregoing allegation.

~~178.~~175.    Isikoff is the Chief Investigative Journalist for *Yahoo! News*, which ~~is wholly owned by~~was a division within Verizon Media, now Yahoo, at the time of the defamation of Plaintiff, and, therefore, Isikoff and ~~Verizon~~Yahoo have an employer-employee relationship.

~~179.~~176.    Verizon Media knew or should have known of the tortious propensities of Isikoff prior to his tortious conduct ~~that inflicted emotional distress on~~with respect to Plaintiff because ~~of~~ Isikoff's role in making himself an actor in the ~~dissemination of~~ stories he investigated, his role in disseminating the Trump Russia hoax, and his repetition of the ~~Brennan Conspiracy Theory~~debunked conspiracy theory that the Kremlin had ~~been widely publicized by the time of Isikoff's Conspiracyland podcast.~~initiated the story that Hillary Clinton had ordered the assassination of Seth Rich. An employer using minimum due diligence would have known that Isikoff is not an "investigative" reporter, but a ~~stenographer indifferent to truth and falsity, who simply~~political operative who repeats what his preferred sources tell him, regardless of the financial, emotional and professional consequences to innocent third parties.

177. Further, despite knowing of Isikoff's dangerous propensity to promote sensational, unproven and even false stories, Verizon Media failed to supervise him to ensure that his hyper-partisan narrative would be subjected to a minimum of fact-checking so that innocent parties would not be baselessly dragged through the mud.

178. Thus, Verizon Media knew that Isikoff's reckless promotion of debunked theories and cavalier and careless attitude to the truth, and the danger this posed to innocent third parties. Yet it failed to supervise him and prevent his hyper-partisan narrative from dragging Plaintiff through the mud, when the most cursory examination of facts within easy reach would have shown the baseless nature of the charges recklessly leveled against Plaintiff

~~180.~~179.     Isikoff engaged in tortious conduct against Plaintiff on ~~Verizon's~~the premises of Verizon Media's premises and/or using property of Verizon. Media.

~~181.~~180.     In the alternative to ~~Verizon's~~Yahoo's vicarious liability for ~~its~~Verizon Media's employees' and/or agents' intentional torts against Plaintiff, ~~Verizon~~Yahoo is directly liable for ~~its~~Verizon Media's negligent supervision and/or retention of Isikoff.

~~182.~~181.     Plaintiff is entitled to damages as a result of ~~Verizon's~~Verizon Media's negligent supervision and/or retention of Isikoff.

~~183.~~182.     Terry Gross is the host of the popular radio show Fresh Air that appears on NPR and, on information and belief, has an employee/employer relationship with NPR.

183. Fresh Air is a nationally syndicated show and one of NPR's "flagship" programs, with nearly six million weekly listeners.[56]

---

[56] https://www.npr.org/about-npr/607099827/fresh-air-interview-with-michelle-wolf#:~:text=Fresh%20Air%20with%20Terry%20Gross%2C%20the%20Peabody%20Award-winning,as%20in%20Europe%20on%20the%20World%20Radio%20Network

184.  Dave Davies is a substitute host for the show Fresh Air and, on information and belief, also has an employer/employee relationship with NPR.

~~184.~~185.      NPR is aware that Terry Gross ~~invites~~and Dave Davies invite guests onto ~~her show~~Fresh Air, who may make claims that harm the reputation and livelihoods of innocent parties.

~~185.~~186.      Even if Terry Gross ~~is~~and Dave Davies are not ~~a~~direct ~~employee~~employees of NPR but ~~is an~~are, independent ~~contractor~~contractors, it was reasonably foreseeable that ~~an interview format in which a partisan reporter would appear on Fresh Air and repeat~~the repetition of, sensational allegations made on a separate program could lead to the repetition, republication and rebroadcasting of defamatory statements ~~made on the separate program~~.

~~186. NPR had a duty to supervise Terry Gross to ensure that guests who appear on her show are not free to make up or repeat lies that damage the well-being, reputation and livelihood of innocent parties.~~

187.  NPR accepts public funding on the condition that it will publish truthful, honest and unbiased articles and statements, and that the federal funds it receives will not be used for political purposes or to promote the private agendas of third parties.

188.  As a public broadcasting company that receives funding from the United States government, NPR is held to the highest standards of independence in reporting and has a duty to steer clear of politically biased stories. Under the express terms of the Public Broadcasting Act of 1967, NPR is prohibited from supporting any political party or candidate for elective public office. In addition, the NPR Code of Ethics provides:

*To secure the public's trust, we must make it clear that our primary allegiance is to the public. Any personal or professional interests that conflict with that allegiance, whether in appearance or in reality, risk compromising our credibility.* We are vigilant in disclosing to both our supervisors and the public any circumstances where our loyalties may be divided – extending to the interests of spouses and other family members – and when necessary, we recuse ourselves from related coverage. Under no circumstances do we skew our reports for personal gain, to help NPR's bottom line or to please those who fund us. Decisions about what we cover and how we do our work are made by our journalists, not by those who provide NPR with financial support.[57]

189.  The Code of Ethics also provides the following:

Guideline: Don't allow sources to dictate our coverage. *We don't allow sources to dictate how a topic will be covered, or which other voices or ideas will be included in the stories we do.* Nor do we pay for information from sources or newsmakers.

Partisan events: *We avoid appearances that call into question our impartiality, including situations where our appearance may appear to endorse the partisan agenda of a group or organization.* This might include, for example, participating in political debates or forums sponsored by groups that advocate particular perspectives on issues NPR covers.

190.  NPR has a duty to supervise its employees and contractors to ensure compliance with the ethical and public interest rules applicable to it.

191.  Isikoff has promoted Clinton opposition research in the form of the Steele dossier and is notorious for his highly partisan views and his hatred of Donald. Isikoff was one of the main promoters of the Trump Russia hoax the purpose of which was to challenge the legitimacy of and ultimately destroy the Trump presidency.

---

[57]  https://www.npr.org/about-npr/688405012/independence

187.192.    NPR knew that *Conspiracyland* was a partisan program that sought to further discredit the Trump presidency and others affiliated with the Trump presidency, such as Steve Bannon. A company such as NPR that operates with public funding has a heightened duty to ensure that political partisans do not use its facilities and allocated spectrum to spread lies about innocent third parties.

193.  NPR breached its duty to supervise Terry Gross byand Dave Davies by allowing its source to dictate the terms of the story, including which voices would be heard and which (such as Sy Hersh's) would be excluded, permitting Dave Davies to endorse a hyper-partisan narrative designed to further damage the Trump presidency, failing to perform any oversight or due diligence on the *Conspiracyland* podcast, failing to cite check any of the most outrageous claims, including the debunked claim that the Russian foreign intelligence service was responsible for the conspiracy theory that Hilary Clinton ordered the assassination of Seth Rich; the false and absurd claim fabricated by Isikoff that Couch had accused Joe Capone of meetingconspiring with Hilary Clinton'sHillary Clinton and her aides, in the days before Seth Rich's murder and permittingcircumstances under which the only reasonable implication was that Hillary Clinton was allegedly conspiring to murder Seth Rich; and the absurd and evidence-free claim that Couch had compared Mark Mueller to Jeffrey Dahmer; thereby promoting the partisan view that individuals such as Matthew Couch, from the South and politically conservative, are responsible for "polluting" public discourse, when in fact Terry Gross to giveand Dave Davies provided Isikoff a new platform to disseminate his hurtfulfalse and made-upfabricated attacks on Couch.

- 88 -

194. An illustration of the manner in which NPR permitted Davies to violate his duties is set forth in the extracts below.

> DAVIES: This is FRESH AIR, and we're speaking with Yahoo News chief investigative correspondent Michael Isikoff. He hosts a new six-episode podcast called "Conspiracyland." It explores conspiracy theories surrounding the 2016 murder on a Washington, D.C., street of a Democratic National Committee staffer, named SethRich.

*NPR Interview* at 7.

> DAVIES: [The conspiracy theory] suggests . . . Rich's murder was a professional hit in some way related to those emails.

*Id.*

> DAVIES: Well, that raises another question, which is to what extent did the president or his allies stoke these conspiracy theories? Because, you know, he obviously didn't like the idea that his election's legitimacy could be challenged because it would be associated with Russian hackers. Seth Rich was a better story for him.

*NPR Interview* at 11.

> DAVIES: You know, it struck me as I listened to this that there are a lot of cases, as this particular conspiracy theory was stoked, where people are saying things that are just clearly factually inaccurate.

*NPR Interview at 15*.

195. Terry Gross and NPR knew that Dave Davies planned on filling in for her and knew or should have known that Dave Davies planned on providing Isikoff with a platform to promote his *Conspiracyland* ideas.

196. Terry Gross and NPR were on constructive notice that Isikoff's podcast was based on a discredited Russian conspiracy theory and was designed for hyper-partisan political ends.

197. It would have been impossible for Davies to have produce a one-hour slot condensing Isikoff's six-part podcast without agreeing in advance on the content of the show, which Gross and NPR also knew or should have known.

198. In this circumstance, NPR was on notice that an employee or agent was in a position to act in a dangerous manner that would violate NPR's Code of Ethics and risk defamation of third parties.

188.199.     By failing to supervise Davies in this context, by at a minimum insisting on a disclaimer or warning as to the discredited nature of Isikoff's theories and the unproven allegations that would be made about third parties or performing a minimum of investigation of readily available sources, NPR failed to supervise Davies adequately and is liable for the defamation of Plaintiff that occurred on its show.

189.200.     Plaintiff is entitled to damages as a result of NPR's negligent supervision of Couch.

<div align="center">PRAYER FOR RELIEF</div>

WHEREFORE, Plaintiff prays for relief against all Defendants, jointly and severally, as follows:

a) An award against all Defendants to compensate for all economic damages sustained as a result of their tortious conduct in an amount to be determined at trial, but estimated to be no less than $15,000,000;

b) An award against all Defendants to compensate for all presumed and actual reputational damages sustained as a result of their tortious conduct in an amount to be determined at trial, but estimated to be no less than $25,000,000;

c) An award against all Defendants to compensate for all presumed and actual

damages resulting from mental anguish and emotional distress sustained as a result of their tortious conduct in an amount to be determined at trial but estimated to be no less than $35,000,000;

    d) An award against all Defendants for ~~an award of~~ punitive damages;

    e) Attorney's fees and costs;

    f) Injunctive relief, including but not limited to the removal of the false and defamatory materials from any websites, podcasts or publications over which Defendants have control.

    g) Any and all other relief that the Court deems just and proper.


<u>JURY DEMAND</u>

Plaintiff hereby demands a jury trial on all issues on all issues of fact and damages stated herein.

    Dated: ~~August 6, 2020~~December 9, 2021,

        By: *<u>/s/ Eden P. Quainton</u>*
           EDEN P. QUAINTON

           QUAINTON LAW PLLC
           ~~1001~~2 Park Avenue ~~of the Americas, 11th~~, 20th Fl.

           New York, NY ~~10018~~10016
           Tel: 212-~~813-8389~~409-0575,
           equainton@gmail.com