## I.  UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **Matthew Couch,**<br>4000 S. Dixieland Road<br>Apartment A-201<br>Rogers, Arkansas 72758<br><br>    Plaintiff,<br><br>v.<br><br>**Verizon Communications, Inc.**<br>1095, Avenue of the Americas<br>New York, NY 10036<br><br>et al.,<br><br>    Defendants. | Case No. 20-cv-2151 (RJL) |

### DECLARATION OF EDEN P. QUAINTON IN OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS AND IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR PERMISSION TO FILE A FIRST AMENDED COMPLAINT AND CONDUCT CERTAIN DISCOVERY

I, Eden P. Quainton, declare under penalty of perjury that the following is true and correct:

1.    I am counsel for Plaintiff Matthew Couch. This declaration is based upon my personal knowledge and upon information provided to me in my official capacity.

2.    On or about October 4, 2021, counsel for Defendant National Public Radio ("NPR") reached out to me to inquire whether Plaintiff would voluntarily dismiss his claims against NPR. Set forth as Exhibit A hereto is a true and accurate copy of an email exchange with counsel for NPR relating to this inquiry.

- 1 -

3. I responded to counsel for NPR that Plaintiff was not contemplating withdrawing his claims against NPR but was rather intending to seek leave to amend his complaint. I proposed extending NPR's time to answer or move until after the Court's ruling on the proposed amendment.

4. NPR initially appeared amenable to this proposal. Set forth as Exhibit B hereto is a true and accurate copy of an email exchange reflecting discussion surrounding a proposed stipulation relating to Plaintiff's contemplated motion and NPR's contemplated response.

5. However, the parties could not agree on the wording of a proposed stipulation to this effect and NPR elected to answer the complaint on October 14, 2021. Dkt. 62. NPR then filed a Motion for Judgment on the Pleadings on October 27, 2021 (the "Mot. for JOP"). Dkt. 65. Counsel agreed on a proposed briefing schedule for the Mot. for JOP, which the Court approved by Minute Order on November 12, 2021.

6. Separately, I contacted counsel for Verizon and Isikoff to determine whether they would oppose the proposed amended complaint. Counsel indicated they would oppose and requested until January 18, 2022 to respond.

7. The parties then agreed on a proposed new briefing schedule for NPR's Mot. for JOP and Plaintiff's proposed Cross-Motion. Set forth as Exhibit C hereto is a true and accurate copy of an email exchange with counsel for Verizon and Isikoff relating to Plaintiff's contemplated motion for leave to amend, Defendants' opposition and a briefing schedule.

8. The proposed briefing schedule has been submitted to and approved by the Court. Dkt. 68 and Minute Order, dated November 30, 2021.

9. Set forth as Exhibit D hereto is copy of Plaintiff's proposed First Amended Complaint, redlined to show the proposed changes from Plaintiff's original Complaint.

- 3 -

10. Set forth as Exhibit E hereto is a copy of Plaintiff's proposed First Amended Complaint, submitted without redlining for ease of reference.

Executed: December 9, 2021

                                                     */s/_Eden P. Quainton*_____
EDEN P. QUAINTON
QUAINTON LAW PLLC
D.C. Bar No. NY0318
2 Park Ave., 20th Fl.
New York, NY 10018
212-419-0575
equainton@gmail.com

- 4 -

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on November 31, 2021, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for National Public Radio, Inc. and Verizon Communications, Inc.

**QUAINTON LAW, PLLC**

/s/ Eden Quainton_____
EDEN P. QUAINTON, ESQ. 2 Park Ave., 20th Floor
New York, New York 10016
Telephone: (212) 419-0575
E-mail: equainton@gmail.com
*Attorneys for Plaintiff Matthew Couch*