## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **Matthew Couch,**<br>4000 S. Dixieland Road<br>Apartment A-201<br>Rogers, Arkansas 72758<br><br>    Plaintiff,<br><br>v.<br><br>**Verizon Communications, Inc.**<br>1095, Avenue of the Americas<br>New York, NY 10036<br><br>et al.,<br><br>    Defendants. | Case No. 20-cv-2151 (RJL) |

## NOTICE OF ERROR MESSAGE

This notice is to advise the Court and opposing counsel that Plaintiff attempted to file his opposition to the Motion for Judgment on the Pleadings and his Cross-Motion for Leave to File a First Amended Complaint on December 9, 2021 pursuant to Court order, but received the following message from the Pacer system on attempting to access the docket for filing purposes:

**Object Not Found!**

The requested URL was not found on this server. If you entered the URL manually please check the spelling and try again.

**Error 404.**

EDEN P. QUAINTON, ESQ. (D.C. Bar No. NY0318)
**QUAINTON LAW, PLLC**
2 Park Avenue, 20th Fl.
New York, New York 10016
Telephone: (212) 419-0575
*Attorneys for Plaintiff Matthew Couch*