UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Matthew Couch,**<br>4000 S. Dixieland Road<br>Apartment A-201<br>Rogers, Arkansas 72758<br><br>     Plaintiff,<br><br>v.<br><br>**Verizon Communications, Inc.**<br>1095, Avenue of the Americas<br>New York, NY 10036<br><br>et al.,<br><br>     Defendants. | Case No. 20-cv-2151 (RJL) |

### DECLARATION OF EDEN P. QUAINTON
### IN SUPPORT OF COMBINED REPLY
### TO OPPOSITION TO CROSS-MOTION TO AMEND

I, Eden P. Quainton, declare under penalty of perjury that the following is true and correct:

1.  I am counsel for Plaintiff Matthew Couch ("Plaintiff" or "Couch"). This declaration is based upon my personal knowledge based on information provided to me in my official capacity.

2.  Plaintiff's retraction of statements relating to Aaron Rich is available at https://thedcpatriot.com/statement-from-matt-couch/ and reads as follows:

> In August of 2017 America First Media and I began to report that Aaron Rich, Seth's brother, was involved in the transfer of DNC documents to WikiLeaks and receiving money in exchange. Today, we retract and disavow our statements, and we offer our apology to Mr. Rich and his family. I take full responsibility for my actions

- 1 -

- 2 -

and those of America First Media before its dissolution and would like to apologize to Mr. Rich and his family. All references related to Mr. Rich have been removed from our websites and social media platforms to the best of our ability.

Executed: January 31, 2022                    By: *Eden Quainton*

                                            EDEN P. QUAINTON
                                            **QUAINTON LAW PLLC**
                                            D.C. Bar No. NY0318
                                            2 Park Ave., 20th Fl.
                                            New York, NY 10018
                                            212-419-0575
                                            equainton@gmail.com