UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW COUCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 20-2151 (RJL) |
| | ) |
| VERIZON COMMUNICATIONS, | ) |
| INC. *et al.* | ) |
| | ) |
| Defendants. | ) |

**ORDER**

(July __, 2022) [Dkts. ## 64, 70]

For the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby

**ORDERED** that Defendant National Public Radio, Inc.'s Motion for Judgment on the Pleadings [Dkt. # 64] is **GRANTED**; and it is further

**ORDERED** that Plaintiff Couch's Cross-Motion for Leave to File an Amended Complaint is **DENIED**; and it is further

**ORDERED** that this case be **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge