UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Matthew Couch,**<br>4000 S. Dixieland Road<br>Apartment A-201<br>Rogers, Arkansas 72758<br><br>　　Plaintiff,<br><br>v.<br><br>**Verizon Communications, Inc.**<br>1095, Avenue of the Americas<br>New York, NY 10036<br><br>et al.,<br><br>　　Defendants. | **Case No. 20-cv-2151 (RJL)** |

### NOTICE OF APPEAL

　　Matthew Couch, Plaintiff in the above-captioned litigation, hereby gives notice that he is appealing the Court's July 29, 2022 Order, Dkt. 77, granting the motion of National Public Radio for Judgment on the Pleadings, denying Plaintiff's Cross-Motion for Leave to File an Amended Complaint, and dismissing the case with prejudice, as supported by the Court's Memorandum Opinion, dated July 29, 2022. Dkt. 76.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Eden P. Quainton*
　　　　　　　　　　　　　　　　　　　EDEN P. QUAINTON
　　　　　　　　　　　　　　　　　　　QUAINTON LAW PLLC
　　　　　　　　　　　　　　　　　　　D.C. Bar No. NY0318
　　　　　　　　　　　　　　　　　　　2 Park Ave., 20th Fl.
　　　　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　　　　212-419-0575
　　　　　　　　　　　　　　　　　　   equainton@gmail.com

- 2 -

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on August 4, 2022, the foregoing document was filed through the CM/ECF system and thereby served electronically on counsel for National Public Radio, Inc. and Verizon Communications, Inc.

**QUAINTON LAW, PLLC**

<u>*/s/ Eden Quainton*</u>
EDEN P. QUAINTON, ESQ.
2 Park Ave., 20th Floor
New York, New York 10016
Telephone: (212) 419-0575
E-mail: equainton@gmail.com
*Attorneys for Plaintiff Matthew Couch*